IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES GRINOLS, et al.,

    Plaintiffs,  Civ. No. 12-2997 MCE DAD

    vs.

ELECTORAL COLLEGE, et al.,

    Defendants.  <u>ORDER</u>

/

        On December 14, 2012, plaintiffs filed a document entitled "Declaration and Injunctive Relief.  Petition for Extraordinary Emergency Writ of Mandmus/Stay of Certification of Votes for Presidential Candidate Obama due to elections fraud and his use of invalid/forged/fraudulently obtained IDs."  This filing has been assigned to the undersigned as the current duty judge for purposes of addressing the instant motion only. (ECF 2.)  A temporary restraining order may be issued upon a showing "that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition."  FED. R. CIV. P. 65(b)(1)(A).  The purpose of such an order is to preserve the status quo and to prevent irreparable harm "just so long as is necessary to hold a hearing, and no longer."  *Granny Goose Foods, Inc. v. Brotherhood of Teamsters*, 415 U.S. 423, 439 (1974).

1  Plaintiffs have not filed the documents required by Local Rule 231(c).
2  Specifically, plaintiffs have not filed a complete motion; an affidavit in support of the existence
3  of an irreparable injury; an affidavit detailing the notice to the affected parties or counsel or
4  showing good cause why notice should not be given; a proposed temporary restraining order
5  with a provision for a bond; a proposed order with blanks for fixing the time and date for hearing
6  the motion, the date for filing responsive papers, the amount of the bond, if any, the date and
7  hour of issuance, and notification to the affected party of the right to apply to the court for
8  modification or dissolution on two days' notice or such shorter notice as the court may allow.
9  Plaintiffs have in the alternative not alleged the impossibility of filing the above-listed
10 documents.
11  For these reasons, plaintiffs' request is DENIED.  If plaintiffs wish to proceed
12 with their request for a temporary restraining order, they are hereby ordered to file the above-
13 listed documents by **December 21, 2012.**
14  IT IS SO ORDERED.
15 DATED:  December 14, 2012.

_____
UNITED STATES DISTRICT JUDGE

2