# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**JAMES GRINOLS, ET AL. ,**

V.                          **SUMMONS IN A CIVIL CASE**

**ELECTORAL COLLEGE, ET AL. ,**

CASE NO:  **2:12‒CV‒02997‒MCE‒DAD**

TO:
Defendant's Address:

*Jerry Brown - Governor*
*of California*
*C/o Attorney General of CA*
*1300 I street*
*Sacramento CA 95814*

**YOU ARE HEREBY SUMMONED** and required to serve on *Plaintiffs: James Grinols, Robert Odden, Edward Noonan, Thomas MacLeran, Keith Judd*

**with answer to complaint due within**
21 **days. Attorney**

*Orly Taitz ESQ*
*29839 S. Margarita, ste 100*
*Rancho Santa Margarita CA 92688*

an answer to the complaint which is served on you with this summons, within . **(Meuleman, A)SUMMONS ISSUED as to** days after
service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint.  Any answer that you serve
on the parties to this action must be filed with the Clerk of this Court within a reasonable period
of time after service.

**VICTORIA C. MINOR**
_____
CLERK

**/s/  A. Meuleman**
_____

(By) DEPUTY CLERK

**ISSUED ON 2012‒12‒13 08:34:31.0**, Clerk
USDC EDCA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**JAMES GRINOLS, ET AL. ,**

V.

**ELECTORAL COLLEGE, ET AL. ,**

**SUMMONS IN A CIVIL CASE**

CASE NO:  **2:12−CV−02997−MCE−DAD**

TO:
Defendant's Address:

*Secretary of State of California c/o Attorney General 1300 I str. Sacramento, CA 95814*

**YOU ARE HEREBY SUMMONED** and required to serve on *Plaintiffs James Grinols, Robert Odden, Edward Noonan, Thomas Mac Leren, Keith Judd*

**with answer to complaint due within** *21*
**days.** Attorney

*Orly Taitz ESQ Margarite, ste 100 29839 Santa Margarite, CA 92688 Ra.Co Santa Margarite*

an answer to the complaint which is served on you with this summons, within . **(Meuleman, A)SUMMONS
ISSUED as to** days after
service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint.  Any answer that you serve
on the parties to this action must be filed with the Clerk of this Court within a reasonable period
of time after service.

**VICTORIA C. MINOR**

CLERK

**/s/  A. Meuleman**

(By) DEPUTY CLERK

**ISSUED ON 2012−12−13 08:34:31.0**, Clerk
USDC EDCA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**JAMES GRINOLS, ET AL. ,**

V.

**ELECTORAL COLLEGE, ET AL. ,**

**SUMMONS IN A CIVIL CASE**

CASE NO: **2:12−CV−02997−MCE−DAD**

TO:
Defendant's Address:

*Electoral College Presidential Electors (California Presidential of California c/o Attorney General 1300 I str. Sacramento CA 95814*

**YOU ARE HEREBY SUMMONED** and required to serve on *Plaintiffs: James Grinols, Robert Odden, Edward Noonan, Thomas macLeran, Keith Judd*

**with answer to complaint due within**
**21 days. Attorney** *Orly Taitz ESQ 29839 santa margarita ste 100 Rancho Santa Margarita CA 92688*

an answer to the complaint which is served on you with this summons, within . **(Meuleman, A)SUMMONS**
**ISSUED as to** days after
service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint.  Any answer that you serve
on the parties to this action must be filed with the Clerk of this Court within a reasonable period
of time after service.

**VICTORIA C. MINOR**
CLERK

**/s/  A. Meuleman**

(By) DEPUTY CLERK

**ISSUED ON 2012−12−13 08:34:31.0**, Clerk
USDC EDCA

**RETURN OF SERVICE**

| Service of the Summons and complaint was made by me (1) | DATE *12 18 2012* |
|---|---|
| NAME OF SERVER *(PRINT)*  *Lila Dabot* | TITLE  *Server* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☑ Other (specify) : *FedEx* _____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL  *0* |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   *12 18 2012*
                    Date                          Signature of Server

*29839 Santa Margarita*
Address of Server
                              *ste 100*
*Rancho Santa Margarita*
        *CA  92688*

**FedEx** **NEW** Package
Express US Airbill

Tracking Number 8013 1020 1933

ID No.

Send...

**1 From** *Please print and press hard.*

Date 12 18 2012   Sender's FedEx Account Number   SENDER'S FEDEX ACCOUNT NUMBER ONLY

Sender's Name   Orly Taitz   Phone (   )

Company   Law office of Orly Taitz

Address   29839 S. Margarita, ste 100   Dept./Floor/Suite/Room

City   RSM   State CA   ZIP 92688

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.   OPTIONAL

**3 To**

Recipient's Name   Phone (   )

Company   Attorne General

Address   1300 I str   Dept./Floor/Suite/Room
We cannot deliver to P.O. boxes or P.O. ZIP codes.

HOLD Weekday
FedEx location address REQUIRED. **NOT available for** FedEx First Overnight.

HOLD Saturday
FedEx location address REQUIRED. **Available ONLY for** FedEx Priority Overnight and FedEx 2Day to select locations.

Address
Use this line for the HOLD location address or for continuation of your shipping address.

City   Sacramento   State CA   ZIP 95814

**4 Express Package Service** *To most locations.*
NOTE: Service order has changed. Please select carefully.

**Next Business Day**

☐ FedEx First Overnight
Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☑ FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx Standard Overnight
Next business afternoon.* Saturday Delivery NOT available.

**2 or 3 Business Days**

☐ FedEx 2Day A.M.
Second business morning.* Saturday Delivery NOT available.

☐ FedEx 2Day
Second business afternoon.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx Express Saver
Third business day.* Saturday Delivery NOT available.

**5 Packaging** *Declared value limit $500.*

☐ FedEx Envelope*   ☑ FedEx Pak*   ☐ FedEx Box   ☐ FedEx Tube

**6 Special Handling and Delivery Signature Options**

☐ SATURDAY Delivery
**NOT available for** FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ No Signature Required
Package may be left without obtaining a signature for delivery.

☑ Direct Signature
Someone at recipient's address may sign for delivery. *Fee applies.*

☐ Indirect Sig
If no one is avail address, someo address may sig residential deliv

**Does this shipment contain dangerous goods?**
One box must be checked.

☑ No   ☐ Yes As per attached Shipper's Declaration.   ☐ Yes Shipper's Declaration not required.   ☐ Dry Ice Dry Ice, 9, UN 1845

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box.

☐ Cargo Aircraft

**7 Payment** *Bill to:*

Enter FedEx Acct. No. or Credit Card No. below.

☑ Sender
Acct. No. in Section
1 will be billed.

☐ Recipient   ☐ Third Party   ☐ Credit Card

FedEx Acct. No.
Credit Card No.   Exp. Date

Total Packages   Total Weight   Total Declared Value†

lbs.   $   .00

†Our liability is limited to US$100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

fedex.com 1.800.GoFedEx 1.800.463.3339

**Easy new Peel-and-Stick airbill. No pouch needed.**
Apply airbill directly to your package. See directions on back.

Rev. Date 1/12 • Part #167002 • ©2012 FedEx • PRINTED IN U.S.A. SRF