# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JAMES GRINOLS, ET AL.,

V.    **SUMMONS IN A CIVIL CASE**

ELECTORAL COLLEGE, ET AL.,

CASE NO: 2:12-CV-02997-MCE-DAD

TO:
Defendant's Address:  Barack Hassein Obama

YOU ARE HEREBY SUMMONED and required to serve on Plaintiffs: James Grinols, Robert Odden, Edward Noonan, Thomas McLeroth, Keith Judd

with answer to complaint due within 21 days

21 days. Attorney Orly Taitz
29839 Santa Margarita, Ste 100
Rancho Santa Margarita CA 92688

an answer to the complaint which is served on you with this summons, within . (Meuleman, A)SUMMONS ISSUED as to days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

VICTORIA C. MINOR
CLERK

/s/ A. Meuleman

(By) DEPUTY CLERK

ISSUED ON 2012-12-13 08:34:31.0, Clerk
USDC EDCA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JAMES GRINOLS, ET AL.,

V.

**SUMMONS IN A CIVIL CASE**

ELECTORAL COLLEGE, ET AL.,

CASE NO: 2:12−CV−02997−MCE−DAD

TO:
Defendant's Address:

*US Congress*
*c/o US Attorney*
*501 I str. R 4-200*
*Sacramento CA 95814*

**YOU ARE HEREBY SUMMONED** and required to serve on *Plaintiffs: James Grinols, Robert Odden, Edward Noonan, Thomas MacLeran, Keith Judd,*

with answer to complaint due within *60* days. Attorney

*Orly Taitz*
*29839 S. Margarita, St. 100*
*Rancho Santa Margarita, CA 92688*

an answer to the complaint which is served on you with this summons, within . (Meuleman, A)SUMMONS **ISSUED as to** days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

VICTORIA C. MINOR
CLERK

/s/ A. Meuleman

(By) DEPUTY CLERK

ISSUED ON 2012−12−13 08:34:31.0, Clerk
USDC EDCA

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

**JAMES GRINOLS, ET AL.,**

V.  **SUMMONS IN A CIVIL CASE**

**ELECTORAL COLLEGE, ET AL.,**

CASE NO: 2:12-CV-02997-MCE-DAD

TO:
Defendant's Address:

*Joseph Biden in his capacity as a President of the Senate c/o U.S. Attorney 501 I str. R 4-200 Sacramento, CA 95814*

**YOU ARE HEREBY SUMMONED** and required to serve on *Plaintiffs: James Grinols, Robert Odden, Edward Noonan, Thomas MacLeran, Keith Judd*

**with answer to complaint due within** *60* **days. Attorney**

*Orly Taitz, 29839 Santa Margarita, ste 100, Rancho Santa Margarita, CA 92688*

an answer to the complaint which is served on you with this summons, within . (Meuleman, A)SUMMONS **ISSUED as to** days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

VICTORIA C. MINOR
CLERK

/s/ A. Meuleman

(By) DEPUTY CLERK

ISSUED ON 2012-12-13 08:34:31.0, Clerk
USDC EDCA

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me [1] | DATE | 12 18 2012 |
| NAME OF SERVER (PRINT) Lila Dabot | TITLE | server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): FedEx

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL  0 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    12/8 2012
                    Date              Signature of Server

29839 Santa Margarita
Address of Server
                    ste 100
Rancho Santa Margarita
CA 92688

# FedEx Express US Airbill

NEW Package

Tracking Number: 8015 4810 7622
Sender ID: 0200

## 1 From
Date: 12.18.12
Sender's Name: Orly Taitz
Phone: 949.683.5411
Company: Law offices of Orly Taitz
Address: 29839 S. Margarite, st 100
City: RSM   State: CA   ZIP: 92688

## 2 Your Internal Billing Reference

## 3 To
Recipient's Name:
Phone:
Company: US Attorney
Address: 501 I str
City: Sacramento   State: CA   ZIP: 95814

## 4 Express Package Service
- [ ] FedEx First Overnight
- [x] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

## 5 Packaging
- [x] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube

## 6 Special Handling and Delivery Signature Options
- [ ] SATURDAY Delivery
- [ ] No Signature Required
- [x] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods?
- [x] No
- [ ] Yes (As per attached Shipper's Declaration)
- [ ] Yes (Shipper's Declaration not required)
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

## 7 Payment
Bill to:
- [x] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card