# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JAMES GRINOLS, ET AL.,

V.     SUMMONS IN A CIVIL CASE

ELECTORAL COLLEGE, ET AL.,

CASE NO: 2:12-CV-02997-MCE-DAD

TO:
Defendant's Address: *Barack Hassein Obama*

**YOU ARE HEREBY SUMMONED** and required to serve on *Plaintiffs: James Grinols, Robert Odden, Edward Noonan, Thomas McClerran, Keith Judd*

with answer to complaint due within *21 days*
21 days. Attorney *Orly Taitz, 29839 Santa Margarita, Rancho Santa Margarita, Ste 100, CA 92688*

an answer to the complaint which is served on you with this summons, within . (Meuleman, A)SUMMONS ISSUED as to days after

service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

VICTORIA C. MINOR
CLERK

/s/ A. Meuleman

(By) DEPUTY CLERK

ISSUED ON 2012-12-13 08:34:31.0, Clerk
USDC EDCA

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

**JAMES GRINOLS, ET AL.,**

V.     **SUMMONS IN A CIVIL CASE**

**ELECTORAL COLLEGE, ET AL.,**

CASE NO:  2:12−CV−02997−MCE−DAD

TO:
Defendant's Address:

US Congress
c/o US Attorney
501 Ist. R 4-200
Sacramento CA 95814

**YOU ARE HEREBY SUMMONED** and required to serve on Plaintiffs: James Grinols, Robert Odden, Edward Noonan, Thomas MacLeran, Keith Judd,

with answer to complaint due within 60 days. Attorney Orly Taitz 29839 S. Margarita, Ste 100 Rancho Santa Margarita, CA 92688

an answer to the complaint which is served on you with this summons, within . (Meuleman, A)SUMMONS ISSUED as to days after
service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint.  Any answer that you serve
on the parties to this action must be filed with the Clerk of this Court within a reasonable period
of time after service.

VICTORIA C. MINOR
CLERK

/s/ A. Meuleman

(By) DEPUTY CLERK

ISSUED ON 2012−12−13 08:34:31.0, Clerk
USDC EDCA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**JAMES GRINOLS, ET AL. ,**

V.

**SUMMONS IN A CIVIL CASE**

**ELECTORAL COLLEGE, ET AL. ,**

CASE NO: 2:12−CV−02997−MCE−DAD

TO:
Defendant's Address:

*Joseph Biden in his capacity as a President of the Senate c/o U.S. Attorney 501 I str. R 4-200 Sacramento, CA 95814*

**YOU ARE HEREBY SUMMONED** and required to serve on *Plaintiffs: James Grinols, Robert Odden, Edward Noonan, Thomas MacLeran, Keith Judd*

**with answer to complaint due within** *60* **days. Attorney** *Orly Taitz 29839 Santa Margarita, ste 100 Rancho Santa Margarita, CA 92688*

an answer to the complaint which is served on you with this summons, within . (Meuleman, A)SUMMONS **ISSUED as to** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**VICTORIA C. MINOR**
CLERK

/s/ A. Meuleman

(By) DEPUTY CLERK

**ISSUED ON** 2012−12−13 08:34:31.0, Clerk
USDC EDCA

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me [(1)] | DATE | 12 18 2012 |
| NAME OF SERVER (PRINT) Lila Dabot | TITLE | server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): FedEx

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 0 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    12/8 2012        [signature]
                Date              Signature of Server

29839 Santa Margarita
Address of Server         ste 100
Rancho Santa Margarita
CA 92688

FedEx Express **NEW** Package US Airbill

FedEx Tracking Number 8015 4810 7622

Form ID No. 0200

Sender's

fedex.com 1.800.GoFedEx 1.800.463.3339

**1 From** *Please print and press hard.*

Date 12.18.2012 Sender's FedEx Account Number

SENDER'S FEDEX ACCOUNT NUMBER ONLY

Sender's Name Orly Taitz Phone 949 683 5411

Company Law offices of Orly Taitz

Address 29839 S Margrt ste 100 Dept./Floor/Suite/Room

City RSM State CA ZIP 92688

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.
OPTIONAL

**3 To**
Recipient's Name Phone ( )

Company US Attorney

Address 501 I St
We cannot deliver to P.O. boxes or P.O. ZIP codes. Dept./Floor/Suite/Room

HOLD Weekday
FedEx location address REQUIRED. NOT available for FedEx First Overnight.

Address
Use this line for the HOLD location address or for continuation of your shipping address.

HOLD Saturday
FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

City Sacramento State CA ZIP 95814

**4 Express Package Service** *To most locations.
NOTE: Service order has changed. Please select carefully.

Packages up to 150 lbs. For packages over 150 lbs., use the new FedEx Express Freight US Airbill.

**Next Business Day**

- ☐ FedEx First Overnight — Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- ☑ FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- ☐ FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.

**2 or 3 Business Days**

- ☐ FedEx 2Day A.M. — Second business morning.* Saturday Delivery NOT available.
- ☐ FedEx 2Day — Second business afternoon.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- ☐ FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

**5 Packaging** *Declared value limit $500.

☑ FedEx Envelope* ☐ FedEx Pak* ☐ FedEx Box ☐ FedEx Tube

**6 Special Handling and Delivery Signature Options**

☐ SATURDAY Delivery — NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ No Signature Required — Package may be left without obtaining a signature for delivery.

☑ Direct Signature — Someone at recipient's address may sign for delivery. *Fee applies.*

☐ Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

**Does this shipment contain dangerous goods?**
One box must be checked.

☑ No ☐ Yes As per attached Shipper's Declaration. ☐ Yes Shipper's Declaration not required. ☐ Dry Ice Dry Ice, 9, UN 1845 ____ x ____

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box. ☐ Cargo Aircraft Only

**7 Payment** *Bill to:*
Enter FedEx Acct. No. or Credit Card No. below.

☑ Sender Acct. No. in Section 1 will be billed. ☐ Recipient ☐ Third Party ☐ Credit Card ☐

FedEx Acct. No. Credit Card No. Exp. Date

Total Packages Total Weight lbs. Total Declared Value† $ .00

†Our liability is limited to US$100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

**Easy new Peel-and-Stick airbill. No pouch needed.**
Apply airbill directly to your package. See directions on back.

Rev. Date 1/12 • Part #167002 • ©2012 FedEx • PRINTED IN U.S.A. SRF