Dr. Orly Taitz ESQ

29839 Santa Margarita ste 100

Rancho Santa Margarita, CA 92688

Phone 949-683-5411 fax 949-766-7603

Orly.taitz@gmail.com

Counselor for the Plaintiffs

**US District Court**

**For the Eastern District of California**

| | |
|---|---|
| James Grinols, Robert Odden,  in their capacity | )Case #   12-cv-02997 |
| as Presidential Electors | )MOTION FOR TEMPORARY |
| Edward C. Noonan, Thomas Gregory MacLeran, | ) RESTRAINING ORDER |
| Keith Judd in their  capacity as | ) |
| candidates  for the U.S. President | ) |
| v Electoral College, President of the Senate, | ) |
| Governor of California, Secretary of State | ) |
| of California, U.S. Congress | ) |
| | ) |
| | ) |
| | ) |

**INTRODUCTION**

Plaintiffs bring this action as Presidential Electors and as candidates for U.S. President, who, having been deprived of lawful process in the statewide election for the national office of U.S. President held in California on November 6, 2012, as a direct and proximate result of the mispersonation and elections fraud perpetrated by defendant Obama, seek redress from this court to enjoin:

1. Secretary of State and Governor from certifying the Certificate of Ascertainment due to lack of legitimacy for office and fraud committed by the citizen of Indonesia Barack Hussein Obama, aka Barack (Barry) Soetoro, aka Barack (Barry) Obama Soebarkah, due to his run for the U.S.  Presidency and position of the Commander in-Chief, while using a forged short form birth certificate, forged long form birth certificate, forged Selective Service certificate and a stolen Connecticut Social Security number xxx-xx-4425  as a proof of his legitimacy and fitness for office


2.  The Electoral College from tallying their votes due to lack of legitimacy for office and fraud committed by the citizen of Indonesia Barack Hussein Obama, aka Barack (Barry) Soetoro, aka Barack (Barry) Obama Soebarkah, due to his run for the U.S.  Presidency and position of the commander in-Chief, while using a forged short form birth certificate, forged long form birth certificate, forged selective Service certificate and a stolen Connecticut Social Security number xxx-xx-4425 as a proof of his legitimacy and fitness for office

3. governor of CA from forwarding the Certificate of Electoral Vote to the US Congress  due to lack of legitimacy for office and fraud committed by the citizen of Indonesia Barack Hussein Obama, aka Barack (Barry) Soetoro, aka Barack (Barry) Obama Soebarkah, due to his run for the U.S.  Presidency and position of the commander in-Chief, while using a forged short form birth certificate, forged long form birth certificate, forged selective Service certificate and a stolen Connecticut Social Security number xxx-xx-4425  as a proof of his legitimacy and fitness for office

4. President of the Senate from presenting the Certificates of the Electoral Vote to the U.S. Congress due to lack of legitimacy for office and fraud committed by the citizen of Indonesia Barack Hussein Obama, aka Barack (Barry) Soetoro, aka Barack (Barry) Obama Soebarkah, due to his run for the U.S.  Presidency and position of the commander in-Chief, while using a forged short form birth certificate, forged long form birth certificate, forged selective Service certificate and a stolen Connecticut Social Security number xxx-xx-4425  as a proof of his legitimacy and fitness for office

5. U.S. Congress from confirming the elections results due to lack of legitimacy for office and fraud committed by the citizen of Indonesia Barack Hussein Obama, aka Barack (Barry) Soetoro, aka Barack (Barry) Obama Soebarkah, due to his run for the U.S.  Presidency and position of the commander in-Chief, while using a forged short form birth certificate, forged long form birth certificate, forged selective Service certificate and a stolen Connecticut Social Security number xxx-xx-4425 as a proof of his legitimacy and fitness for office

6.  Defendant Barack Hussein Obama from taking the oath of office as a U.S. President on the inauguration day due to his lack of legitimacy for office and fraud committed by him, as the citizen of Indonesia Barack Hussein Obama, aka Barack (Barry) Soetoro, aka Barack (Barry) Obama Soebarkah, due to his run for the U.S. Presidency and position of the Commander in-Chief, while using a forged short form birth certificate, forged long form birth certificate, forged selective Service certificate and a stolen Connecticut Social Security number xxx-xx-4425  as a proof of his legitimacy and fitness for office.

Plaintiffs, who are Presidential electors and Presidential candidates have standing to raise these claims as directly interested parties.  These claims are justiciable, and as this court has one last opportunity to act, the claims are not moot.  *Jacobs v. Clark County Sch. Dist.,* 526 F.3d 419, 425 (9th Cir. 2008). Plaintiffs incorporate

herein the complaint and petition for injunctive relief filed herein on 12.12.2012

and exhibits pp1-107 to aforementioned complaint and petition for injunctive relief

## STATEMENT OF FACTS

Plaintiffs incorporate herein the complaint and petition for injunctive relief filed

herein on 12.12.2012 and exhibits pp1-107 to aforementioned complaint and

petition for injunctive relief.

Defendant Obama is not qualified for the office of U.S. President, as he is a

citizen of Indonesia operating under an alias.

Defendant Obama is using a forged birth certificate to validate his claim of

an American birth. In proffering false documents in order to obtain a federal

position, Defendant Obama (in this case, the Presidency) has violated 18 USC §

911 (falsely representing that he is a US citizen); and 18 USC § 1001 (June 25,

1948, ch. 645, 62 Stat. 749; Pub. L. 103–322, title XXXIII, § 330016(1)(L), Sept. 13,

1994, 108 Stat. 2147; Pub. L. 104–292, § 2, Oct. 11, 1996, 110 Stat. 3459; Pub. L.

108–458, title VI, § 6703(a), Dec. 17, 2004, 118 Stat. 3766; Pub. L. 109–248, title I,

§ 141(c), July 27, 2006, 120 Stat. 603.) in falsifying his identity as a member of the

executive branch of the federal government.

Defendant Obama is using a forged Selective Service Certificate to demonstrate his claim of a lawful registration for the draft, when no such registration occurred.  In proffering a falsified draft registration, Defendant Obama has violated 18 USC § 1001, and is further disqualified from holding any position within the Executive branch of the United States government pursuant to 5 USC § 3328.

///

Defendant Obama is using a fraudulent Social Security number which was never assigned to him as a proof of his identity. In proffering a false social security number, Defendant Obama, is in criminal violation of 42 USC § 408, which provides as follows:

(a) In general

Whoever - (6) willfully, knowingly, and with intent to deceive the Commissioner of Social Security as to his true identity (or the true identity of any other person) furnishes or causes to be furnished false information to the Commissioner of Social Security with respect to any information required by the Commissioner of Social Security in connection with the establishment and maintenance of the records provided for in section

405(c)(2) of this title; shall be guilty of a felony and upon conviction

thereof shall be fined under title 18 or imprisoned for not more than five

years, or both.

Defendant Obama is not a natural born citizen and is ineligible to hold the

office of the Presidency, pursuant to Article II, Section 1, clause 5, which states

that "No Person except a natural born Citizen, or a Citizen of the United States, at

the time of the Adoption of this Constitution, shall be eligible to the Office of

President."

The crimes are egregious violations which vitiated the ability of the

plaintiffs in this case to lawful process in the furtherance of the November 6, 2012

election.

In addition, the November 6, 2012 election in California was marked with

substantial voter fraud.  Over one and a half million invalid voter registrations in

California have been discovered, in violation of elections statute 2150.  756,213

records were without a birth place, 685,739 records where instead of a required

name of the state of birth, U.S. or U.S.A was entered, there were as many as

141,851 possible duplicate records, 130,019 records with birth date over 100, 757

records without a birth date, and 898 records without a first name. (Exhibit 11,

12).  Employees of the Registrar's office from Orange County and Los Angeles County have admitted in e-malls to falsification of voter data by entering date 1900, when they found no date, and entering USA or US when the name of the state of birth is missing.  (Exhibit 19). The number of registered voters in California went up by over a million since the last Presidential election in 2008 and most of the increase came from on line registration.

### EVIDENCE UPON WHICH PLAINTIFFS RELY

Plaintiffs rely on the following evidence, all of which has been provided to this court:

1. Certificate of Nomination for Edward C. Noonan as candidate for the office of President; (Ex. 1).

2. Affidavit of Michael Zullo; (Ex. 2).

3. Affidavit of Douglas B. Vogt; (Ex. 3).

4. Affidavit of Timothy Lee Adams; (Ex. 4).

5. Affidavit of Felicito Papa; (Ex. 5).

6. Affidavit of Felicito Papa; (Ex. 6).

7. Affidavit of Linda Jordan; (Ex. 7).

8. Affidavit of Dr. Ronald J. Polland; (Ex. 8).

9.  Affidavit of John N. Sampson; (Ex. 9).

10. Social Security Number Verification System report; (Ex. 10).

11. Affidavit of David Yun; (Ex. 11).

12. Affidavit of David Yun; (Ex. 12).

13. Registration of Barry Soetoro in Indonesia; (Ex. 13).

14. Declaration of Christopher-Earl Strunk; (Ex. 14).

15. Affidavit of Susan Daniels; (Ex. 15).

16. Official Report of the National Assembly of Kenya, Mar. 25, 2010; (Ex. 16).

17. Report: The Vetting – Exclusive – Obama's Literary Agent in 1991 Booklet: 'Born in Kenya and Raised in Indonesia and Hawaii.' (Ex. 17).

18. Affidavit of Maricopa County Sheriff, Joseph M. Arpaio; (Ex. 18).

19. Emails: Public Records LA County; (Ex. 19).

20. Certificate of Live Birth (Hawaiian exemplar); (Ex. 20).

21. Certificate of Live Birth of Defendant Obama (White House file); (Ex. 21).

## POINTS AND AUTHORITIES

The United States Supreme Court revisited the requirements for obtaining a preliminary injunction in *Winter v. NRDC, Inc.*, 555 U.S. 7 (2008). "A plaintiff seeking a preliminary injunction must establish that he is likely to succeed on the

merits; that he is likely to suffer irreparable harm in the absence of preliminary relief; that the balance of equities tips in his favor; and that an injunction is in the public interest."

### *There is a substantial likelihood of success on the merits of the case.*

A candidate for office is presumed to hold the qualifications to seek and hold that office, unless and until a party proves to a court of competent jurisdiction that the candidate is not qualified. *Dumas v. Gagner,* 137 Wn.2d 268, 285, 971 P.2d 17 (1999).   The burden of demonstrating that Obama is not eligible to hold the office of the Presidency is on plaintiffs. *Baldwin v. Sisters of Providence,* 112 Wn.2d 127, 135, 769 P.2d 298 (1989); *see also Ankeny v. Governor of Indiana,* 916 N.E.2d 678, 681 (Ind. Ct. App. 2009).  Plaintiffs rely exclusively on the fact record contained herein; namely the Birth Certificate of Barack Hussein Obama (Ex. 21) as posted on the White House website, and expressly adopted by Obama.

Here is the official statement from the White House website:

In 2008, in response to media inquiries, the President's campaign requested his birth certificate from the state of Hawaii. The state sent the campaign the President's birth certificate, the same legal documentation provided to all Hawaiians as proof of birth in state, and the campaign immediately posted it on the internet.

When any citizen born in Hawaii requests their birth certificate, they receive exactly what the President received. In fact, the document posted on the campaign website is what Hawaiians use to get a driver's license from the state and the document recognized by the Federal Government and the courts for all legal purposes. That's because it is the birth certificate. This is not and should not be an open question.

The President believed the distraction over his birth certificate wasn't good for the country. It may have been good politics and good TV, but it was bad for the American people and distracting from the many challenges we face as a country. Therefore, the President directed his counsel to review the legal authority for seeking access to the long form certificate and to request on that basis that the Hawaii State Department of Health make an exception to release a copy of his long form birth certificate. They granted that exception in part because of the tremendous volume of requests they had been getting.

Here is the comment of Barack Hussein Obama concerning the release of

this Birth Certificate:

*We've posted the certification that is given by the state of Hawaii on*

*the Internet for everybody to see.* Transcript of President's remarks

following the release of the long form Birth Certificate, The White House,

Office of the Press Secretary, April 27, 2011 at 9:48 a.m. PDT.

http://www.whitehouse.gov/the-press-office/2011/04/27/remarks-

president.

Federal Rules of Evidence, 804(3) provides for the admissibility of this

evidence, and plaintiff submits that judicial notice should be taken thereof:

**(3) *Statement Against Interest*.** A statement that:

**(A)** a reasonable person in the declarant's position would have made only if the person believed it to be true because, when made, it was so contrary to the declarant's proprietary or pecuniary interest or had so great a tendency to invalidate the declarant's claim against someone else or to expose the declarant to civil or criminal liability; and

**(B)** is supported by corroborating circumstances that clearly indicate its trustworthiness, if it is offered in a criminal case as one that tends to expose the declarant to criminal liability.

Because Plaintiffs have granted standing to bring this charge, and because the issue is justiciable in the United States District Court for the Eastern District of California, (see Mar*bury v Madison, op. ci*t.), this court must therefore consider the law regarding the precondition of facts as admitted by Barack Hussein Obama and consider whether he is actually able to hold the office of the Presidency.

### a. **Standing**

Article III standing means an injury in fact that is fairly traceable to the challenged conduct and has some likelihood of redressability. *Fleck and Assocs., Inc. v. City of Phoenix,* 471 F.3d 1100, 1103-04 (9th Cir. 2006). *Lujan v. Defenders of Wildlife, 504 U.S. 555,* 556-61, 112 S.Ct. 2130, 119 L.Ed.2d 351 (1992). The Supreme Court has also recognized third-party standing in cases involving jury composition. *See, e.g.*, *Campbell v. Louisiana*, 523 U.S. 392, 397-400 (1998) (allowing a litigant to raise a claim on behalf of third parties where (1) the litigant

has suffered an "injury in fact"; (2) he has a "close relationship" to the third

parties; and (3) there is some hindrance to the third parties asserting their own

rights); *Powers v. Ohio*, 499 U.S. 400, 410-15 (1991).

Plaintiffs have standing to raise this claim. Plaintiffs James Grinols and

Robert Odden are Presidential Electors who have been deprived of their ability to

cast a lawful vote for the Presidency, and Edward C. Noonan, Thomas Gregory

MacLeran, and Keith Judd have been deprived of a lawful election for the office of

the Presidency. Their claims are distinct, and the remedy sought herein will

redress these claims by preventing the codification of an unlawful election.

b. **Justiciability**

The integrity of the election system in the state of California is not non-

justiciable or purely a political issue. The Governor of California and its Secretary

of State have a mandatory duty to discharge the office by supporting both the

United States Constitution and the Constitution of the State of California.

"It is emphatically the duty of the Judicial Department to say what the law

is. Those who apply the rule to particular cases must, of necessity, expound and

interpret the rule. If two laws conflict with each other, the Court must decide on the

operation of each.

If courts are to regard the Constitution, and the Constitution is superior to any ordinary act of the legislature, the Constitution, and not such ordinary act, must govern the case to which they both apply." *Marbury v. Madison*, 5 U.S. 1 Cranch 137, 137 (1803).

Furthermore, it is the duty of the Governor and the Secretary of State of California, and all members of the Legislature, all public officers (including Electors) and employees, all executive, legislative, and judicial officers, to apply constitutional regimen in the governance of a statewide election, pursuant to their oath of office set forth here:

"I, _____, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the Constitution of the State of California against all enemies, foreign and domestic; that I will bear true faith and allegiance to the Constitution of the United States and the Constitution of the State of California; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties upon which I am about to enter.

"And I do further swear (or affirm) that I do not advocate, nor am I a member of any party or organization, political or other- wise, that now

advocates the overthrow of the Government of the United States or of the

State of California by force or violence or other unlawful means; that within

the five years immediately preceding the taking of this oath (or affirmation)

I have not been a member of any party or organization, political or other-

wise, that advocated the overthrow of the Government of the United

States or of the State of California by force or violence or other unlawful

means except as follows:

    (If no affiliations, write in the words "No Exceptions") and that during

such time as I hold the office of

_____ I will not advocate

nor become (name of office) a member of any party or organization,

political or otherwise, that advocates the overthrow of the Government of

the United States or of the State of California by force or violence or other

unlawful means."  Article 20, Section 3, Constitution of the State of

California.

Because the Governor of the State of California, the Secretary of State, and

the Electoral College have a duty to preserve the integrity of the election system

under the United States Constitution; because Obama is in criminal violation of

federal laws concerning his identity, and because he has failed to establish 1) lawful citizenship; 2) a lawful name; 3) a lawful social security number identification; 4) a lawful registration for the selective service system; 5) natural born citizen status are required under Article II, Section 1, clause 5 of the US Constitution: plaintiffs have been deprived in 1) their ability to cast a lawful vote for the Presidency (elector plaintiffs) and 2) their candidacies for President.  This can be redressed by this court when the court enjoins the Electoral College from certifying its vote.

    c. **Mootness**

    The basic question in determining mootness is whether there is a present controversy as to which effective relief can be granted.  *Feldman v. Bomar,* 518 F.3d 637, 642 (9th Cir. 2008).  In this case, this court is the last bulwark between the life of the constitutional republic of the United States, and its demise.  This court can and should fashion relief, and because such an opportunity exists for this court to enjoin the Electoral College from moving forward with the election of a candidate for President who cannot lawfully hold the post, the issue before the court is a present controversy and is not moot.

The cause of action is one which "arises under" the Federal Constitution. This complaint alleges that the certification of an ineligible candidate to the office of the Presidency deprives Plaintiffs of the equal protection of the laws in violation of the Fourteenth Amendment.

Dismissal of the complaint upon the ground of lack of jurisdiction of the subject matter would is not justified, because the case can only be dismissed if the claim were "so attenuated and unsubstantial as to be absolutely devoid of merit," *Newburyport Water Co. v. Newburyport,* 193 U.S. 561, 579, or "frivolous," *Bell v. Hood,* 327 U.S. 678, 683.  That the claim is unsubstantial must be "very plain." *Hart v. Keith Vaudeville Exchange,* 262 U.S. 271, 274, 369 U.S. 186.

Furthermore, this court has a duty to enjoin an unlawful election in any manner it deems appropriate.  Pursuant to 28 USC § 453, all members of the federal judiciary are required to take the following oath:

"I, XXX XXX, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as XXX under the Constitution and laws of the United States. So help me God."

At stake here is the Constitution and the laws of the United States.  It is that simple.  Defendant Obama is in criminal violation of statutes governing the identity of federal officers (18 USC § 1001), as this record amply demonstrates.  There is one last opportunity to arrest the destruction of the constitutional republic, and it rests with this court.

Obama's failure to properly register for the selective service system disqualifies him from every holding a position in the Executive branch of the United States, pursuant to 5 USC § 3328.  This court has a duty to uphold the federal law concerning this claim.

### *Plaintiffs face a substantial threat of irreparable damage or injury should an ineligible candidate be certified to the office of President.*

It is the very essence of things American that the Presidency be occupied by a person who is not just an American citizen, but who can establish that he is in fact a lawful American and a natural born citizen of the United States.  However, the critical harm here is the harm to the rule of law under the Constitution of the United States, the Constitution of the State of California, and the mandatory oath of office required by the statutes of the State of California for the Secretary of State, and the oath of office associated with this court.

All of these oaths will be violated if a candidate who is acting criminally to disguise his identity and who is not constitutionally authorized to hold the office of the Presidency is nonetheless certified by the Electoral College as duly elected. If Article II, Section 1, clause 5 of the United States Constitution has no meaning, than any and every clause of the Constitution is at risk.  That is a substantial threat of irreparable damage and injury.

Plaintiffs as electors (the Elector Plaintiffs) have a duty imposed on them to act lawfully in the casting of votes for the Presidency, and their lawful vote is vitiated entirely by electors who have voted for an illegal candidate for the office of President.  Plaintiffs as candidates for the office of President, have been deprived of equal protection under the law and a free and fair election for the office that has been usurped by Defendant Obama who is acting in criminal violation of federal law and in violation of applicable constitutional provisions to assert a claim for the office of the President.

Even the President must be accountable to the laws of the land, particularly the eligibility clause of the U.S. Constitution.

*The vision that the founding fathers had of rule of law and equality before the law and no one above the law, that is a very viable vision, but instead of that, we have quasi mob rule.* James Bovard.

*The bedrock of our democracy is the rule of law and that means we have to have an independent judiciary, judges who can make decisions independent of the political winds that are blowing.* Caroline Kennedy.

*When freedom does not have a purpose, when it does not wish to know anything about the rule of law engraved in the hearts of men and women, when it does not listen to the voice of conscience, it turns against humanity and society.* Pope John Paul II.

*Freedom prospers when religion is vibrant and the rule of law under God is acknowledged.* Ronald Reagan.

*We either believe in the dignity of the individual, the rule of law, and the prohibition of cruel and unusual punishment, or we don't. There is no middle ground.*

Leon Panetta.

*The American people have a right to except that the rule of law will guarantee that even if we don't like the policy, that it's done properly.* Darrell Issa.

*I firmly believe in the rule of law as the foundation for all of our basic rights.* Sonia Sotomayor.

*A judge can't have any preferred outcome in any particular case. The judge's only obligation - and it's a solemn obligation - is to the rule of law.* Samuel Alito.

*One thing, however, is certain.  Although we may never know with complete certainty the identity of the winner of this year's presidential election, the identity of the loser is perfectly clear.  It is the nation's confidence in the judge as an impartial guardian of the rule of law.* John Paul Stevens.

*Judges rule on the basis of law, not public opinion, and they should be totally indifferent to pressures of the times.*  Warren E. Burger.

*The natural liberty of man is to be free from any superior power on*

*Earth, and not to be under the will or legislative authority of man, but only*

*to have the law of nature for his rule.*  Samuel Adams.

*The clearest way to show what the rule of law means to us in*

*everyday life is to recall what has happened when there is no rule of law.*

Dwight D. Eisenhower.

*A resilient people cherishing liberty and equality and the rule of law*

*will endure.*  Nick Rahall.

*I am convinced that the majority of American people do understand*

*that we have a moral responsibility to foster the concepts of opportunity,*

*free enterprise, the rule of law, and democracy. They understand that these*

*values are the hope of the world.*  Richard Lugar

*We stand in the shadow of Jefferson who believed that a society*

*founded upon the rule of law and liberty was dependent upon public*

*education and the diffusion of knowledge.* Matt Blunt.

*Unfortunately, the true force which propels our endless political*

*disputes, our constant struggles for political advantage, is often not our*

*burning concern for democracy, it is often of our dedication to the principle of the rule of law.* Olusegun Obasanjo.

*The United States and the European Union do want to have a rule of law, and that rule of law should be for a fair trial. And that fair trial needs to have an impartial jury.* Maria Cantwell.

*The rule of law should be upheld by all political parties. They should neither advise others to break the law, nor encourage others to do so even when they strongly disagree with the legislation put forward by the government of the day.* James Callaghan.

### **<u>The balance of harms weighs in favor of Plaintiff.</u>**

Plaintiffs have a right as electors and candidates for the Presidency to a free and fair election between eligible candidates, and this is a due process right guaranteed under the 14th Amendment to the United States Constitution.   The right to vote is regarded as a fundamental political right, because it is preservative of all rights." *Yick Wo v. Hopkins*, 118 U.S. 356, 370 (1886).  An ineligible candidate to an office has no articulable right in law or equity to that office, even if unanimously elected by the general population.

Plaintiffs, in strict reliance on the admissions against interest of Barack Hussein Obama as disclosed herein, and the record disclosed herein, have demonstrated that as a matter of law, that Defendant Obama has acted criminally to hide his true identity, that Defendant Obama has violated applicable federal law governing the identity of federal officers, that Defendant Obama has completely failed to demonstrate 1) lawful citizenship; 2) a lawful name; 3) a lawful birth site; 4) a lawful selective service registration; 5) a lawful social security number; and 6) natural born citizenship.  As a consequence, Defendant Obama does not meet the constitutional standards for eligibility.  Therefore, Defendant Obama has no articulable harm as a matter of law.  He simply returns to being a civilian.

The Court has more than once recognized the close nexus between the freedoms of speech and assembly. *De Jonge v. Oregon,* 299 U.S. 353, 364 ; *Thomas v. Collins,* 323 U.S. 516, 530 . It is beyond debate that freedom is an inseparable aspect of the "liberty" assured by the Due Process Clause of the Fourteenth Amendment, which embraces freedom of speech. *See Gitlow v. New York,* 268 U.S. 652, 666 ; *Palko v. Connecticut,* 302 U.S. 319, 324 ; *Cantwell v. Connecticut,* 310 U.S. 296, 303 ; *Staub v. City of Baxley,* 355 U.S. 313, 321 . Of course, it is immaterial whether the beliefs sought to be advanced pertain to

political, economic, religious or cultural matters, and state action which may have

the effect of curtailing the freedom to associate is subject to the closest scrutiny.

*NAACP v. Alabama,* 357 U.S. 449, 460-461 (1958).

In the domain of these indispensable liberties, whether of speech, press, or

association, the decisions of this Court recognize that abridgment of such rights,

even though unintended, may inevitably follow from varied forms of

governmental action. *NAACP v. Alabama,* 357 U.S. 449, 461 (1958).

The furtherance of an election that is fraudulent is violative of all liberty

interests protected under the United States Constitution and creates an

unimaginable harm to all political interests which have been protected in this

nation since its founding, including the class of litigants sought to be certified

hereunder.

### *The grant of an injunction would serve the public interest.*

The public is served by having free and fair elections; elections where

registered voters in California lawfully chose between candidates who are eligible

to hold office.

**ALL OF THE DEFENDANTS AND THIS COURT WILL BE GUILTY OF TREASON AGAINST THE UNITED STATES OF AMERICA, PEOPLE OF THE UNITED STATES OF AMERICA AND THE US CONSTITUTION, IF THE CETIFICATE OF VOTE IS CERTIFIED AND CITIZEN OF INDONESIA BARACK OBAMA IS ALLOWED TO BECOME THE US PRESIDENT**

In 2008 the Plaintiffs did not have all the evidence which became available recently, however recently obtained  information  shows that

1.  according to Obama's school records he is a citizen of Indonesia.

2. according to his mother's passport records his last name is Soebarkah

3. he is using a forged birth certificate

4. he is using a forged Selective Service Certificate

5. he is using a stolen Connecticut Social Security number xxx-xx-4425 which was never assigned to him according to E-Verify and SSNVS

6. available school pictures and documents from Kaelani school in Hawaii show him residing in Hawaii at least until January 1969. his School records from Assissi School in Jakarta, Indonesia, show him under name Barry Soetoro residing in Indonesia from January 1967. As one human being cannot reside in two countries

at the same time for a period of two years, it is clear that there are two distinctive

individuals: Barry Obama, who resided in Hawaii and Barry Soetoro, who resided

in Indonesia between 1967 and 1969. We have no idea which one of the two

came back to the United States of America in and around 1971.   Since all the IDs

represent forgeries, all of the defendants and this court will be committing HIGH

TREASON, if they certify as the legitimate President and Commander in Chief a

foreign citizen with all forged IDs and a stolen/ fraudulently obtained Social

Security number

**IF THE DEFENDANTS AND THIS COURT CERTIFY OBAMA AS A LEGITIMATE**

**PRESIDENT, WHILE POSSESSING ALL OF THE DOCUMENTS AT HAND, THEY MAY**

**BE LATER PROSECUTED AS BEING A PART OF A RICO, RACKETEERING**

**CONSPIRACY TO DEFRAUD AMERICAN CITIZENS AND COMMIT FOLLOWING**

**PREDICATE ACTS:**

18, United  States Code: section 1028 (relating to fraud  and related

activity    in   connection   with   identification   documents,   section

1341(relating  to  mail  fraud),section  1343  (relating  to    wire

fraud},section 1425 (relating to the procurement of citizenship or

nationalization unlawfully}, section 1426 (relating  to the reproduction

of  naturalization or  citizenship  papers), section

1427 (relating to the sale of naturalization or citizenship papers}, section 1503 (relating to obstruction of justice}, section 1510 (relating to obstruction of criminal investigations}, section 1511(relating to the obstruction of State or local law enforcement), section 1542 (relating to false statement in application and use of passport), section 1543 (relating to forgery or false use of passport}, section 1544 (relating to misuse of passport),section 1546 (relating to fraud and misuse of visas, permits and other documents, section 1952 (relating to racketeering), sections 2314 and 2315 (relating to interstate transportation of stolen property}, section 2320 (relating to trafficking in goods or services bearing counterfeit marks), (F) any act which is indictable under the Immigration and Nationality Act,section 274 (relating to bringing in and harboring certain aliens),section 277 (relating to aiding or assisting certain aliens to enter the United States).

This Court should act AS TO THE DEFENDANTS from making an election where the candidate who prevailed is ineligible to serve.  The preservation of the integrity of the voting system requires it.

**CONCLUSION**

The record before the court amply demonstrates that Defendant Obama is not eligible/not legitimate for the position of the U.S. Presidency.

Plaintiffs have met their burden to demonstrate that the evidence proffered by Defendant Obama to date is falsified, and amounts to criminal falsification under applicable federal law as set forth herein.  Plaintiffs have also demonstrated that Obama's failure to properly register for the selective service system has disqualified him from every holding the office of the President.  Plaintiffs have demonstrated and met their burden of proof to establish that Defendant Obama is operating under a fraudulent Social Security number. As a consequence, Defendant Obama does not meet the constitutional standards for eligibility.  Therefore, Defendant Obama has no articulable harm as a matter of law.  He simply returns to being a civilian.

Plaintiffs ask this court for extraordinary relief, in what can only be called extraordinary times.  Never before has the nation faced such an audacious usurpation of its offices, it laws, its constitutional protections, its rights, its freedom, even its very life as a Constitutional Republic.  While it is an extraordinary demand for relief, the times call for such extraordinary acts by this court as the very last bulwark of freedom in this country.

Dr. Orly  Taitz ESQ

29839 Santa Margarita ste 100

Rancho Santa Margarita, CA 92688

Phone 949-683-5411 fax 949-766-7603

Orly.taitz@gmail.com

Counselor for the Plaintiffs

## US District Court

### For the Eastern District of California

James Grinols, Robert Odden,  in their capacity )Case #  12-cv-02997

as Presidential Electors                                    )MOTION FOR TEMPORARY

Edward C. Noonan, Thomas Gregory MacLeran, ) RESTRAINING ORDER

Keith Judd in their  capacity as                    )

candidates  for the U.S. President                )

v Electoral College, President of the Senate,    )

Governor of California, Secretary of State        )

of California, U.S. Congress                            )

)

)

)

## INTRODUCTION

Plaintiffs bring this action as Presidential Electors and as candidates for U.S. President, who, having been deprived of lawful process in the statewide election for the national office of U.S. President held in California on November 6, 2012, as a direct and proximate result of the mispersonation and elections fraud perpetrated by defendant Obama, seek redress from this court to enjoin:

1. Secretary of State and Governor from certifying the Certificate of Ascertainment due to lack of legitimacy for office and fraud committed by the citizen of Indonesia Barack Hussein Obama, aka Barack (Barry) Soetoro, aka Barack (Barry) Obama Soebarkah, due to his run for the U.S. Presidency and position of the Commander in-Chief, while using a forged short form birth certificate, forged long form birth certificate, forged Selective Service certificate and a stolen Connecticut Social Security number xxx-xx-4425 as a proof of his legitimacy and fitness for office

2. The Electoral College from tallying their votes due to lack of legitimacy for office and fraud committed by the citizen of Indonesia Barack Hussein Obama, aka Barack (Barry) Soetoro, aka Barack (Barry) Obama Soebarkah, due to his run for the U.S. Presidency and position of the commander in-Chief, while using a forged short form birth certificate, forged long form birth certificate, forged selective Service certificate and a stolen Connecticut Social Security number xxx-xx-4425 as a proof of his legitimacy and fitness for office

5. U.S. Congress from confirming the elections results due to lack of legitimacy for office and fraud committed by the citizen of Indonesia Barack Hussein Obama, aka Barack (Barry) Soetoro, aka Barack (Barry) Obama Soebarkah, due to his run for the U.S. Presidency and position of the commander in-Chief, while using a forged short form birth certificate, forged long form birth certificate, forged selective Service certificate and a stolen Connecticut Social Security number xxx-xx-4425 as a proof of his legitimacy and fitness for office

6. Defendant Barack Hussein Obama from taking the oath of office as a U.S. President on the inauguration day due to his lack of legitimacy for office and fraud committed by him, as the citizen of Indonesia Barack Hussein Obama, aka Barack (Barry) Soetoro, aka Barack (Barry) Obama Soebarkah, due to his run for the U.S. Presidency and position of the Commander in-Chief, while using a forged short form birth certificate, forged long form birth certificate, forged selective Service certificate and a stolen Connecticut Social Security number xxx-xx-4425 as a proof of his legitimacy and fitness for office.

Plaintiffs, who are Presidential electors and Presidential candidates have standing to raise these claims as directly interested parties. These claims are justiciable, and as this court has one last opportunity to act, the claims are not moot. *Jacobs v. Clark County Sch. Dist.,* 526 F.3d 419, 425 (9th Cir. 2008). Plaintiffs incorporate

herein the complaint and petition for injunctive relief filed herein on 12.12.2012
and exhibits pp1-107 to aforementioned complaint and petition for injunctive relief

## STATEMENT OF FACTS

Plaintiffs incorporate herein the complaint and petition for injunctive relief filed
herein on 12.12.2012 and exhibits pp1-107 to aforementioned complaint and
petition for injunctive relief.

Defendant Obama is not qualified for the office of U.S. President, as he is a
citizen of Indonesia operating under an alias.

Defendant Obama is using a forged birth certificate to validate his claim of
an American birth. In proffering false documents in order to obtain a federal
position, Defendant Obama (in this case, the Presidency) has violated 18 USC §
911 (falsely representing that he is a US citizen); and 18 USC § 1001 (June 25,
1948, ch. 645, 62 Stat. 749; Pub. L. 103–322, title XXXIII, § 330016(1)(L), Sept. 13,
1994, 108 Stat. 2147; Pub. L. 104–292, § 2, Oct. 11, 1996, 110 Stat. 3459; Pub. L.
108–458, title VI, § 6703(a), Dec. 17, 2004, 118 Stat. 3766; Pub. L. 109–248, title I,
§ 141(c), July 27, 2006, 120 Stat. 603.) in falsifying his identity as a member of the
executive branch of the federal government.

Defendant Obama is using a forged Selective Service Certificate to demonstrate his claim of a lawful registration for the draft, when no such registration occurred.  In proffering a falsified draft registration, Defendant Obama has violated 18 USC § 1001, and is further disqualified from holding any position within the Executive branch of the United States government pursuant to 5 USC § 3328.

///

Defendant Obama is using a fraudulent Social Security number which was never assigned to him as a proof of his identity. In proffering a false social security number, Defendant Obama, is in criminal violation of 42 USC § 408, which provides as follows:

(a) In general

Whoever - (6) willfully, knowingly, and with intent to deceive the Commissioner of Social Security as to his true identity (or the true identity of any other person) furnishes or causes to be furnished false information to the Commissioner of Social Security with respect to any information required by the Commissioner of Social Security in connection with the establishment and maintenance of the records provided for in section

Let us therefore brace ourselves to our duty, and so bear ourselves that if the Republic of the United States of America lasts for a thousand years, men will still say, *this was their finest hour*.

Respectfully submitted this 19 day of December, 2012.

_____

DR. ORLY TAITZ, ESQ
Attorney for Plaintiffs