Dr. Orly Taitz ESQ

29839 Santa Margarita ste 100

Rancho Santa Margarita, CA 92688

Phone 949-683-5411 fax 949-766-7603

Orly.taitz@gmail.com

Counselor for the Plaintiffs

## US District Court

## For the Eastern District of California

| | |
|---|---|
| James Grinols, Robert Odden, in their capacity ) | Case #   12-cv-02997 |
| as Presidential Electors                      ) | |
| Edward C. Noonan, Thomas Gregory MacLeran, ) | |
| Keith Judd in their capacity as              ) | |
| candidates  for the U.S. President           ) | |
| v Electoral College, President of the Senate, ) | |
| Governor of California, Secretary of State   ) | |
| of California, U.S. Congress                 ) | |
| ) | |
| ) | |
| ) | |

**PROOF OF SERVICE OF THE ORDER SETTING JANUARY 3, 2012 HEARING**

On December 20,2012 this court issued a minute order, scheduling the TRO motion hearing for January 3, 2013, 2pm and instructed the plaintiffs to notify the defendants the same day by 4 pm.

Per instruction of the court Plaintiffs served the defendants with the notice of the order the same day, as ordered. As the service had to be delivered the same day, plaintiffs could not use the mail or Federal Express and served the notice by phone and or fax.

I, Orly Taitz, attest that I served the defendants on the same day, as ordered by the court as follows:

1. I called the office of the U.S. Attorney to notify the Federal defendants and left a message at 916-554-2700 at 2:29 pm
2. I also faxed the order to 916-554-2900 at 2:38 pm.
3. I notified the state defendants through the Attorney General at Fax 916-323-5341 at 2:44pm
4. I notified the state Defendant Secretary of State Debra Bowen the second time by sending a fax to the office of the Secretary of State at 916-653-3214 at 2:59 pm
5. I notified the state employee, Governor Jerry Brown, the second time by fax to the Governor's office at 916-558-3160 at 3:08
6. I notified defendants Barack Obama and Joseph Biden by calling the White House switchboard at 202-456-1414 at 3:18, at which time I was given the fax number to the White House and I sent the fax to 202-456-2461 at 3:18. Mr. Obama and Mr. Biden were notified both through the U.S. Attorney and by fax directly to the White House.
7. Aside from calling and faxing the US Attorney's office to notify the Federal Defendants, represented by the U.S. Attorney , I additionally notified Congressional leaders: House Majoriy Leader John Boehner was faxed at 202-225-2012 at 3:12.
8. House Minority leader Nancy Pelosi received a fax at 202-225-8259 at 3:29
9. Senate Majority Leader Harry Reid received the order by fax at 775-883-1980 at 3:28
10. Senate Minority leader, Mitch McConnel l received the order by fax at 202-224-2499 at 3:30
11. Chairman of House Oversight Committee Darrell Issa received the order by fax at 3:39 pm.
12. 4 other committee chairs were faxed the order between 3:40 and 4 pm:

    Mike Rogers, Chair of the House Intelligence committee received a fax at 517-702-8642

    Sam Johnson, Chair of the House subcommittee on Social Security received a fax at 202-225-1485

    Gregg Harper, Chair of the House subcommittee on Elections got a fax at 202-225-5797

    Trey Gowdy, senior member of the oversight committee got a fax at 202 -226-1177.

Respectfully submitted

/s/ Dr. Orly Taitz ESQ

Counsel for Plaintiffs