AO 88  (Rev. 07/10)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# United States District Court
### for the
### District of Hawaii

| | |
|---|---|
| Grinols et al | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Electoral College et al | ) |
| _Defendant_ | ) |

Civil Action No.  2:12-02997 USDC EDCA

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  Barack Hussein Obama, aka Barack (Barry) Soetoro, aka Barack Obama Soebarkah

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. District Court, Eastern District of California, 501 I str, Sacramento CA 95814 | Courtroom No.: 7 |
|---|---|
| | Date and Time: 01/03/2013 0:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:
Original application to Connecticut Social security number xxx-xx-4425, which was used by you in yout 2009 tax returns and posted on Whitehouse.gov in April 2010, original application to Selective Service certficate, original typewritten 1961 birth certificate #10641 for Barack Obama II, issued 08.08.1961, signed by Dr. David Sinclair, Stanley Ann Dunham Obama and Registrar Lee, two certified copies of the aforementioned birth certificate issued to you by the department of Health of the State of Hawaii on April 25, 2011and posted by you on the whitehouse.gov on April 27,2011

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  _12/21/2012_

_CLERK OF COURT_                              OR

_____        _____
_Signature of Clerk or Deputy Clerk_                _Attorney's signature_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_  Aplaintiffs, Grinols et al
_____Orly Taitz, ESQ_____ , who issues or requests this subpoena, are:

29839 Santa Margarita, ste 100
Rancho Santa Margarita CA 92688

AO 88  (Rev.07/10)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.  2:12-02997 USDC EDCA

## PROOF OF SERVICE

### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

This subpoena for *(name of individual and title, if any)*   Barack Hussein Obama

was received by me on *(date)*   12/21/2012   .

❏  I served the subpoena by delivering a copy to the named person as follows:   served through FedEx

Barack Hussein Obama

c/o U.S. Attorney 300 Ala Moana Blvd, #6-100   on *(date)*   12/23/2012   ; or

❏  I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   975.40   .

My fees are $ _____   for travel and $ _____   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   12/23/2012

/s/ Orly Taitz
*Server's signature*

Orly Taitz, ESQ
*Printed name and title*
29839 Santa Margarita, ste 100
Rancho Santa Margarita, CA 92688

*Server's address*

Additional information regarding attempted service, etc:

AO 88  (Rev. 06/09)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*

(A) *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information;

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

**ATTACHMENT TO SUBPOENA**

Additional documents requested

1. Any and all U.S. passports, any and all U.S. immigration and naturalization papers  issued to you

2. Any and all Indonesian passports, any and all Indonesian immigration and naturalization papers issued to you

3.Any and all Kenyan passports, any and all Kenyan immigration and naturalization papers issued to you

4. Any and all British passports, any and all British immigration and naturalization papers issued to you

4. Any and all travel documents used by you to travel to Pakistan

5. School registration, showing the citizenship and legal first and last name from Kaelani school in Honolulu Hawaii, Assissi school in Jakarta Indonesia, Punahoa school in Honolulu Hawaii, Occidental college and Columbia University.