**EXHIBIT A**

# EXECUTIVE DEPARTMENT
# STATE OF CALIFORNIA



## CERTIFICATE OF ASCERTAINMENT

For

**ELECTORS OF PRESIDENT and
VICE PRESIDENT of the
UNITED STATES OF AMERICA**

**2012**

To the President of the Senate of the United States of America:

**I, EDMUND G. BROWN JR.**, Governor of the State of California, herby certify, pursuant to the laws of the United States and the State of California, that a General Election was held in accordance with law in the State of California on Tuesday, the 6th day of November, 2012, for Electors of the President and Vice President of the United States.

I further certify that the votes cast for Electors at the General Election were canvassed and certified by the Secretary of State of the State of California, and the Secretary of State has certified to me the names and number of persons receiving votes as Electors.

I further certify that the following persons received the highest number of votes for Electors of the President and Vice President of the United States for the State of California, and have been appointed as Electors after the final ascertainment as required by law:

California Democratic Party Electors Pledged to
Barack Obama for President of the United States and
Joseph Biden for Vice President of the United States:

| | | |
|---|---|---|
| Michael Williams Adams | Laura Lee | Gary Rotto |
| Alisha Aguilar | Daniel Leroux | Alfonso Sanchez |
| Jang Badhesha | Dave Low | Barbara Schraeger |
| Maria Teresa Becerra | Mark Macarro | John Harold Simpson |
| Janine Vivienne Bera | Jane Morrison | Laurie Stalnaker |
| Karen Chang | Donald Mullen | Ranada Stephenson |
| Aaron Samuel Conaway | Sandy L. Nixon | Xiaoguang Sun |
| Raymond Cordova | Ricardo Roybal Olivarez | Maeley Lock Tom |
| Mollie Culver | Louis Paulson | Kyriakos Tsakopoulos |
| Dennis Donohue | Geoffrey Pete | Christopher Tumbeiro |
| Sandy Emberland | Bonnie Burns Price | Ernest Joseph Vasti |
| Ernesto Encinas | Andre Quintero | Ruben Antonio Villalobos |
| John Freidenrich | Michael Ray | Dean E. Vogel |
| Felipe Fuentes | Terry Reardon | Karen Waters |
| Patricia W. Garamendi | Brooke Reed | Diane Watson |
| Bobby Glaser | Gwen Regalia | Sanford Weiner |
| Dolores Clara Huerta | Meriam Louise Reynosa | Steven Ray Young |
| Susan Johnson | Gregory Lucas Rodriguez | |
| William H. Kysella, Jr. | Alexandra Rooker | |

**NUMBER OF VOTES – 7,854,285**

* * *

I further certify that the following persons received votes for Electors of the President and Vice President of the United States for the State of California other than those cast for the California Democratic Party Electors:

**California Republican Party Electors Pledged to
Mitt Romney for President of the United States and
Paul Ryan for Vice President of the United States:**

| | | |
|---|---|---|
| Adam Abrahms | Carol Hadley | Mark Pruner |
| Linda Ackerman | Adele Harrison | Andrew Puzder |
| Walter Allen | Lynn Haueter | Jeff Randle |
| George Argyros | Mark Herrick | Joseph Sanchis |
| Steven Baric | Robert Huff | Truong Si |
| Jonathan Bullen | Bill Jones | Clinton Soffer |
| Kelly Burt | Morgan Kelley | Mike Spence |
| Darrell Connerton | Janet Kirtlink | Shawn Steel |
| Connie Conway | Kenneth Kobrin | Michelle Steel |
| Steve Cooley | Tony Krvaric | Tony Strickland |
| Richard Costigan | Steve Larson | Mike Villines |
| Tom Del Beccaro | Richard Loa | Mimi Walters |
| Sonia Denham | Abel Maldonado | Patricia Welch |
| Damon Dunn | Alfred Montna | Meg Whitman |
| Prudence Eiland | Richard Mountjoy | Pete Wilson |
| Jim Galley | Robert O'Brien | Sophie C. Wong |
| Gregory Gandrud | Mike Osborn | Arnold Zeiderman |
| Celeste Greig | Audrey Perry | |
| Sue Groff | Pam Peterson | |

**NUMBER OF VOTES – 4,839,958**

* * *

**Libertarian Party Electors Pledged to
Gary Johnson for President of the United States and
James P. Gray for Vice President of the United States:**

| | | |
|---|---|---|
| Susan Lynne Aquino | Allyn K. Gerard | Randy Harbert Marsh |
| Marel Kenneth Bud Bates | Michael Joel Goldstein | Dana Thomas McLorn, Jr. |
| Mike J. Binkley | James P. Gray | Oleg Mikhaiilovich Moskalenko |
| Andrew W. Binsley | Linda A. Hinkle | Gerald Richard Newell |
| Pamela J. Brown | Mark W.A. Hinkle | Glynda Perrotte |
| Ted E. Brown, Jr. | James B. Hoffman | Chris John Rufer |
| Beau Cain | Mark M. Max Hovaten | Steven Anthony Sannella |
| Edward E. Clark | Stan George Howard | Christopher Van Alst Schmidt |
| Alicia Garcia Clark | Maria Isabel Isherwood | Marion V. Smithson |
| Stephen C. Collett | John J. Jones | Douglas Arthur Tuma |
| Stephen George Colley | Sandra Leanne Kallander | Crystal Updegraff |
| Robert Clague Cooley | Denise P. Kalm | Maurice Vanegas |
| Dena Marie Cornett | Lorinda M. Kasten-Lowerre | Richard Warren Vanier |
| David Keith Couch | Paul F. Kelley | Howard Leonard Weston |
| Brian Shawn Darby | John A. Kleiner | Kathleen J. White |
| Bruce E. Doyner | John William Kling | Richard L. Winger |
| James Michael Eyer | Virginia Kling | Brandon Johnson Wirick |
| Terry L. Floyd | Jarrold Kunz | |
| Ray Stirling Fostore | Jascha Lee | |

**NUMBER OF VOTES – 143,221**

* * *

**Green Party Electors Pledged to
Jill Stein for President of the United States and
Cheri Honkala for Vice President of the United States:**

| | | |
|---|---|---|
| Michael Batchelder | Scott Herscher | Zachary Richter |
| Jonathan Betts | Mark Johnson | Ron Rodarte |
| Sean Bohac | Lisa Kassner | Noah Rohrer |
| June Brashares | Merriam Kathleen | Cynthia Santiago |
| Janice Carolina | Wendy Kenin | David Shantz |
| Susan Chunco | Margaret Koteen | Dana Silvernale |
| April Clary | Jared Laiti | Patrick E. Snider |
| David Cobb | Genevieve Marcus | Kaitlin Sopoci-Belknap |
| David Curtis | Patricia Marsh | Pamela R. Spevack |
| Maxine Daniel | Robert Marsh | Dana St. George |
| Conor Dixon | David Morrison | Akio Tanaka |
| Sanda Everette | Jennifer Muir | Katherine Tanaka |
| Michael Feinstein | Shamako Noble | Jesse Townley |
| Angela Flynn | Annie Owen | Gail Williamson |
| Marnie Glickman | Sydney L. Papa | Harrison Wills |
| Richard Gomez | Steven Pesce | William Yeager |
| Sharee Gorman | Linda Piera-Avila | Richard Zitola |
| Pamela Hartwell-Herrero | Jane Rands | |
| Woody Hastings | Haley Rekdahl | |

**NUMBER OF VOTES – 85,638**

* * *

**Peace and Freedom Party Electors Pledged to
Roseanne Barr for President of the United States and
Cindy Sheehan for Vice President of the United States:**

| | | |
|---|---|---|
| Karl Abrams | Mary Lou Finley | Robert J. Richard |
| Kevin Akin | Ian Grimes | Linda Roberts |
| Margie Akin | Edith M. Hallberg | Haylie Roche |
| Kabiruddin Karim Ali | Norma Harrison | Mike Roskey |
| Mohammad Arif | Cindy V. Henderson | Eugene Ruyle |
| Kian Barabi | Guillermo Herrera | Philippe Sawyer |
| Eric Bergman | Cristin Marie Hunter | Ellen Schwartz |
| Adriane Rose Bracciale | Nancy Elizabeth Keiler | Carly A. Sheehan |
| Marguerite Buckley | Tom Lacey | Maureen Smith |
| David Campbell | Jennine Lanouette | James R. Smith |
| Clay Clairborne | Nancy Lawrence | Alice Stek |
| Miriam Clark | Miriam Lloyd | James E. Vann |
| Greta Cobar | Kyle McKinley | CT Weber |
| John Comly | Yolanda Miranda | Molly Wiedman |
| Ed DeRosis | Emily Joy Montan | Georgia Williams |
| Michael Delacour | Toni Novak | Victor Woo |
| Craig Emery | Rebecca Fae Pentland | Stanley Woods |
| Robert Evans | Julien Poirier | |
| Marsha Feinland | Debra Reiger | |

**NUMBER OF VOTES – 53,824**

* * *

**American Independent Party Electors Pledged to
Thomas Hoefling for President of the United States and
Robert Ornelas for Vice President of the United States:**

| | | |
|---|---|---|
| Robert Abbey | Gerald Hill | John Daniel Robertson |
| Dennis Aguirre | Grace Hill | Markham Robinson |
| Jere Brett Allan | Phelps Hobart | Mary Robinson |
| Jere F. Allan | Johnnie E. Hodge, III | Nita D. Schwartz |
| Steven Kirk Ballenger | Edward Krigbaum | Mark J. Seidenberg |
| Joseph P. Banner | David Larson | Nathan Sorenson |
| Louis Michael Banner | Gaudencio Gene Lopez | Catherine Stachowiak |
| Mary Banner | Deborah Macomber | Thomas A. Stachowiak |
| Lawrence G. Beliz | Vincent May | Mary Stephens |
| Brandon David Coon | David McFadden | Karen Travenia |
| Deborah Craig | Margaret Mickelson | Margery May Tufenkjian |
| Wiley Drake | Julie Nettleton | Martha Jane Tufenkjian |
| Robert Drobot | Marc Nettleton | Richard Tufenkjian |
| Brett Fowler | Rick Nettleton | Stephanie Tufenkjian |
| Fernen Earle Fox | Michael L. Paterson | Timothy Tufenkjian |
| John Furniss | Ken Peterson | Ernest Vance |
| Julie Furniss | Ray Anthony Poole | Trees A. Wowor |
| Jeff Grage | Alane Quien | |
| Joshua James Herring | Frederick Quien | |

**NUMBER OF VOTES – 38,372**

* * *

**Electors Pledged to Write-In Candidate
Ron Paul for President of the United States:**

| | | |
|---|---|---|
| Lucinda Aborn | Melody Fowler | Gail Nekunam |
| Lindsay Amaral | Oscar Frausto | Philip Robert Olsson |
| Stephen J. Amaral | Salvador Frausto, Jr. | Sergiy Pecherskyy |
| Ronda Lee Bell | Sarah Ruth Friedrich | Charles Frederick Peters |
| David Bell-Kopitzke | Donellda Jean Gaskill | Robert Poltz |
| Lucas Aaron Brown | Waldemar Glodek | Ann M. Pride |
| Janet Bunney | Jakub Glodek | Phillip E. Pride |
| Nathan Bunney | Maurice G. Hartman | Kathleen J. Purcell |
| Phillip John Calvin | James R. Keeler | Shay Roberts |
| Thomas Harrison Calvin | Steven Kelsch | Doroty Jean Robertson |
| Carol Jean Cameron | Remi Joseph Kern | Will James Robertson |
| Brian Paul Chiara | Kenneth Dale Kopitzke | Maya Sapper |
| Ericka Alder Chiara | Michael D. Lelieur | Arielle Simmons |
| Christopher Alan Curto | Kristen Elisabeth Lewis | Erik John Souza |
| Christopher Robert Dow | Matthew Stachelbeck Lewis | Jack Ellsworth Strang |
| Kimberly Gail Dow | Holly Diane Lourenco | Betty Westman |
| Lynda Josephine Ereshan | Joshua Joseph Lourenco | Kavih Williams |
| Christine H. Farlow | Andrew Luxon | |
| John Finnegan | Billy Moschella, Jr. | |

**NUMBER OF VOTES – 21,461**

\* \* \*

**Electors Pledged to Write-In Candidate
Ross C. "Rocky" Anderson for President of the United States:**

| | | |
|---|---|---|
| Leon L. Anderson | Michael Aaron Karsh | Kenneth Leon Parker |
| Jessica Baltmanas | Catherine J. King | Carol Ann Pinson |
| Alan Bigler | Alice Diane Kisch | Craig Edward Preston |
| Peter Michael Braunstein | Herbert Laskin | Joseph Betheford Queirolo |
| Kevin Breslin | Lillian Laskin | Dana L. Quillman |
| Douglas F. Brown | Carole Levers | Brandon Michael Rexroat |
| Kurt Brungardt | Christopher Macy | Victor Rene Sadot |
| Victor Bykoff | Leslie D. Madison | Frank Scafani |
| Farhad Dashtizad | Martha Justine Madison | Mark Schwartz |
| William Edward Eisen | Cynthia Marcopulos | Shahrzad Shishegar |
| Adrienne Lorna Fong | Tara Dass Margolin | Daniel M. Summaria |
| Mark Allen Frost | Nathanael McIntyre | Marie Thomas |
| Patricia J. Gray | Jane Lynch Miller | Julieanna Thompson |
| Celine Grenier | D'Marie Mulattieri | Mario Tofano |
| Ilse Hadda | Juanita Neilands | Celina Katherine Trevino |
| Susan Harman | Lynn A. Nichols | Oscar Trevino |
| James Francis Holwell | Brian Joseph Novak | Robert O. Weston, II |
| Robert Hunziker | John Peter O'Brien | |
| Gerald Xe Jupitter-Larsen | Cynthia Papermaster | |

**NUMBER OF VOTES – 992**

\* \* \*

## Electors Pledged to Write-In Candidate
## Virgil Goode for President of the United States:

| | | |
|---|---|---|
| Eric W. Andersen | Nathan E. Johnson | Darren Seelye |
| Patricia Balian | James D. King | Carolyn Rae Short |
| Christina T. Bartley | Terri Lussenheide | Juel Rae Short |
| Larry Breazeale | William Lussenheide | Troy Silva |
| Rebecca F. Candelaria | Alexander Scott Lynch | Lacie Sims |
| Ivan Chou | Patrick Thomas Lynch | David G. Spencer |
| James Philip Collins | George E. Maloof | Marilyn M. Stevens |
| Russell Charles Condon | Wanda L. Mann | Anne Marie Stinnett |
| Catherine E. Crawford Arnold | Lee Martinson | David Taylor |
| Michael D. Day | Chelene Nightingale | Edward L. Threlkeld |
| Charles Michel Deemer | Robert Odom | Alan William Trulock |
| Joseph W. Fairfield | Virginia M. Odom | Cherie M. Von Savoye |
| Douglas Faria | Charles Erwin Orr | Michael H. Von Savoye |
| Sharon L. Gilmore | Luke Otterstad | Jean W. Westphal |
| James C. Griffin | Nadezhda Otterstad | Theodore T. Williams |
| Don J. Grundmann | Richard Otterstad | Mary Kay Woodward |
| Ina Grundmann | Mark B. Peters | Dana Richard Zurek |
| Amanda R. Hale | Kimberly Redmond | |
| Coy R. Hale | Linda A. Schoonover | |

### NUMBER OF VOTES – 503

* * *

## Electors Pledged to Write-In Candidate
## Stewart Alexander for President of the United States:

| | | |
|---|---|---|
| John Alexander | Benny Harris | Ida Prince |
| McKinley P. Alexander | Crockett L. Howard | Tyana L. Prince |
| Vicki Colleen Alexander | Rhonda Howard | Christian Rasmussen |
| Linda Arbert | David Irons | Leslie Rasmussen |
| Willie Y. Barnes | Frances Lee | Wade Rasmussen |
| Afi Bell | Richard Lee | Nicole Reed |
| Sergio A. Beltran | Devin M. Letzer | John Siepker |
| Diana M. Bray | Lynn M. Lomibao | Kevin Singleton |
| Andre Brown | Gerald Luscar | Victoria I. Smith |
| Gregory Campbell | Fabian Martinez | Emidio Soltysik |
| Billy Chase | Patrick Mayfield | José Vega |
| Stephen D. Clarke | Melvin McDaniel | Al Waller, Jr. |
| Paula Cook | Latashia McNair | Raymond Williams |
| Donald Craig | Kenneth Muhammad | Reginald E. Williams |
| Ileen Fields | Priscilla Muhammad | Olden Willis |
| Margie M. Flagg | Vonda Muhammad | Murphy Witherspoon |
| Damen Fletcher | Brian Newberry | Vivian Wooley |
| Ernest Galante | Martina Reisz Newberry | |
| Shirley Gamble | Lonnie Paté | |

### NUMBER OF VOTES – 82

* * *

**Electors Pledged to Write-In Candidate
Jerry White for President of the United States:**

| | | |
|---|---|---|
| Sean Edward Arseo | Marco Marinangeli | Emanuele Giovanni Saccarelli |
| Barbary Frances Baer | Timothy John Midgley | Odara E. Pineda Sanchez |
| Jose Bernal | Kevin Mitchell | Thomas C. Seabaugh |
| José Mateo Bernal | David Moore | Jonathan Jake Seibel |
| John Burton | Lawrence Moore | Lynn Shansky |
| Kirsten D. Chechik | Maria Munoz-Nebbia | Larry Simonsen |
| Frederick S. Choate | Timothy Reeves Neal | Billie Jo Smith |
| Victor M. Corrales | Gerardo Nebbia | Arizona Jean Snyder |
| Eugene H. Craig | Donald G. Norris | Heinz Jakop Strunk |
| Jon Erickson | Semantha Norris | Richard Thompson |
| Alan J. Gelfand | Maria S. Ochoa | Luana R. Turner |
| Behrad Gramian | Vance Osterhout | Daniel Viruleg |
| Matthew Huey | Catherine E. Pattinson | Aparna Voleti |
| Tracey Kleber | Julian Shansky Quinn | Keith Wall |
| Nora Kimie Kuzay | Toby Remmers | Patricia Whitaker |
| Graham La Joie | Raoul N. Rizik | Keaton Wisner |
| Stephen Lang | Kale Roseen | Carolyn L. Zaremba |
| Samuel H. Leonard | David Rubin | |
| Sandy Leonardis | Ricardo Antonio Ruiz | |

**NUMBER OF VOTES – 79**

\* \* \*

**Electors Pledged to Write-In Candidate
James Harris for President of the United States:**

| | | |
|---|---|---|
| Rashaad Ali | Jerry Freiwirth | Shirley E. Peña |
| James Howard Altenberg | Eleanor Garcia | Harriet J. Ratto |
| William M. Arth | Raul Gonzalez | Robert E. Roberts |
| Nathanael Baquedano | James K. Gotesky | Sally M. Roberts |
| Matthew J. Baumgardner | Patricia A. Grogan | Arlene Rubinstein |
| Barbara D. Bowman | Ellen Haywood | Norton H. Sandler |
| Joel William Britton | Patti Iiyama | Henry Scheer |
| Robert Leon Bruce | Carl L. Jech | Kevin Peter Shanahan |
| Charlene Nelson Castle | Robert S. Kopec | Lenore Sheridan |
| Nicholas Charles Castle | Carole L. Lesnick | Eric Markham Simpson |
| Milton Thomas Chee | Merry Witt Maisel | Toba L. Singer |
| Ruth H. Cheney | Stephen Maupin | Jesse Smith |
| Nora P. Danielson | Linda Mohrbacher | Michéle Anne Smith |
| Kathleen Marie Denny | Andrea J. Morell | Elizabeth K. Stone |
| Michael P. Downs | Anne B. Morrow | Tom Tomasko |
| Donna M. Evenhuis | David P. Morrow | Carla H. White |
| Kenneth W. Evenhuis | Sandra M. Nelson | James Michael White |
| Brian Douglas Everette | Patricia Ann Nixon | |
| Ben Jerome Fields | Miguel V. Pendas | |

**NUMBER OF VOTES – 72**

\* \* \*

**Electors Pledged to Write-In Candidate
Stephen Durham for President of the United States:**

| | | |
|---|---|---|
| Yolanda Alaniz | Andrew C. Griggs | Annie L. Paradise |
| Karla Alegria-Singh | Derrick Hall | Beatriz Paéz |
| Natalie Christine Boero | Phyllis Holliday | Noel Perez |
| Suzanne R. Brooks | Philip S. Horne | Robert Thomas Price |
| Christine Browning | Nancy Reiko Kato | Alex Romero |
| Daniealle Browning | Nisha Kunte | Gilbert Saucedo |
| Edwin Catli | James Lafferty | Marcia Schwemer |
| Mary Ann Curtis | Daciano Lamparas | Henry P. Serna |
| Michael Daly | Frederick LeFevre | Samuel Solomon |
| Sigmundt John Daniels | Bethany Leal | Melvin Starks |
| Bella De Soto | Rachel Maclachlan | Luis Gerardo Uribe |
| Jerilyn Deitrick | Cynthia Danielle McCullough | Andrea E. Weever |
| Christopher Farrish | Wendy McPherson | Dada Wells |
| Dean Ferguson | Leopoldo Meda | Nellie Wong |
| William C. Fitzpatrick | Toni G. Mendicino | Merle Woo |
| Norma M. Gallegos | C.J. Mitchell | Genevieve Yuen |
| Kathleen Gilbero | Moisés Montoya | Steve Zetlzer |
| Yuisa J. Gimeno | Donald Alfred Bennett Nemeyer | |
| Amy Elizabeth Gray-Schlink | Luma Nichol | |

**NUMBER OF VOTES – 54**

\* \* \*

**Electors Pledged to Write-In Candidate
Sheila "Samm" Tittle for President of the United States:**

| | | |
|---|---|---|
| Amos Adams | Helen Beth Hettinger | Francis Redulla |
| Charlie Larry Alvary | Franklin Houck | Juan Rivera |
| John B. Atanante | James Imel | Ronald Wesley Roach |
| Sharon Faye Atkinson | Dan Johnson | Robbie Robison |
| Harold P. Boushell | Roy S. Johnson, Jr. | Roselyn P. Rojas |
| Rose Mary Brownlee | Margarita Lopez | Guadalupe Ruvalcaba |
| Sharon Camp | Joy Martin | Anna Salinas |
| Suzanne Carbajal | Laura Massey | Donta B. Stancil |
| Jack M. Carter | Pamela Mauck | Kathleen D. Tunell |
| Bob Copeland, Jr. | Diana Miller | Katherine Tyson |
| Ernestina Cortez | Melanie Robin Miller | William Vigil |
| Luther Davis, Jr. | Hugh Mustoe | David Waterbury |
| Olga E. Delcid | Sonia Nelson | Terry Waters |
| Laureen Dischner | Jo Ann Nichols | Annette Wells |
| Cindy M. Erakat | Phillip Clyde O'Dell | Ed Whittaker |
| Lowell L. Fisher | Ismael Orozco | Donna J. Worrell |
| Gerald Flynn | Kenneth Petty | Glen Worrell |
| Martin R. Garcia | Angela Ramirez | |
| Stephanie Hampton | Marlo Randall | |

**NUMBER OF VOTES – 6**

\* \* \*

IN WITNESS WHEREOF I have hereunto set my hand and caused the Great Seal of the State of California to be affixed this 15th day of December 2012.

*[Signature: Edmund G. Brown Jr.]*

EDMUND G. BROWN JR.
Governor of California

Attest:

*[Signature: Debra Bowen]*

DEBRA BOWEN
Secretary of State

**EXHIBIT B**

# EXECUTIVE DEPARTMENT
# STATE OF CALIFORNIA



### CERTIFICATE OF VOTE

For

**PRESIDENT and VICE PRESIDENT**
of the
**UNITED STATES OF AMERICA**

**2012**

To the President of the Senate of the United States of America:

**WE THE UNDERSIGNED,** Electors for President and Vice President of the United States of America, being duly appointed for the State of California as displayed in the annexed Certificate of Ascertainment made and delivered by the Governor of the State of California, with any deficiency in the number of Electors supplied by election according to law, and having met the first Monday after the second Wednesday in December pursuant to the Constitution and laws of the United States and the State of California, do hereby certify that the following candidates received the following number of votes:

**FOR PRESIDENT OF THE UNITED STATES**

Barack Obama

NUMBER OF VOTES – 55

\* \* \*

**FOR VICE PRESIDENT OF THE UNITED STATES**

Joseph Biden

NUMBER OF VOTES – 55

\* \* \*

**IN WITNESS WHEREOF,** we have hereunto set our hands at Sacramento, California, on the first Monday after the second Wednesday in December, being the seventeenth day of December, 2012.

# ELECTORS OF THE STATE OF CALIFORNIA
## FOR PRESIDENT OF THE UNITED STATES OF AMERICA
\* \* \*

1. _[signature]_ Michael Williams Adams
2. _[signature]_ Alisha Aguilar
3. _[signature]_ Jane Badhesha Chris M. Myers
4. _[signature]_ Maria Teresa Becerra
5. _[signature]_ Janine Vivienne Bera
6. _[signature]_ Karen Chang
7. _[signature]_ Aaron Samuel Conaway
8. _[signature]_ Greg Conger
9. _[signature]_ Raymond Cordova
10. _[signature]_ Mollie Culver
11. _[signature]_ Dennis Donohue
12. _[signature]_ Sandy Emberland
13. _[signature]_ Ernesto Encinas
14. _[signature]_ John Freidenrich
15. _[signature]_ Felipe Fuentes
16. _[signature]_ Patricia W. Garamendi
17. _[signature]_ Bobby Glaser
18. _[signature]_ Dolores Clara Huerta
19. _[signature]_ William H. Kysella, Jr.
20. _[signature]_ Laura Lee
21. _[signature]_ Daniel Leroux
22. _[signature]_ Dave Low
23. _[signature]_ Mark Macarro
24. _[signature]_ Jane Morrison
25. _[signature]_ Donald Mullen
26. _[signature]_ Anu Natarajan
27. _[signature]_ Sandy L. Nixon
28. _[signature]_ Ricardo Roybal Olivarez
29. _[signature]_ Louis Paulson
30. _[signature]_ Geoffrey Pete
31. _[signature]_ Bonnie Burns Price
32. _[signature]_ Andre Quintero
33. _[signature]_ Michael Ray
34. _[signature]_ Terry Reardon
35. _[signature]_ Brooke Reed
36. _[signature]_ Gwen Regalia
37. _[signature]_ Meriam Louise Reynosa
38. _[signature]_ Gregory Lucas Rodriguez
39. _[signature]_ Alexandra Rooker
40. _[signature]_ Gary Rotto
41. _[signature]_ Alfonso Sanchez
42. _[signature]_ Barbara Schraeger

| | |
|---|---|
| 43. *[signature]* John Harold Simpson | 50. *[signature]* Ernest Joseph Vasti |
| 44. *[signature]* Laurie Stalnaker | 51. *[signature]* Ruben Antonio Villalobos |
| 45. Ranada Stephenson | 52. *[signature]* Dean E. Vogel |
| 46. *[signature]* Xiaoguang Sun | 53. *[signature]* Diane Watson |
| 47. *[signature]* Maeley Lock Tom | 54. *[signature]* Sanford Weiner |
| 48. *[signature]* Kyriakos Tsakopoulos | 55. *[signature]* Steven Ray Young |
| 49. Christopher Tumbeiro | |

## ELECTORS OF THE STATE OF CALIFORNIA FOR VICE PRESIDENT OF THE UNITED STATES OF AMERICA

* * *

| | |
|---|---|
| 1. *[signature]* Michael Williams Adams | 15. *[signature]* Felipe Fuentes |
| 2. *[signature]* Alisha Aguilar | 16. *[signature]* Patricia W. Garamendi |
| 3. ~~Jang Badhesha~~ Chris M. Myers | 17. *[signature]* Bobby Glaser |
| 4. *[signature]* Maria Teresa Becerra | 18. *[signature]* Dolores Clara Huerta |
| 5. *[signature]* Janine Vivienne Bera | 19. *[signature]* William H. Kysella, Jr. |
| 6. *[signature]* Karen Chang | 20. *[signature]* Laura Lee |
| 7. *[signature]* Aaron Samuel Conaway | 21. *[signature]* Daniel Leroux |
| 8. *[signature]* Greg Congor | 22. *[signature]* Dave Low |
| 9. *[signature]* Raymond Cordova | 23. *[signature]* Mark Macarro |
| 10. *[signature]* Mollie Culver | 24. *[signature]* Jane Morrison |
| 11. *[signature]* Dennis Donohue | 25. *[signature]* Donald Mullen |
| 12. *[signature]* Sandy Emberland | 26. *[signature]* Anu Natarajan |
| 13. *[signature]* Ernesto Encinas | 27. *[signature]* Sandy L. Nixon |
| 14. *[signature]* John Freidenrich | 28. *[signature]* Ricardo Roybal Chvarez |

| # | Name | # | Name |
|---|---|---|---|
| 29. | Louis Paulson | 43. | John Harold Simpson |
| 30. | Geoffrey Pete | 44. | Laurie Stalnaker |
| 31. | Bonnie Burns Price | 45. | Ranada Stephenson |
| 32. | Andre Quintero | 46. | Xihoguang Sun |
| 33. | Michael Ray | 47. | Maeley Lock Tom |
| 34. | Terry Reardon | 48. | Kyriakos Tsakopoulos |
| 35. | Brooke Reed | 49. | Christopher Tumbeiro |
| 36. | Gwen Regalia | 50. | Ernest Joseph Vasti |
| 37. | Meriam Louise Reynosa | 51. | Ruben Antonio Villalobos |
| 38. | Gregory Lucas Rodriguez | 52. | Dean E. Vogel |
| 39. | Alexandra Rooker | 53. | Diane Watson |
| 40. | Gary Rotto | 54. | Sanford Weiner |
| 41. | Alfonso Sanchez | 55. | Steven Ray Young |
| 42. | Barbara Schraeger | | |

**IN WITNESS WHEREOF** I have hereunto set my hand and caused the Great Seal of the State of California to be affixed this 17th day of December 2012.

DEBRA BOWEN
Secretary of State

# EXECUTIVE DEPARTMENT
# STATE OF CALIFORNIA



### CERTIFICATE OF FILLING VACANCY

Upon the call of the roll, it appeared that a vacancy existed due to the absence of Elector

_Jang Badhesha_

Thereupon, by nomination duly made and seconded,

_Chris Masami Myers_

was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the State of California to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in record of the Electoral College.

**IN WITNESS WHEREOF** the undersigned Chairman and Secretary of the Electoral College of California hereunto subscribe their names this 17th day of December 2012.

_Jane Morrison_
Chairman of the College

**ATTEST:**

_Dean E. Logan_
Secretary of the College

# EXECUTIVE DEPARTMENT
# STATE OF CALIFORNIA



### CERTIFICATE OF FILLING VACANCY

Upon the call of the roll, it appeared that a vacancy existed due to the absence of Elector

Susan Johnson

Thereupon, by nomination duly made and seconded,

Anu Natarajan

was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the State of California to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in record of the Electoral College.

**IN WITNESS WHEREOF** the undersigned Chairman and Secretary of the Electoral College of California hereunto subscribe their names this 17th day of December 2012.

*[signature]*
Chairman of the College

**ATTEST:**

*[signature]*
Secretary of the College

# EXECUTIVE DEPARTMENT
# STATE OF CALIFORNIA



### CERTIFICATE OF FILLING VACANCY

Upon the call of the roll, it appeared that a vacancy existed due to the absence of Elector

Karen Waters

Thereupon, by nomination duly made and seconded,

Greg Conger

was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the State of California to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in record of the Electoral College.

**IN WITNESS WHEREOF** the undersigned Chairman and Secretary of the Electoral College of California hereunto subscribe their names this 17th day of December 2012.

*Jane Morrison*
_____
Chairman of the College


**ATTEST:**

*Dean E. Vogel*
_____
Secretary of the College

**EXHIBIT C**



Orly Taitz< orly.taitz@gmail.com>

## Activity in Case 2:12-cv-02997-MCE-DAD Grinols et al v. Electoral College et al Minute Order
1 message

caed_cmecf_helpdesk@caed.uscourts.gov < caed_cmecf_helpdesk@caed.uscourts.gov>
To: CourtMail@caed.uscourts.gov

Thu, Dec 20, 2012 at 12:41 PM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of California - Live System

### Notice of Electronic Filing

The following transaction was entered on 12/20/2012 at 12:40:04 PM PST and filed on 12/20/2012
**Case Name:** Grinols et al v. Electoral College et al
**Case Number:** 2:12-cv-02997-MCE-DAD
**Filer:**
**Document Number:** 13 (No document attached)

Docket Text:
**AMENDED MINUTE ORDER (Text Only) issued by courtroom deputy for Chief District Judge, Morrison C. England, Jr.: On the Court's own motion, Plaintiffs' Motion for Temporary Restraining Order [12] is set for hearing on January 3, 2013 at 2:00 p.m. in Courtroom 7. Oppositions are to be filed not later than December 26, 2012 and a reply, if any, by December 28, 2012. Plaintiffs' counsel is ordered to give notice of this minute order to Defendants by 4:00 p.m., December 20, 2012. (Deutsch, S) Modified on 12/20/2012 (Deutsch, S).**

**2:12-cv-02997-MCE-DAD Notice has been electronically mailed to:**

Orly Taitz orly.taitz@gmail.com, dr_taitz@yahoo.com

**2:12-cv-02997-MCE-DAD Electronically filed documents must be served conventionally by the filer to:**

The following document(s) are associated with this transaction:

*This is a re-generated NEF. Created on 12/20/2012 at 12:41 PM PST*