BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2821
Facsimile: (916) 554-2900
Email: edward.olsen@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GRINOLS, ROBERT ODDEN, in their capacity as Presidential Electors; EDWARD C. NOONAN, THOMAS GREGORY MACLERAN, KEITH JUDD, in their capacity as candidates for the U.S. President in 2012,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTORAL COLLEGE, PRESIDENT OF THE SENATE, GOVERNOR OF CALIFORNIA, SECRETARY OF STATE OF CALIFORNIA, U.S. CONGRESS, BARACK HUSSEIN OBAMA, AKA BARACK (BARRY) SOETORO, AKA BARACK OBAMA SOEBARKAH, in his capacity as a Candidate for the U.S. President in 2012,<br><br>Defendants. | CASE NO. 2:12-CV-02997-MCE-DAD<br><br>**DECLARATION OF EDWARD A. OLSEN IN SUPPORT OF DEFENDANTS' *EX PARTE* MOTION TO EXTEND THE TIME FOR RESPONDING TO PLAINTIFFS' SUBPOENAS** |

EDWARD A. OLSEN, pursuant to 28 U.S.C. § 1746(2), declares as follows:

1. I am an Assistant United States Attorney for the Eastern District of California and am assigned to the above-captioned case.

2. Plaintiffs filed the above-captioned case on December 13, 2012.

3. Plaintiffs filed a motion for a temporary restraining order on December 20, 2012.

4. Federal Defendants filed an opposition to the motion for a temporary restraining order on December 26, 2012, and the hearing on the motion is scheduled for January 3, 2013.

5. Plaintiffs electronically-filed (but did not properly serve) 8 subpoenas on December 23, 24, 25, and 26, 2013 (Docket Nos. 15, 16, 17, 18, 19, 20, 21, and 22).

6. On December 26, 2012, I emailed, faxed and sent by Federal Express a letter to plaintiffs' counsel outlining my objections to the subpoenas and asked for a response by the end of the day to my request to extend the deadline for responding to the 8 subpoenas. A true and correct copy of my letter to plaintiffs' counsel is attached as Exhibit A.

7. One of the primary objections I made in my letter was that plaintiffs' counsel had not provided any of the individuals named in the subpoenas with a reasonable period of time to respond to the subpoenas. In the case of Congressman Darrell Issa, for example, plaintiffs' attorney e-filed (but did not properly serve) her subpoena on December 24, 2012, and commanded the production of documents by Mr. Issa on December 26, 2012, at 5:00 p.m.

8. As of 5:00 p.m. today, I have not received a response from plaintiffs' counsel, and a stipulation could therefore not be reached. *See* L.R. 144.

Executed this 26th day of December, 2012, in Sacramento, California.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Edward A. Olsen*
EDWARD A. OLSEN

# Olsen, Edward (USACAE)

**From:** James, Karen (USACAE)
**Sent:** Wednesday, December 26, 2012 4:06 PM
**To:** orly.taitz@gmail.com
**Cc:** Olsen, Edward (USACAE); James, Karen (USACAE)
**Subject:** Grinols, et al. v. Electoral College, et al. - correspondence from AUSA Edward Olsen

Dear Ms. Taitz,

Hello, attached please find the correspondence from AUSA Edward Olsen.
We will be faxing and sending it via FedEx as well.

Sincerely,

Karen James
Legal Assistant to Edward Olsen
USAO-EDCA
916.554.2718



letter to taitz.pdf



U.S. DEPARTMENT OF JUSTICE

United States Attorney
Eastern District of California

Benjamin B. Wagner
United States Attorney

| | |
|---|---|
| 501 I Street, Suite 10-100 | Phone 916/554-2821 |
| Sacramento, CA 95814 | Fax 916/554-2900 |
| | TTD 916/554-2855 |

December 26, 2013

<u>VIA FEDEX, EMAIL AND FAX</u>

Ms. Orly Taitz, Esq.
29839 Santa Margarita, Suite 100
Rancho Santa Margarita, CA 92688
Fax: 949-766-7603

Re: **Grinols v. Electoral College**, 2:12-CV-02997-MCE-DAD
 **OBJECTIONS TO SUBPOENAS**

Dear Ms. Taitz:

I write in response to the subpoenas you electronically filed in the above-captioned case on December 24, 25, and 26, 2012 (Docket Nos. 15, 16, 17, 18, 19, 20, 21, and 22). These subpoenas are invalid and I intend to move to quash them unless you immediately withdraw them.

First, you have not delivered a copy of each subpoena to the persons named in the subpoenas, as required by of Fed. R. Civ. P. 45(b)(1). Instead, you have simply mailed by Federal Express copies of your subpoenas to either the U.S. Attorney's Office for the District of Hawaii (in the case of your subpoena to the President) or to the U.S. Attorney's Office for the District of Columbia (in the case of your subpoenas to the Commissioner of Social Security, the Postmaster General of the United States Postal Service, and the Director of Selective Service). In the case of your subpoena to Darrell Issa, your subpoena does not reflect any service whatsoever.

Second, with the exception of the President (who is a named party), the subpoenas require the named individuals to travel more than 100 miles to the place specified for production of documents. Such a requirement in a subpoena to a non-party is prohibited absent court order. See Fed. R. Civ. P. 45(b)(2)(B); Fed. R. Civ. P. 45(c)(3)(A)(ii).

Third, you have not provided "a reasonable time to comply" with the subpoenas, in violation of Fed. R. Civ. P. 45(c)(3)(A)(i). This objection applies equally to all of the subpoenas, but is particularly egregious in the case of the subpoena directed to Darrell Issa because the subpoena was issued on December 24, 2012, was not served on Mr. Issa, and directs him to produce documents by 5:00 pm on December 26, 2012.

Fourth, the subpoenas would require the disclosure of documents prohibited from disclosure by the Privacy Act. *See* 5 U.S.C. § 552a(b); Fed. R. Civ. P. 45(c)(3)(A)(iii).

Fifth, the subpoenas subject all of the named persons to an undue burden because: (1) the plaintiffs named in your underlying lawsuit – *Grinols v. Electoral College*, 2:12-cv-02997-MCE-DAD – lack standing to sue, (2) the claims are barred by the Speech or Debate Clause, and (3) the claims are barred by the political question doctrine.

Sixth, you do not appear to have made any attempt to comply with any of the agencies' *Touhy* regulations in connection with your subpoenas. *See Touhy v. Ragen*, 340 U.S. 462, 464-65 (1951).

I intend to file an *ex parte* motion this afternoon, asking the Court to extend the deadline for responding to your subpoenas for a reasonable period of time. I also intend to file a formally noticed motion to quash the subpoenas as soon as practicable. Please inform me of your position on this *ex parte* motion today and whether you would be willing to stipulate to extend the deadline for responding to your subpoenas for a reasonable period of time. You can reach me at 916-554-2821.

        Sincerely,

        BENJAMIN B. WAGNER
        United States Attorney

By:   */s/ Edward A. Olsen*
     EDWARD A. OLSEN
     Assistant United States Attorney