Civil Action No. 2:12-CV-02997-MCE-DAD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* __ALVIN ONAKA__
was received by me on *(date)* __12/27/2012__.

☒ I served the subpoena by delivering a copy to the named person as follows: __D. AQUINO (SECURITY GUARD) AT THE STATE OF HAWAII HEALTH DEPARTMENT, 1250 PUNCHBOWL ST., HONOLULU, HI 96813 (SEE ADDITIONAL INFORMATION BELOW)__ on *(date)* __12/27/2012__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ __0__ .

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __12/27/2012__

_____
Server's signature

__LAWRENCE B. FENTON__
Printed name and title

__1419 DOMINIS ST. APT. 1206 HONOLULU, HI 96822__
Server's address

Additional information regarding attempted service, etc:

LF  I ENTERED THE HEALTH DEPARTMENT OFFICE AND SPOKE TO D. AQUINO, A SECURITY GUARD WORKING FOR GLOBAL PROTECTION SERVICES. I ASKED TO SPEAK WITH DEPUTY ATTORNEY JILL NAKAMINE OR DR. ALVIN ONAKA. HE TOLD ME NEITHER ONE WAS AVAILABLE. I ASKED TO SPEAK WITH AN AGENT OF PROCESS FOR DR. ONAKA. MR. AQUINO THEN PULLED OUT A FOLDER WITH PAPERS HE READ FROM AND SAID "NO BODY WILL ACCEPT SUBPOENA'S HERE." HE SUGGESTED I MAKE AN APPOINTMENT TO SPEAK WITH DR. ONAKA. I THEN PLACED THE SUBPOENA IN FRONT OF HIM ON THE DESK AND STATED "YOU HAVE BEEN SERVED." I IMMEDIATELY LEFT THE BUILDING AT 1:40 PM. END OF STATEMENT. LF

Civil Action No. 2:12-CV-02997-MCE-DAD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* ALVIN ONAKA
was received by me on *(date)* 12/27/2012.

☒ I served the subpoena by delivering a copy to the named person as follows: JENNY JAVIER (RECEPTIONIST) AT THE STATE OF HAWAII ATTORNEY GENERAL'S OFFICE, 425 QUEEN ST., HONOLULU, HI 96813 (SEE ADDITIONAL INFORMATION BELOW) on *(date)* 12/27/2012 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ 0

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/27/2012

*Server's signature*

LAWRENCE B. FENTON
*Printed name and title*

1419 DOMINIS ST. APT. 1206 HONOLULU, HI 96822
*Server's address*

Additional information regarding attempted service, etc:

LF. I MADE A FIRST ATTEMPT TO SERVE THE SUBPOENA AT 1:30 PM. THE RECEPTIONIST CALLED A DEPUTY ATTORNEY NAMED RANDY SLATON WHO ASKED TO SEE THE SUBPOENA. I GAVE IT TO HIM AND HE TOLD ME TO WAIT BECAUSE HE WASN'T SURE IF HE COULD ACCEPT IT OR NOT. HE WENT INTO ANOTHER OFFICE CARRYING THE SUBPOENA AND CAME BACK WITH A LARGE APPROXIMATELY ONE INCH THICK BOOK. HE SAID HE COULD NOT ACCEPT IT AND SUGGESTED I SPEAK WITH DEPUTY ATTORNEY JILL NAKAMINE ABOUT IT. HE GAVE ME BACK THE SUBPOENA AND THE RECEPTIONIST TOLD ME MS. NAKAMINE WAS AT THE HEALTH DEPARTMENT IN ROOM 200 AND SUGGESTED I GO THERE. I LEFT THE BUILDING BUT DID NOT LOCATE MS. NAKAMINE. I RETURNED TO THE ATTORNEY GENERAL'S OFFICE WITH THE SUBPOENA, THE RECEPTIONIST MADE SOME ADDITIONAL PHONE CALLS AND SAID SHE COULD NOT LOCATE ANY DEPUTY ATTORNEY'S TO TAKE THE SUBPOENA. I THEN GAVE THE SUBPOENA TO THE RECEPTIONIST AND SAID "YOU ARE SERVED" AT 1:50 PM. END OF STATEMENT. LF.