Dr. Orly Taitz ESQ

29839 Santa Margarita ste 100

Rancho Santa Margarita, CA 92688

Phone 949-683-5411 fax 949-766-7603

Orly.taitz@gmail.com

Counselor for the Plaintiffs

## US District Court

## For the Eastern District of California

| | |
|---|---|
| James Grinols, Robert Odden, in their capacity ) | Case #   12-cv-02997 |
| as Presidential Electors ) | REPLY TO OPPOSITION TO |
| Edward C. Noonan, Thomas Gregory MacLeran, ) | TEMPORARY RESTRAINING |
| Keith Judd in their capacity as ) | ORDER |
| candidates for the U.S. President ) | |
| v Electoral College, President of the Senate, ) | |
| Governor of California, Secretary of State ) | |
| of California, U.S. Congress , ) | |
| Barack Hussein Obama ) | |
| ) | |
| ) | |

**REPLY TO OPPOSITION TO TRO**

**INTRODUCTION**

Plaintiffs received two opposition briefs to the TRO motion: one from Federal Defendants and Candidate Obama and one from the Governor.  As defendant Obama was sued as a candidate for office and not as the US President, he was not entitled to be represented by the U.S. attorney's office. As such Plaintiffs are filing a separate brief to strike part of the opposition and specifically strike opposition filed by the U.S. attorney on behalf of candidate Obama due to lack of entitlement for representation and due to conflict of interest with Federal defendants.

Due to 10 page limitation for a reply to opposition per brief, and due to multiple common issues Plaintiffs are filing one 10 page reply in relation to Federal defendants and will incorporate it by reference in the reply to the Governor and will be filing another 10 page reply to the opposition by the governor and will incorporate it by reference in relation to the Federal defendants.

The case at hand is the case of the elections fraud and use of forged IDs by Candidate for the U.S. President Barack Obama. Plaintiffs allege that due to the fact that according to his school records Obama is a citizen of Indonesia and is using forged IDs, he never legally qualified for the position of the U.S. President,  as he did not fulfill a requirement of being a natural born citizen per Article 2, section 1 of the U.S. constitution. Natural born citizen clause is extremely important as it relates to the allegiance. On July 25, 1787 John Jay, first Chief Justice of the Supreme Court wrote to George Washington, "*Permit me to hint, whether it would be wise and seasonable to provide a strong check to the admission of Foreigners into the administration of our national Government; and to declare expressly that the Commander in Chief of the American army shall not be given to nor devolve on, any but a natural born Citizen.*"

Moreover, aside from lack of any valid U.S. identification papers, Obama ran under a last name which is not legally his, as in his Mother's passport he was listed under the last name Soebarkah, Obama being his middle name. Plaintiffs provided with the complaint in this case 21 exhibits, which show sworn affidavits from a sheriff with 50 years of experience, senior deportation officer with nearly 30 years of experience, multiple experts, asserting that Obama is using forged IDs and a fraudulently obtained Connecticut Social security number. While a number of challenges were brought in the last 4 years, the case was not heard on the merits yet, not one single judge in the country saw any original documents for Barack Obama, and the copies posted by Obama on line were found to be forgeries.

On December 17, a number of voting members of this Electoral College spoke up during the signing of the certificate of Vote about their doubts of Obama 's legitimacy and legitimacy of his identification papers, however since those voting electors were voting for Mitt Romney, their concerns could not be redressed absent a court order, which Plaintiffs are seeking herein.   In its introduction defense misrepresents the case.

Defense presents Obama's impending Presidency as a fete a compli.

That is not the case. Prior to taking office on January 20 2013 candidate Obama has to be confirmed by the U.S. Congress on January 4, 2013 and Candidate Obama will have to take the oath of allegiance as the U.S. President on January  20.2013.

Even if defendants are stating that signing of the Certificate of ascertainment by the governor is a fete a compli and so is the signing of the certificate of vote by the electors, those have not been certified by Congress yet. U.S. Congressmen and U.S. Senators have a right to object and refuse to certify the electoral vote. Moreover, based on the precedent of <u>Fulani v Hogset</u> 917 F2d 1028

even the challenge against the Secretary of State and Governor are not moot, as Declaratory relief and financial damages can be adjudicated after the election as well.

By **not issuing a temporary restraining order**, this court will deprive 435 U.S. representatives and 100 U.S. senators of vital information and ability to make an informed decision of whether to object or not object to the electoral college vote based on the fact that Obama's electors were not lawfully casting votes, as they cast votes for a candidate, who was never legitimate for the position and they were sitted as a result of an election, which was won by fraud and forgery of IDs.

Additionally, Plaintiffs allege that if this court will not issue a TRO to enjoin Candidate Obama from taking an oath of office of the U.S. President on January 20, 2013, this court would deprive 314 million American citizens of services of a legitimate U.S. President and will become complicit to the usurpation of the U.S. Presidency and depravation of civil rights of the U.S. citizens, as usurpation of the U.S. Presidency is a de facto occupation and suspension of civil rights of citizens, which was achieved not by force, not with guns and bayonets, but by fraud and forgery.

Most of the argument and precedents provided by the defense are irrelevant in this case, as those precedents relate to generalized grievances of ordinary citizens. The case at hand was brought by Presidential electors, who were duly elected by their parties and by the Presidential candidates. Their grievances are clearly particularized. Additionally, defendants are bringing a number of precedents and arguments in relation to several cases, which were brought after Obama took office in 2008, which is obviously not the case here, as he will not take office until January 20, 2013.

Due to particularized injury to Presidential electors and Presidential candidates and due to impending January 4 confirmation by Congress and January 20, 2013 swearing in of Obama, **the issue is not moot, and it is ripe, as injury to the Plaintiffs is imminent.** Plaintiffs assert that elections fraud committed by Obama affected their fundamental voting civil rights.

*Reynolds v. Sims*, 377 U.S. 533, 555 (1964) "'the right of suffrage can be denied by a debasement or dilution of the weight of a citizen's vote just as effectively as by wholly prohibiting the free exercise of the franchise.'" *Purcell v. Gonzalez*, 549 U.S. 1, 4 (2006) (quoting *Reynolds v. Sims*, 377 U.S. 533, 555 (1964)). As the Supreme Court has recognized, Confidence in the integrity of our electoral processes is essential to the functioning of our participatory democracy. Voter fraud drives honest citizens out of the democratic process and breeds distrust of our government. Voters who fear their legitimate votes will be outweighed by fraudulent ones will feel disenfranchised.

**INJURY TO PLAINTIFFS IS PARTICULARISED, NOT GENERALISED AND IS IMMINENT**

"It is an established principle that to entitle a private individual to invoke the judicial power to determine the validity of executive or legislative action he must show that he is sustained, or is immediately in danger of sustaining, a direct injury as a result of that action and it is not sufficient that he has merely a general

interest common to all members of the public." *Ex parte Levitt*, 302 U.S. 633, 634 (1937) (per curiam);

Evidence presented by Plaintiffs shows that the suffrage right, voting right of electors and the right to participate in lawful election by candidates for the office of the President is affected by fraud and use of forged IDs and a fraudulently obtained Social Security number by an illegitimate candidate for the U.S. President citizen of Indonesia Barack Obama.

Electors Grinols and Odden were elected by their parties to be on the ballot as part of the slate of electors representing specific candidates. Grinols represented Republican Presidential candidate and Odden represented Libertarian candidate.

The only precedent that the defense brought, which is relevant and refers to an elector, is <u>Robinson v Bowen,</u> 567F. Supp.2d 1144, 1146 (N.D Cal2008). In that case the court ruled no standing because a "plaintiff is a mere candidate hoping to become a California elector pledged to an obscure third party candidate whose presidential aspects are theoretical at best". id

In the case at hand Grinols is a Republican candidate. As a Republican elector he is pledged to a candidate, who is **CERTAIN** to win the election, as he is pledged to Mitt Romney, the runner up, who lost by only 1%.

Odden is an elector pledged to the Libertarian candidate Gary Johnson. While Johnson did not get as many votes as Romney, he is a well known candidate, Libertarian party is a well known third party and therefore he has legal standing    for purposes of Article 3.

### THERE IS A CLEAR CAUSAL CONNECTION BETWEEN THE ACTIONS OF THE DEFENDANTS AND THE INJURY ALLEGED BY THE PLAINTIFFS

Defendants erroneously assert lack of causal connection.

Grinols and Odden suffered an injury of depravation of their suffrage rights, their voting rights to vote as members of the electoral college due to fraud and use of forged IDs.

This deprivation of suffrage rights by the electors will become imminent upon occurrence of 2 events:

a. Confirmation of the electoral vote during the joint session of the U.S. Congress which is presided by the President of the Senate on January 4, 2013
b. By Candidate Obama taking the oath of office of the U.S. President on the January 20, 2013.

This court has exercised a remarkable timing and wisdom in scheduling the TRO hearing for January 3, 2013 as Grinols and Odden will suffer an **IRREPARABLE INJURY**, if TRO is not granted on January 3, 2013, as the next day, on January 4 2013 U.S. Congress is scheduled to confirm and certify the electoral vote and shortly thereafter on January 20 2013 Candidate Obama is scheduled to be sworn in as the 45th U.S. President

As such there is a an **imminent** threat of depravation of suffrage rights, of voting rights of the Presidential electors.

**There is a direct causation between the acts that Plaintiffs are seeking to enjoin and the damage to the Plaintiffs. Assertion by the Defense that there is nothing illegal in aforementioned acts, which Plaintiffs are trying to enjoin, is simply false.**

If arguendo there is no TRO and no Congressman, no bring an objection to the legality of electoral votes cast for Candidate Obama, than an undeniably illegal act will take place. Absent

TRO and absent objections by members of Congress, electoral votes for a flagrantly illegitimate candidate will be confirmed.

Similarly, if Arguendo this court does not issue a TRO enjoining candidate Obama from taking an oath of office and Obama is taking an oath of office while committing fraud and using forged IDs, this is an illegal conduct. This illegal act deprived Plaintiffs, who are electors from ability to exercise their suffrage rights as Presidential electors and deprived the Plaintiffs, who are candidates from an ability to participate in lawful elections.

If the court reviews the evidence on the merits, reviews the original identification documents of candidate Obama, which were subpoenaed by the plaintiffs to be produced by Obama and different officials, and finds that Obama indeed committed elections fraud and illegally ran for the U.S. Presidency, while using forged I.D.s, then the presidential candidate represented by the Presidential elector Grinols will be the winner of the 2012 election.

In relation to Libertarian Party elector other minor Presidential candidates, both 7th circuit and the 9th circuit has ruled that being a minor candidate does not represent impediment to bringing a legal action for fraud committed by the winning candidate

> A case brought by a minor Presidential candidate, minor vice presidetial candidate  and minor elector was heard   by the 7th circuit in Fulani v Hogset 917 F.2d 1028,   "... Another issue is whether the plaintiffs have standing to challenge the action of the Indiana officials. In order to have standing, a plaintiff must allege a personal injury fairly traceable to the defendant's allegedly unlawful conduct that is likely to be redressed by the

> requested relief. Allen v. Wright, 468 U.S. 737, 752, 104 S.Ct. 3315, 3325, 82 L.Ed.2d 556 (1984). In one sense, the action of the officials allowing the Democrats and Republicans on the ballot did not injure New Alliance because the party was not denied access to the ballot in any way.

The real question is whether the increased competition that New Alliance faced is an injury which gives it sufficient standing to bring this case. We believe it does. On account of the decision by the Indiana officials to allow the two major political parties on the ballot, New Alliance faced increased competition which no doubt required additional campaigning and outlays of funds. Without the Republicans and Democrats on the ballot, New Alliance would have gained additional press exposure and could have conceivably won the Indiana election, no small boon for a relatively obscure party that hoped to establish a national presence. We believe that New Alliance's injury is fairly traceable to the action of the Indiana officials who allowed the Democrats and Republicans on the ballot. A grant of damages would redress the increased outlay of campaign money to meet the competition, and declaratory relief would prevent future violations of the Indiana certification law. Therefore we hold that the plaintiffs have standing to bring this suit." id **Therefore based on the precedent of <u>Fulani v Hogset</u> minor Presidential candidates and electors have standing to challenge certification of the winning candidates**

Moreover, Plaintiffs are seeking to stay the final certification of votes by the U.S. Congress and taking the oath of allegiance by Candidate Obama

Plaintiffs are asserting that if this court declares that Obama was never legitimate for U.S. Presidency due to his forged ID, Indonesian citizenship and lack of any valid U.S. IDs, than the results of not only general election, but primary election will be affected.

Plaintiff Judd was a runner up in the Presidential primary, gaining 41% of the vote of the Democrats in the state of West Virginia and the highest number of votes received by a runner up in the 2012 Democratic party primary. If the court finds Obama not eligible, Judd would be declared the Democratic primary winner.  Consequently, Judd has standing.

As such, electors and Candidates <u>do not have to be California electors and candidates to have standing</u>   against the defendant electoral college, defendant U.S. Congress, defendant President of the Senate and Defendant Obama, <u>as declaratory and injunctive relief against these defendants affects all electors and candidates in all states.</u>

Due to 10 page limitation Plaintiffs incorporate herein Part 2 of the Reply filed as a Reply to Opposition filed by the Governor of California.

Respectfully submitted

/s/ Orly Taitz. ESQ

Certificate of service

I attest that I served all the parties in this case with aforementioned Reply  to Opposition on 12.28.2012 via ECF and/or first class mail.

/s/ Orly Taitz