Dr. Orly Taitz ESQ

29839 Santa Margarita ste 100

Rancho Santa Margarita, CA 92688

Phone 949-683-5411 fax 949-766-7603

Orly.taitz@gmail.com

Counselor for the Plaintiffs

## US District Court

## For the Eastern District of California

| | |
|---|---|
| James Grinols, Robert Odden, in their capacity ) | Case #  12-cv-02997 |
| as Presidential Electors                ) | REPLY TO OPPOSITION TO |
| Edward C. Noonan, Thomas Gregory MacLeran, ) | TEMPORARY RESTRAINING |
| Keith Judd in their capacity as          ) | ORDER |
| candidates for the U.S. President        ) | |
| v Electoral College, President of the Senate, ) | |
| Governor of California, Secretary of State ) | |
| of California, U.S. Congress ,           ) | |
| Barack Hussein Obama                     ) | |
|                                          ) | |
|                                          ) | |

**MOTION TO STRIKE AN ANSWER FILED BY THE U.S. ATTORNEY ON BEHALF OF A  PRIVATE PARTY-CANDIDATE FOR OFFICE BARACK OBAMA AND MOTION FOR CONTEMPT OF COURT ORDER BY DEFENDANT OBAMA**

Defendant Obama is in contempt of the court order to respond by the December 26 deadline

Defendant Obama was served in his capacity as a candidate for office, a candidate for the U.S. President. He was specifically sued as a candidate and not the U.S. President.

U.S. attorney's office has no right to represent him, as it would constitute an embezzlement of taxpayer funds and a conflict of interests.

the service of process on candidat Obama was done through the U.S. Attorey's office as Obama refuses to accept mail at his residence and demands all pleadings to be filed through the U.S. attorney's office.  In similar actions filed recently U.S. attorney's office refused to represent Candidate Obama and Obama hired private attorneys. (Taitz et al v Democratic party of MS et al 3:2012-cv-280 Judge Wingate USDC SDMS currently under submission).

U.s. Attorney's office is subsidized by the taxpayers for the purpose of representing the U.S. government and employees of the U.S. government acting in their official capacities as employees of the U.S. government. Obama is sued not as a U.S. President, but as a Candidate for office, therefore representation of a candidate for office by the U.s. attorneys ' office represents an embezzlement of the tax payer funds by both the candidate Obama and the two U.S. attorneys who took upon themselves to embezzle the tax payer funds by representing Obama in his capacity as a private party running for office.

Second of all, there is a clear conflict of interests between Obama and the Federal defendants, who are represented by the U.S. attorney's office as well, specifically due to the fact that evidence in the case shows Obama to be a foreign national, who is attempting to usurp the U.S. Presidency by using forged IDs and a fraudulently obtained Social Security number. as such his interests are opposite to the interests of the Federal defendants.

As a matter of fact, if other defendants, such as members of the U.S. Congress certify the election during the January 4, 2013 hearing, only 1 day after the scheduled TRO hearing, the members of Congress will be violating their oath

of office to uphold the U.S. Constitution, will be engaged in malfeasance, will be depriving the Plaintiffs and the U.S. citizens of honest service, as they may be found to be committing treason against the U.S. by confirming a foreign national as a U.S. President.

Based on the conflict of interest, Barack Obama who is sued as a candidate was supposed to have a separate private representation.

As such, opposition to TRO submitted by the U.S. attorney's on behalf of Obama has to be stricken and Obama found in contempt of court for not furnishing a response according to the order of this court.

Respectfully submitted

/s/ Orly Taitz, counsel for Plaintiffs.

Certificate of Service

I, Orly Taitz , attest that on 12.28.2012 I served all the parties in this case with aforementioned pleadings by ECF and/or first class mail.

/s/ Orly Taitz