AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:12-cv-02997-MCE-DAD

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Barack Obama, Congress et al

was received by me on *(date)* 12-27-12

☐ I personally served the summons on the individual at *(place)* 915 second avenue Seattle, WA 98174 on *(date)* 4:25 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Edward J. Oneill Deputy State Director, who is designated by law to accept service of process on behalf of *(name of organization)* Senator Patty Murray on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served both senators Patty Murray and Maria Cantwell by way of certified mail return receipt and in person by Edward J. Oneill Deputy State Director and by Seattle Legal Messengers a total 396 pages including the summons, complaint, temporary restraining order and subpoena of records as described in my certificate of service December 24, 2012.

My fees are $ 00 for travel and $ 00 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 12-28-12

_____
Server's signature

REGIS J. COSTELLO
Printed name and title

14462 55th Ave So, Tukwila, WA 98168
Server's address

Additional information regarding attempted service, etc:
I served both senators Patty Murray and Maria Cantwell by way of certified mail return receipt and in person by Edward J. Oneill, Deputy State Director and by Seattle Legal Messengers a total 396 pages including the summons, complaint, temporary restraining order and subpoena of records as described in my certificate of service dated December 24, 2012 and Exhibit A attached thereto.