Dr. Orly Taitz ESQ

29839 Santa Margarita ste 100

Rancho Santa Margarita, CA 92688

Phone 949-683-5411 fax 949-766-7603

Orly.taitz@gmail.com

Counselor for the Plaintiffs

## US District Court

## For the Eastern District of California

| | |
|---|---|
| James Grinols, Robert Odden, in their capacity ) | Case #  12-cv-02997 |
| as Presidential Electors                        ) | REPLY TO OPPOSITION TO |
| Edward C. Noonan, Thomas Gregory MacLeran, )     | TEMPORARY RESTRAINING |
| Keith Judd in their capacity as                 ) | ORDER |
| candidates for the U.S. President               ) | |
| v Electoral College, President of the Senate,   ) | |
| Governor of California, Secretary of State      ) | |
| of California, U.S. Congress,                   ) | |
| Barack Hussein Obama                            ) | |
|                                                 ) | |
|                                                 ) | |

Notice of Manual filing

Attached herein is the manually submitted exhibit to reply to opposition to TRO

Exhibit is a video tape of witness testimony under the penalty of perjury during the hearing in Farrar v Obama OSAH-SECSTATE-CE-: 1215136-60-MALIHI in the Administrative court of the State of Georgia, as well as video footage of evidence being forwarded to Sheriff Arpaio of Maricopa county, as well as the video tape of the press conference by Sheriff Arpaio and investigator Mike Zullo announcing results of their independent criminal investigation and indicating evidence of forgery in the birth certificate and Selective Service Certificate of Barack Hussein Obama.

Affidavit of Orly Taitz

1. I, Orly Taitz, was an attorney for the plaintiffs in Farrar v Obama I attest that the attached video tape is a true and correct copy of the video tape of the trial.
2. I, Orly Taitz, personally watched the press conference by Sheriff Arpaio and investigator Zullo in relation to forgeries in IDs of Mr. Obama. I I attest that the tape is a true and correct copy of the aforementioned press conference to the vest of my knowledge and informed belief

/s/ Orly Taitz ESQ

I attest that a copy of the attached videotape was served on the defendants by forwarding it to the Federal Express on 12/31/2012

/s/ Dr. Orly Taitz, ESQ