

Orly Taitz< orly.taitz@gmail.com>

# (no subject)
1 message

**Orly Taitz**< orly.taitz@gmail.com>      Mon, Dec 31, 2012 at 5:04 PM
To: edward.olsen@usdoj.gov
Cc: Orly Taitz <orly.taitz@gmail.com>

Dr. Orly Taitz, ESQ

29839 Santa Margarita, ste 100

Rancho Santa Margarita, CA 92688

Attention Deputy U.S. Attorney Edward Olsen

Regarding: Summary of the 12/31/2012 phone conversation

Dear Mr. Olsen, this is to confirm that I called you on 12/31/2012 around 2:20 pm. I advised you that in response to your ex parte motion to extend time to respond to subpoenas, I am submitting amended subpoenas, which will make it easier for the Federal Employees to provide necessary documents without any difficulty or undue hardship.

    1.    Instead of Mr. Michael Astrue, Commissioner of Social Security travelling to California to testify or produce documents, amended subpoena would allow him or another official to produce the required original SS-5, Social Security application for Connecticut Social Security number 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 at the premises of the Social Security offices in MD on 01/02/2013. Subpoena was delivered by the professional process server and a proof of service will be forwarded to you. There is no disclosure of private information here, as Mr. Obama posted his tax returns on line on whitehouse.gov and did not flatten the PDF file, so the full Social Security number that he used became known to millions of people. Subpoena is issued from the District of Columbia, where documents are requested and therefore enforceable. Though Mr. Obama took off the web site the tax returns later, flattened the file and re-posted it, the information became public knowledge. As we discussed, this is a short notice, however Mr. Astrue or any of his employees, who will actually produce the document, will not be inconvenienced, as they will not be required to travel and will be asked to produce a document, which would be readily available. Considering that the time is of the essence and this is the most serious case of Social Security fraud and breach of the national security, the importance of the documents and the exigency justify short notice. Please, advise at what time Mr. Astrue or his assistant will be available on 01/02/2013 to produce the required SS-5 to me or to an expert, who will be there on my behalf.
    2.    Amended Subpoena was issued on director of Selective Service Lawrence Romo with request to produce the original application to the Selective Service for Mr. Obama. Similarly, it was issued from the District of Columbia, being delivered by a professional process server to the premises of the Selective Service. There is no privacy attached as

Mr. Obama posted on line the copy of the alleged application. The problem with the copy is that it contains multiple signs of forgery, the most flagrant is the two digit year postal stamp "80", while United States Postal office is using a 4 digit postal stamp. I sent to you by Federal Express a video tape with expert testimonies and a video taped press conference by Sheriff of Maricopa County Joseph Arpaio and investigator Mkie Zullo, who reported to the public and media on their criminal investigation of Mr. Obama's forged IDs and who actually showed on camera how forger used 2008 postal stamp, cut it in half and inversed "08" to obtain "80".

3. Based on all of the above, subpoenas will be proper and enforceable. Please, let me know, when is the most convenient time on January 2 for your clients Mr. Astrue and Mr. Romo or their employees to provide requested documents.

4. Additionally this is to confirm that I asked for your position on motion to strike the opposition to the TRO on behalf of Mr. Obama, as he is not sued as a federal employee. Your response is that you do not have a formulated position yet.

5. Lastly I asked you, if you will be proceeding with the criminal investigation based on evidence of forgery in Mr. Obama's IDs. You stated that you are a part of the civil division, not criminal division. I asked if you forwarded the complaint and exhibits to the criminal division, as failure to do so may be seen as subornation of felonies such as elections fraud, Social Security fraud and forgery of IDs with the goal of usurpation of the U.S. Presidency. You asked if I asked you to forward the complaint to the criminal division, I responded that I am asking you now. You responded with a request to submit it in writing, so you can see, who you can forward this to.

6. Per your request, I am asking you **in writing** to forward the complaint, exhibits and the rest of material in the case Grinols et al v Elections commission et al to the criminal division of the U.S. attorney's office for the purpose of criminal prosecution of Mr. Obama and individuals aiding and abetting him for elections fraud, Social Security fraud, conspiracy to commit fraud and uttering of forged Identification papers and a fraudulently obtained Social Security number with the purpose of committing elections fraud and usurpation of the U.S. Presidency and position of the commander n Chief. Additionally, some of the individuals aiding and abetting Mr. Obama might be guilty of treason since Mr. Obama is a foreign national, citizen of Indonesia, based on his school records from Indonesia. Please, advise me the name of the U.S. Attorney in the criminal division to whom you are forwarding the case.

Sincerely,

/s/ Dr. Orly Taitz ESQ

12/31/2012

--
Dr Orly TaitzESQ
29839 Santa Margarita pkwy, ste 100
Rancho Santa Margarita, CA 92688
ph 949-683-5411  fax949-766-7603
orlytaitzesq.com

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Grinols et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:12-02997 |
| Electoral College | ) |
| | ) (If the action is pending in another district, state where: |
| *Defendant* | ) Eastern District of California ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Commissioner of Social Security Michael Astrue

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: original Connecticut SS-5, Social Security application xxx-xx-4425, which was used by Barack Obama in his tax returns, but was never issued to Barack Obama according to E-Verify and SSNVS
2. any and all documents showing efforts made by you to apprise the law enforcement and Congress of Barack Obama using Connecticut Security number not assigned to him

| Place: Social Security Administration<br>6401 Security Blvd.<br>Baltimore, MD 21235 | Date and Time:<br>01/02/2013 12:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 12/31/2012

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                  *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____, who issues or requests this subpoena, are:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Grinols et al | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 12-cv-02997 |
| Electoral college et al | ) |
|  | ) (If the action is pending in another district, state where: |
| Defendant | ) Eastern District of California ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Lawrence Romo, Director of Selective Service

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: 1980 original application for Selective Service for Barack Hussein Obama

| Place: Selective Service administration 501 3rd str. NW Washington DC 64755 | Date and Time: 01/02/2013 0:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: 501 3rd str. NW Washington DC 64755 | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 12/31/2012

CLERK OF COURT

OR  /s/ Orly Taitz, ESQ

Signature of Clerk or Deputy Clerk    Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Plaintiffs, Grinols et al , who issues or requests this subpoena, are:

Orly Taitz
29839 Santa Margarita, ste 100
Rancho Santa Margarita, Ca 92688

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

**Grinols et al.**

    Plaintiff(s),

VS.

**Electoral College et al.**

    Defendant(s).

Attorney: NONE

Dr. Orly Taitz, Esq.
29839 Santa Margarita, #100
Rancho Santa Margarita CA 92688

*64755*

**Case Number: 2:12-cv-02997 USDC EDCA**

Legal documents received by Same Day Process Service, Inc. on **12/27/2012** at **1:02 PM** to be served upon **Lawrence Romo, Director of Selective Service,** at **1515 Wilson Boulevard #600, Arlington, VA, 22209**

I, **Daniel Williams**, swear and affirm that on **December 28, 2012** at **12:56 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action** to **DAESHA MCCAIN** as **Authorized Agent** at **501 3rd St., NW, Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 38 Height: 5"9"-6"0" Weight: 161-200 lbs Skin Color: Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Daniel Williams**
Process Server

**Same Day Process Service, Inc.**
1219 11th St., NW
Washington DC 20001

(202)-398-4200

Internal Job ID:64755

District of Columbia: ss
Subscribed and sworn to
this _31st_ day of _December_, 2012

Andrew Yonki, Notary Public D.C.
My commission expires September

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

Grinols et al.

    Plaintiff(s),

vs.

Obama et al.

    Defendant(s).

Attorney: NONE

Dr. Orly Taitz, Esq.
29839 Santa Margarita, #100
Rancho Santa Margarita CA 92688

*64757*

**Case Number: 2:12-02997 USDC EDCA**

Legal documents received by Same Day Process Service, Inc. on **12/27/2012** at **1:17 PM** to be served upon **Patrick R. Donahoe, Postmaster General**, at **475 L'Enfant Plaza SW, Washington, DC, 20602**.

I, **Daniel Williams**, swear and affirm that on **December 28, 2012 at 2:50 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action** to **ANASTASIA BARTHOLOMEW** as **Administrative Assistant & Authorized Agent** at **475 L'Enfant Plaza SW, Washington, DC 20602** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 28 Height: 5"4"-5"8" Weight: 131-160 lbs Skin Color: Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*Daniel Williams* (signature)
**Daniel Williams**
Process Server

**Same Day Process Service, Inc.**
1219 11th St., NW
Washington DC 20001

(202)-398-4200

Internal Job ID:64757

District of Columbia: SS
Subscribed and Sworn to before me this 31st day of December 2012

Andrew Yonki, Notary Public, D.C.
My commission expires September 14, 2014

[Notary Seal: Andrew Yonki, Notary Public, District of Columbia]

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

Grinols et al.

      Plaintiff(s),

vs.

Electoral College et al.

      Defendant(s).

Attorney: NONE

Dr. Orly Taitz, Esq.
29839 Santa Margarita, #100
Rancho Santa Margarita CA 92688



*64754*

Case Number: 2:12-cv-02997 USDC EDCA

Legal documents received by Same Day Process Service, Inc. on **12/27/2012** at **12:59 PM** to be served upon **Lawrence Romo, Director of Selective Service, c/o United States Department of Justice**, at **950 Pennsylvania Ave NW, Washington, DC, 20530**

I, **Daniel Williams**, swear and affirm that on **December 28, 2012** at **2:27 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Subpoena to Appear and Testify at a Hearing in a Civil Action** to **STEFFON EDMONDS** as Mail Clerk & Authorized Agent at **950 Pennsylvania Ave NW, Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 28 Height: 5"9"-6"0" Weight: 161-200 lbs Skin Color: Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Daniel Williams**
Process Server

**Same Day Process Service, Inc.**
1219 11th St., NW
Washington DC 20001

(202)-398-4200

Internal Job ID:64754

District of Columbia: SS
Subscribed and Sworn to before me
this 31st day of December, 2012

Andrew Yonki, Notary Public, D.C.
My commission expires September

# AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Grinols et al.**

    Plaintiff(s),

VS.

**Electoral College et al.**

    Defendant(s).

Attorney: NONE

Dr. Orly Taitz, Esq.
29839 Santa Margarita, #100
Rancho Santa Margarita CA 92688

*64758*

**Case Number: 2:12-cv-02997-MCE**

Legal documents received by Same Day Process Service, Inc. on **12/27/2012** at **1:34 PM** to be served upon **Michael Astrue, Commissioner of the Social Security Administration, c/o United States Department of Justice, at 950 Pennsylvania Ave NW , Washington, DC, 20530**

I, **Daniel Williams**, swear and affirm that on **December 28, 2012** at **2:27 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action** to **STEFFON EDMONDS** as **Mail Clerk & Authorized Agent** at **950 Pennsylvania Ave NW , Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 28 Height: 5"9"-6"0" Weight: 161-200 lbs Skin Color: Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Daniel Williams**
Process Server

**Same Day Process Service, Inc.**
1219 11th St., NW
Washington DC 20001

(202)-398-4200

Internal Job ID:64758

District of Columbia: SS
Subscribed and Sworn to before me,
this _31st_ day of _December_, 2012

Andrew Yonki, Notary Public, D.C.
My commission expires September 14, 2014

## AFFIDAVIT OF PROCESS SERVER

**United States District Court**
**Eastern District of California**

Grinols, et al.

    Plaintiff(s),

VS.

Electoral College et al.

    Defendant(s).

Attorney: NONE

Dr. Orly Taitz, Esq.
29839 Santa Margarita, #100
Rancho Santa Margarita CA 92688

*64750*

Case Number: 2:12-cv-02997-MCE

Legal documents received by Same Day Process Service, Inc. on **12/27/2012** at **12:31 PM** to be served upon **Congressman Darrell Issa, c/o United States Department of Justice, at 950 Pennsylvania Ave NW, Washington, DC, 20530**

I, **Daniel Williams**, swear and affirm that on **December 28, 2012** at **2:27 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action** to STEFFON EDMONDS as Mail Clerk & Authorized Agent at 950 Pennsylvania Ave NW, Washington, DC 20530 of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male  Age: 28  Height: 5"9"-6"0"  Weight: 161-200 lbs  Skin Color: Brown  Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Daniel Williams**
Process Server

**Same Day Process Service, Inc.**
1219 11th St., NW
Washington DC 20001

(202)-398-4200

Internal Job ID:64750

District of Columbia: SS
Subscribed and Sworn to before me
this 31st day of December, 2012

Andrew Yonki, Notary Public, D.C.
My commission expires September 1, 201...