Dr. Orly Taitz ESQ

29839 Santa Margarita ste 100

Rancho Santa Margarita, CA 92688

Phone 949-683-5411 fax 949-766-7603

Orly.taitz@gmail.com

Counselor for the Plaintiffs

## US District Court

## For the Eastern District of California

| | |
|---|---|
| James Grinols, Robert Odden, in their capacity as Presidential Electors | ) Case #   12-cv-02997 |
| Edward C. Noonan, Thomas Gregory MacLeran, Keith Judd in their capacity as candidates for the U.S. President | ) REPLY TO OPPOSITION TO ) TEMPORARY RESTRAINING ) ORDER ) |
| v Electoral College, President of the Senate, Governor of California, Secretary of State of California, U.S. Congress, Barack Hussein Obama | ) ) ) ) ) ) |

### REQUEST FOR PRODUCTION OF DOCUMENTS

Attention Deputy U.S. Attorney Edward Olsen

Subpoena for production of documents or in the alternative request for production of documents under 28 C.F.R. Part 16 (USDOJ's regulation under *United States ex ret. Touhy v. Ragen* (1951) 340 U.S. 462, or "Touhy Regulation") instead of the subpoena.

Per exhibits submitted with the complaint in the above captioned complaint Mr. Barack Hussein Obama is using a forged birth certificate, forged selective service certificate, last name not legally his and a Social Security number, which was never assigned to him according to E-Verify and SSNVS.

Today I received a phone call from a former Chief Investigator with the U.S. Coast Guard and a special investigator with the Department of Homeland Security, Jeffrey Stephen Coffman. He provided his sworn affidavit showing that Obama's Selective service certificate represents a forgery.(see attached) Moreover, as it appears that Selective Service administration has destroyed some documents relating to Mr. Obama and some other records relating to his travel disappeared from NARA records, Mr. Coffman advised me, that there has to be a record of Mr. Obama's travel to Pakistan and from Pakistan between 1980-1981. According to former Chief Investigator Coffman this record is available at the Department of Treasury and in the national archives. It is TECS (Treasury enforcement computer systems, instituted in 1980) record, which is used by the Department of Homeland Security under query SQ-14. Per Mr. Coffman this is a computer printout that can be obtained within 2 minutes. It is supposed to show arrival of individuals in a set query.

Plaintiffs are seeking TECS SQ-14 information from the Department of Treasury and from NARA of all passengers under the last name Obama, Soetoro and Soebarkah (all last names used by Mr. Obama) travelling between 1980-1981. It is believed that the records would show Barack Obama travelling on Indonesian passport, therefore confirming his Indonesian citizenship after the age of Majority, therefore not being eligible for the U.S. Presidency.

Sincerely
/s/ Dr. Orly Taitz ESQ
Counsel for Plaintiffs
cc Judge England
cc  cc U.S. and International media

cc Congressman Gregg Harper (R-MS)

Chairman

United State House Administration Subcommittee on Election

307 House Office Building

Washington DC 20515

ph 202-225-5031

fax 202-225-5797

ccGregg Harper, Mississippi, Chairman

Aaron Shock, Illinois

Rich Nugent, Florida

Todd Rokita, Indiana

Bob Brady, Pennsylvania, Ranking Member

Charlie Gonzalez, Texas

cc Congressman Darrell Issa

Chairman

House Oversight Committee

2347 Rayburn House Building

Washington DC, 20515


cc Congressman Mike Rogers

Chairman

House Intelligence Committee

133 Cannon House Office building

Washington DC 20515

cc Congressman Sam Johnson

Chairman

House Subcommittee on Social Security

House Ways and Means Committee

2929 N Central Expy, 240

Richardson, TX 75080


cc Congressman Dana Rohrbacher

Chairman

House Subcommittee on Oversight and Investigations'

House Committee on Foreign Affairs

2300 Rayburn House Building

Washington DC 20515


US Commission

on Civil Rights

624 Ninth Street, NW

Washington, DC 20425 C

Public Integrity Section

Department of Justice

950 Pennsylvania Ave, NW

Washington DC 20530-0001


Inter-American Commission on Human Rights

1889 F Street, N.W.. Washington, D.C., 20006 U.S.A..

Tel.: 202-458-6002,   202-458-6002. Fax: 202-458-3992.


Office of the United Nations High Commissioner for Human Rights (OHCHR)

Special Rapporteur on the Situation of Human Rights Defenders

The Honorable Mrs. Margaret Sekaggya

Palais des Nations

CH-1211 Geneva 10, Switzerland

International Criminal bar Hague

BPI-ICB-CAPI

Head Office

Neuhuyskade 94

2596 XM The Hague

tel/fax 0034 93 405 14 24

United Nations Commission for

Civil Rights Defenders

Orsolya Toth (Ms)

Human Rights Officer

Civil and Political Rights Section

Special Procedures Division

Office of the High Commissioner for Human Rights

tel: + 41 22 917 91 51

email: ototh@ohchr.org

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Grinols et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 12-cv-02997 |
| Electoral college et al | ) |
|  | ) (If the action is pending in another district, state where: |
| *Defendant* | ) USDC Eastern District of California ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Timothy Geithner, Secretary of Treasury

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: TECS (Treasury enforcement Computer systems) DOHSform SQ14 of passenger arrivals between 1979-1981, limited to passengers under last name Obama, Soetoro, Soebarkah

| Place: via e-mail to orly.Taitz@gmail.com | Date and Time: 01/03/2013 1:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 01/02/2013

CLERK OF COURT

_____   OR   /s/ Orly Taitz
*Signature of Clerk or Deputy Clerk*         *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____, who issues or requests this subpoena, are:

State of Texas            )
                          ) ss.
County of Montgomery  )

## AFFIDAVIT

Jeffery Stephen Coffman, being duly sworn, on oath deposes and says:

1. I am a resident of Texas. The information contained in this affidavit is based on my personal knowledge.
2. I am a licensed Private Investigator (licensed A620963) in the State of Texas.
3. I am a retired Resident Agent in Charge/Special Agent from the Department of Homeland Security having retired after 20 years during June 2007.
4. I am a retired Chief Investigator with the United States Coast Guard Investigative Service (Reserve) having retired after 22 years during March 2010.
5. I was formerly an Investigator with the Office of the Attorney General with the State of Texas serving from August 2008 until I quit during September 2009.
6. On my own and not as an Investigator or Special Agent with any state or federal agency I looked into circumstances surrounding then U.S. Senator Barack Obama's Selective Service registration.
7. I have utilized the Selective Service's "Check A Registration" online function (www.sss.gov) numerous times to verify whether a required registration was properly completed.
8. On or about February 13, 2008, I sent an email to information@sss.gov asking why Senator Obama's registration didn't show up when queried on the Selective Service website (www.sss.gov).
9. On the same day (February 13, 2008) I received an email from information@sss.gov stating "Sir: There may be an error in his file or many other reasons why his registration cannot be confirmed on-line. However, I did confirm with our Data Management Center that he is, indeed, registered with the Selective Service System, in compliance with Federal law. Sincerely, Janice L. Hughes/SSS".
10. On September 7, 2008 I viewed a televised interview in which then Senator Obama stated that he registered for the Selective Service when he graduated from high school. I recalled that Senator Obama graduated from high school in 1979 and the Selective Service registration requirements were not reinstituted until 1980.
11. I submitted a Freedom Of Information Act (FOIA) to the Selective Service System for Senator Obama's Selective Service registration. I received a copy of a Selective Service registration in the name of Barack Hussein Obama and a copy of a computer screen print out with a date of 09/09/08.
12. Reviewing these copies I noted several areas of concern. For example, I noted that on the registration copy the signature of the registrant was dated July 30, 1980, but the United States Postal cancellation stamp indicating date received was dated the previous day of July 29, 80. I also noted that the "No ID" block was checked indicating that the registrant did not present an ID when the registration



was said to have been presented to the postal clerk. The most outstanding aspect of the registration card was that the aforementioned U.S. Postal Cancellation Stamp had only a two digit year instead of the usual four digit year.

13. During my active military service with the US Army from 1973 to 1977, I served as a collateral duty as one of my unit's mail clerk. During that service I was familiar with US Postal regulations and procedures. It was my understanding that the US Postal Cancellation stamp was a four digit year and not a two digit year. I also knew that the day, month, and year of that model postal cancellation stamp are removable inserts that the postal clerk changes as appropriate. I have never seen a two digit insert for that model postal cancellation stamp.
14. Over several weeks, I researched the issue on the internet attempting to find any other incident where that model cancellation stamp had a two digit year instead of the usual four digit year. I was unable to find any other instance where that model postal cancellation stamp had a two digit year instead of the usual four digit year.
15. Using my training and experiences, I analyzed the image of the postal cancellation stamp on the copy of the registration. It is my conclusion that a four digit year insert ending in "08" was modified by cutting off the first two digits and reinserting the "08" upside down into the postal cancellation stamp to indicate a year of "80". The only four digit year ending in "08" I felt that would be reasonably available would be a "2008" year insert.
16. On the copy of the computer screen printout received under the FOIA I noticed that there was a line marked DLN and the number of "8089 708 0632". I also noted that on the copy of the Selective Service registration card there was a similar number in the upper right hand corner. This number was "0897080632". The number on the registration card appeared to be a "Bates" type print that automatically changes with each impression.
17. The differences between the DLN number on the computer screen printout and the registration card printout appears to be the addition of the digit "8". I know of no reason for the addition of the "8" in the DLN.
18. Based on my observations, research, experience and training, it is my belief that the Selective Service registration card I received under the Freedom Of Information Act request under the name of Barack Obama has been altered.

Jeffery Stephen Coffman

Sworn to me and subscribed before me this

_____2nd_____ day of January 2013.

TYLER G. WELLS
NOTARY PUBLIC

**SELECTIVE SERVICE SYSTEM**
**Registration Form**
READ PRIVACY ACT STATEMENT ON REVERSE
PLEASE PRINT CLEARLY

0897050632

1. DATE OF BIRTH: 08/04/61 — August 4 61
2. SEX: ☒ MALE ☐ FEMALE

4. PRINT FULL NAME
   Last: OBAMA
   First: BARACK
   Middle: HUSSEIN

5. CURRENT MAILING ADDRESS
   Number and Street: 1617 S. BERETANIA APT. 1008
   City: HONOLULU
   State or Foreign Country: HAWAII
   Zip Code: 96826

6. PERMANENT RESIDENCE: SAME AS ABOVE

7. CURRENT PHONE NUMBER
   Area Code: 808
   Number: 949 2317

8. ☐ Check here if we may give your name, address and telephone number to Armed Forces recruiters.

9. I AFFIRM THE FOREGOING STATEMENTS ARE TRUE
   Today's Date: JULY 30, 1980
   Signature of Registrant: Barack H. Obama

☐ ID
☒ NO ID
☐ OTHER

SSS Form 1 (Feb 80)    (Previous Editions Will Not Be Used)    OMB Approval 19-R0002