UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GRINOLS, ROBERT ODDEN, in their capacity as Presidential Electors; EDWARD C. NOONAN, THOMAS GREGORY MACLEARAN, KEITH JUDD, in their capacity as candidates for the U.S. President in 2012,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTORAL COLLEGE, PRESIDENT OF THE SENATE, GOVERNOR OF CALIFORNIA, SECRETARY OF STATE OF CALIFORNIA, U.S. CONGRESS, BARCK HUSSEIN OBAMA, AKA BARACK (BARRY) SOETORO, AKA BARACK OBAMA SOEBARKAH, in his capacity as a Candidate for the U.S. President in 2012,<br><br>Defendants. | Case No.  2:12-CV-02997-MCE-DAD<br><br><br><br>**ORDER** |

At the hearing on the request for temporary restraining order in the above-captioned case on January 3, 2012 at 2:00 p.m. in Courtroom 7, each side will be limited to twenty (20) minutes of oral argument in compliance with Fed. R. Civ. P. 78, Local Rule

1

1  230 and all relevant case law.
2      IT IS SO ORDERED.

Dated: January 2, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT