# AFFIDAVIT OF PROCESS SERVER

**United States District Court**
**Eastern District of California**

| | |
|---|---|
| **James Grinols, et al** | Attorney: NONE |
| Plaintiff(s), | Dr. Orly Taitz, Esq. |
| VS. | 29839 Santa Margarita, #100 |
| | Rancho Santa Margarita CA 92688 |
| **Electoral College, et al** | |
| Defendant(s). | *64695* |

**Case Number:** 2:12-cv-02997-MCE-DAD

Legal documents received by Same Day Process Service, Inc. on **12/22/2012** at **10:00 AM** to be served upon **Barack Hussein Obama a/k/a Barack (Barry) Soetoro, a/k/a Barack (Barry) Obama Soebarkah; Joseph Biden in his Capacity as President of the Senate; The Electoral College; United States Congress; by serving U.S. Department of Justice,** at 950 Pennsylvania Ave., NW, Washington, DC, 20530

I, **Daniel Williams**, swear and affirm that on **January 04, 2013** at **3:59 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Attachment; Notice of Electronic Filing; Summons in a Civil Action; Complaint; Motion for Temporary Restraining Order; TRO Checklist; Notice of Electronic Filing; Exhibits** to **DAVID BURROUGHS** as **Authorized Agent** at 950 Pennsylvania Ave., NW, Washington, DC 20530 of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 34 Height: 5"4"-5"8" Weight: 161-200 lbs Skin Color: Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*[Signature]*
**Daniel Williams**
Process Server

**Same Day Process Service, Inc.**
1219 11th St., NW
Washington DC 20001

(202)-398-4200

Internal Job ID:64695

District of Columbia: SS
Subscribed and Sworn to before me
this ____ day of January, 2013

*[Signature]*
Andrew Yonki, Notary Public, D.C.
My commission expires September 14, 2014

[Notary Seal]