AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Secretary of State, Debra Bowen
was received by me on *(date)* 01/04/2013.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lowell Finley, Chief Counsel, who is designated by law to accept service of process on behalf of *(name of organization)* Secretary of State Counsel on *(date)* 01/07/2013 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 01/08/2013

*Server's signature*

Pamela Barnett
*Printed name and title*

2230 SunsetBlvd., Ste. 340-160, Rocklin, CA, 95765
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Governor of California, Jerrry Brown
was received by me on *(date)* 01/04/2013

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* John Kim, who is designated by law to accept service of process on behalf of *(name of organization)* Governor Jerry Brown on *(date)* 1/7/2013 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 01/08/2013

*Server's signature*

Pamela Barnett
*Printed name and title*

2230 SunsetBlvd., Ste. 340-160, Rocklin, CA, 95765
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorneys Office (Sacramento, CA)
was received by me on *(date)* 01/04/2013.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Janet Bain , who is designated by law to accept service of process on behalf of *(name of organization)* Legal Assistant on *(date)* 01/07/2013 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 01/08/2013

*Server's signature*

Pamela Barnett
*Printed name and title*

2230 SunsetBlvd., Ste. 340-160, Rocklin, CA, 95765
*Server's address*

Additional information regarding attempted service, etc: