# EXHIBIT 1

Gᴍ il                                                        Orly Taitz< orly.taitz@gmail.com>

**Re: URGENT**
2 messages

**Ascoli Don**< dascoli1@gmail.com>                              Thu, Jan 10, 2013 at 5:08 AM
To: Orly Taitz <orly.taitz@gmail.com>, jrgrinols@aol.com, bronzehour@aol.com

Hello Orly,

Attached is my signed copy of the Demand for Verification. I have sent a copy of this to the other two electors who spoke out regarding the questions of fraud in Obama's paper history. I hope you are able to pass this on to any judge who is honest and decent and wants to know the truth. I will follow you on your web site as this case progresses.

Best regards,

Don M. Ascoli
Elector
State of Arizona

## URGENT DEMAND FOR VERIFICATION

On 12.12.2012 a legal action *Grinols, Odden, Judd, Noonen and MacLaren v Electoral College, President of the Senate, Congress, Barack Hussein Obama, aka Barack (Barry ) Soetoro, aka Barack Barry Soebarkah, Governor of California and Secretary of State of California* was filed by several Presidential electors and minor presidential candidates. The case number is 12-cv-02997 Presiding Judge Morrison C. England Eastern District of California. U.S. Attorney Benjamin Wagner and Deputy U.S. Attorney Edward Olsen made an appearance as attorneys representing U.S. Congress, President of the Senate, Electoral College and Barack Obama. A motion for a TRO (temporary restraining order ) was filed by the plaintiffs to  enjoin the certification of the electoral votes for Obama and enjoin taking of the oath of office by Obama pending adjudication on the merits of his legitimacy for the U.S. Presidency in light of the fact that he is using a Connecticut Social Security number 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, which was never signed to him according to E-Verify and SSNVS, due to the fact that in his mother's passport he is listed under a different last name, Soebarkah, due to the fact that multiple experts and members of law enforcement found his Selective Service application and long form and short form birth certificates to be computer generated forgeries and a number of other reasons. U.S. attorneys Wagner and Olsen filed an opposition to the TRO. Their opposition means that each and every US congressman, U.S. Senator, each and every Elector; all 435 US representatives, all 100 Senators, all 538 Presidential Electors oppose adjudication on the merits of above issues and do not want to get answers to the questions essential to the U.S. National security prior to the inauguration. It came to the attention of the plaintiffs that a number of Defendants actually shared the concerns of the plaintiffs and did not know that the US attorneys represented them and opposed the motion for TRO. You are requested to fill out the questioner below and clarify whether you were aware of the facts and evidence provided with the complaint and that you authorized Wagner and Olsen to oppose the TRO.

| Questions | Initial yes | Initial no |
|---|---|---|
| 1. I was notified that U.S. Attorney Benjamin Wagner and Deputy Attorney General Edward Olsen(hereinafter Wagner and Olsen)  are representing me in *Grinols et al v Electoral College et al* 12-cv-02997 Eastern District of California, presiding Chief Judge Morrison C. England<br><br>(Attorney for Plaintiffs Orly Taitz, 29839 Santa Margarita, ste 100, Rancho Santa Margarita, Ca 92688 phone 949-683-5411, fax 949-766-7603 orly.taitz@gmail.com ) | | *[initialed]* |
| 2. I authorized Wagner and Olsen to file an opposition to TRO,  opposing a stay of certification and a stay of taking the oath of office by Obama pending adjudication on the merits of the evidence of forgery in the Selective Service Certificate, long form birth certificate and short form birth certificate of Barack Hussein Obama, aka Barack (Barry) Soetoro aka Barack (Barry) obama Soebarkah and evidence of fraudulent use by him  of Connecticut Social Security number 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 by Barack Hussein Obama | | *[initialed]* |

1

3. Wagner and Olsen forwarded to me a sworn affidavit of the retired Chief Investigator of the Special Investigations Unit of the U.S. Coast Guard and former special agent for the Department of Homeland Security Jeffrey Stephan Coffman, where Coffman states under the penalty of perjury that the alleged application for Selective Service by Barack Obama is an altered document

4. I was given by Wagner and Olsen the TRO motion, where it is explained that  a male who did not register with the Selective Service and who does not have a valid registration for the Selective Service (not an altered or forged one, but a valid one) is disqualified from holding any position within the Executive branch of the United States government pursuant to 5 USC § 3328.

5. I am aware that as part of their  complaint plaintiffs provided 2009 tax returns for Barack Obama, which show him using a Connecticut Social Security number 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, even though Obama was never a resident of Connecticut and according to E-verify and SSNVS  this number was never assigned to Obama

6. I have read sworn affidavits of Sheriff of Maricopa County Joseph Arpaio, Investigator Mike Zullo, Retired Senior Deportation officer John Sampson, licensed Investigator Susan Daniels attesting to evidence of forgery in Obama's birth certificate,  Selective Service Certificate and Social Security card

7. I viewed the video tape of the press conference by Maricopa County, AZ Sheriff Arpaio and Investigator  Zullo, as well as sworn witness testimony of witnesses Susan Daniels, Linda Jordan, Douglas Vogt, Felicito Papa attesting to evidence of fraud and forgery  in Obama's IDs

8. I read the passport records of deceased Stanley Ann Dunham, the mother of Barack Obama, obtained under Freedom of Information Act, included with the complaint, showing Obama listed under the last name Soebarkah in his mother's passport records. I understand that one has to be sworn in under a correct legal name.

9. I read the sworn affidavit of the assistant clerk of the office of the Registrar of Hawaii Timothy Adams stating that it was a common knowledge in the office of the Registrar of Hawaii that there is no birth certificate for Obama in any hospital in Hawaii

10. I reviewed the biography of Barack Obama submitted by Barack Obama to his publisher Acton-Dystel in 1991 and kept on the official web site of Acton Dystel, where Obama stated that he was born in Kenya and raised in Indonesia. I understand that this biography was removed from the official web site of the publisher in 2007 when Obama decided to run for the U.S. President and needed to be a "natural born" U.S. Citizen

| | | |
|---|---|---|
| 11. I understand that Obama's alleged selective service certificate contains a two digit year stamp "80", while for over a hundred years all U.S. stamps have a four digit year, such as ""1980" | *Omo* | |
| 12. I understand that Obama's alleged copy of his long form birth certificate contains letters of different shapes and different sizes, which is impossible when the documents is created with a type writer. | *Omo* | |
| 13. I understand that not one single judge or jury or forensic document expert was allowed to see the original birth certificate for Obama, the original application for the Selective Service and the original application for the Connecticut Social Security number used by Barack Obama | *Romo* | |
| 14. I understand that in his School registration in Indonesia in 1967 Barack Obama is listed as a citizen of Indonesia. I understand that there is no record of him changing his citizenship after returning to the U.S. from Indonesia and relinquishing his Indonesian citizenship. I understand that even if Obama/Soetoro/Soebarkah were to change his citizenship upon his return from Indonesia, he would be naturalized and not natural born citizen as required for the position of the U.S. President according to article 2, section 1 of the U.S. Constitution | *Oma* | |
| 15. I understand that in his school registration in Indonesia Barack Obama is listed under the last name of his step father Soetoro. I understand that there is no record of Obama ever changing his name from Soetoro to Obama | *Omo* | |
| 16. With full knowledge of above facts I authorized Wagner and Olsen to file an opposition to TRO, opposing a temporary stay of certification and a stay of taking the oath of office of the U.S. President by Barack Hussein Obama, aka Barack(Barry) Soetoro, aka Barack (Barry ) Obama Soebarkah pending adjudication on the merits of the evidence of forgery in his Selective Service Certificate, his long form birth certificate and short form birth certificate, evidence of fraudulent use of Connecticut Social Security number 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 by Barack Hussein Obama and other related issues | *Omo* | |

Signed:

US Representative/state

_____

US Senator/state

_____

Presidential elector/state

PRESIDENTIAL ELECTOR - STATE OF ARIZONA

_____

3

President of the Senate Joseph Biden

Dated   JANUARY 9, 2013

Please, forward the signed form to the Attorney for the Plaintiffs

Orly Taitz 29839 Santa Margarita, ste 100, Rancho Santa Margarita, Ca 92688 phone 949-683-5411, fax 949-766-7603 orly.taitz@gmail.com at your earliest convenience. Due to the great importance to the National security answers are requested to be sent immediately by fax or e-mail and followed up by sending a certified copy by mail

4

**EXHIBIT 2**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mike Rogers Companies
1000 West St Joseph
Suite 300
Lansing Michigan
48915

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  _Stunt Pigler_   ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  1-4-13

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

   7008 1830 0004 6886 4696

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**EXHIBIT 3**

JOHN McCAIN
ARIZONA

COMMITTEE ON ARMED SERVICES
COMMITTEE ON HEALTH,
EDUCATION, LABOR, AND PENSIONS
COMMITTEE ON HOMELAND SECURITY
AND GOVERNMENTAL AFFAIRS
COMMITTEE ON INDIAN AFFAIRS

## United States Senate

241 RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510–0303
(202) 224–2235

2201 EAST CAMELBACK ROAD
SUITE 115
PHOENIX, AZ 85016
(602) 952–2410

122 NORTH CORTEZ STREET
SUITE 108
PRESCOTT, AZ 86301
(928) 445–0833

407 WEST CONGRESS STREET
SUITE 103
TUCSON, AZ 85701
(520) 670–6334

TELEPHONE FOR HEARING IMPAIRED
(602) 952–0170

January 3, 2013

Dr. Orly Taitz, Esq.
29839 Santa Margarita Pkwy, Ste 100
Rancho Santa Margarita, CA 92688

Dear Orly:

I want to take this opportunity to thank you for your information.

Unfortunately, your situation appears to involve litigation or may require litigation under the judicial system.  Members of Congress are precluded from inquiring into matters pending before the courts by provisions of the Constitution that mandate a separation of powers between the Judicial, Executive, and Legislative branches.  I feel that my involvement in your present situation may be viewed as an interference in the judicial process.

Orly, I am sorry that I cannot be of assistance at this time and your correspondence is being returned to you.

Sincerely,

John McCain
United States Senator

JM/xmk

# EXHIBIT 4

**Julia Short**

*Marion Superior Court 14, Civil Division*

200 East Washington
Indianapolis, Indiana  46204
Phone 317-327-0437
jshort@indy.gov

# INVOICE

INVOICE #120
DATE: NOVEMBER 26, 2012

**TO: ORLY TAITZ**                    **FOR:  10.22.2012 HEARING**

| DESCRIPTION | AMOUNT |
|---|---|
| Audio recording of Hearing on October 22, 2012<br>49D14-1203-MI-12046<br>ORLY TAITZ et al v ELECTIONS COMMITTEE et al<br><br>CD Recording of proceedings ON 10.22.12 | $25.00 |
| *Paid 10/23/12 picked up cash* | |
| TOTAL | $25.00 |

If you have any questions concerning this invoice, contact 317-327-0437

**Thank you for your business!**