UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GRINOLS, et al., | No.  12-cv-02997-MCE-DAD |
| Plaintiffs, | **ORDER** |
| v. | |
| ELECTORAL COLLEGE et al., | |
| Defendants. | |

On December 27, 2012, Defendants filed an Ex Parte Motion to Extend the Time for Responding to Plaintiffs' Subpoenas.  (ECF No. 27)  Prior to the January 3, 2013 hearing, Plaintiffs filed several subpoenas.  (ECF Nos. 15-24)  Plaintiffs filed their subpoenas on Christmas Eve, Christmas Day and the day after Christmas.  Id.  In all but one subpoena, Plaintiffs requested documents within a week.  Id.  A-one week response time would be unreasonable at any time during the year, but such a quick turnaround is especially unreasonable during the final weeks of the calendar year.  Fed. R. Civ. P. 45.

///
///
///
///

1  Accordingly, Defendants' motion is GRANTED and Plaintiffs are ordered to modify
2  their subpoenas in compliance with Fed. R. Civ. P. 45, allowing Defendants a
3  reasonable amount of time to comply.
4  IT IS SO ORDERED.

Dated:  January 17, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT