1 | KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
2 | DOUGLAS J. WOODS, State Bar No. 161531
Senior Assistant Attorney General
3 | GEORGE WATERS, State Bar No. 88295
Deputy Attorney General
4 |  1300 I Street, Suite 125
 P.O. Box 944255
5 |  Sacramento, CA 94244-2550
 Telephone: (916) 323-8050
6 |  Fax: (916) 324-8835
 E-mail: George.Waters@doj.ca.gov
7 | *Attorneys for Defendants Edmund G. Brown Jr.,*
*Governor of California, and Debra Bowen,*
8 | *Secretary of State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES GRINOLS, et al.,** | 12-CV-02997 |
| Plaintiff, | **DECLARATION OF JOHN KIM IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| **ELECTORAL COLLEGE, et al.,** | Date: March 7, 2013<br>Time: 2:00 p.m.<br>Courtroom: 7, 14th Floor<br>Judge: The Honorable Morrison C. England, Jr. |
| Defendant. | |
| | Trial Date:<br>Action Filed: December 13, 2012 |

I, John Kim, declare:

1.  I am an Executive Legal Assistant in the Office of Governor Edmund G. Brown Jr. I caused California's Certificate of Ascertainment and California's Certificate of Vote to be sent to the President of the United States Senate by UPS on December 18, 2012.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 28, 2013

John Kim

SA2012109089 11032474.doc

1

| | |
|---|---|
| 1 | KAMALA D. HARRIS, State Bar No. 146672<br>Attorney General of California |
| 2 | DOUGLAS J. WOODS, State Bar No. 161531<br>Senior Assistant Attorney General |
| 3 | GEORGE WATERS, State Bar No. 88295<br>Deputy Attorney General |
| 4 | 1300 I Street, Suite 125<br>P.O. Box 944255 |
| 5 | Sacramento, CA 94244-2550<br>Telephone: (916) 323-8050 |
| 6 | Fax: (916) 324-8835<br>E-mail: George.Waters@doj.ca.gov |
| 7 | *Attorneys for Defendants Edmund G. Brown Jr., Governor of California, and Debra Bowen,* |
| 8 | *Secretary of State of California* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GRINOLS, et al.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ELECTORAL COLLEGE, et al.,<br><br>　　　　　　　　　　　Defendant. | 12-CV-02997<br><br>**DECLARATION OF JOHN KIM IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS**<br><br>Date:　　　March 7, 2013<br>Time:　　　2:00 p.m.<br>Courtroom:　7, 14th Floor<br>Judge:　　　The Honorable Morrison C. England, Jr.<br>Trial Date:<br>Action Filed: December 13, 2012 |

I, John Kim, declare:

1. I am an Executive Legal Assistant in the Office of Governor Edmund G. Brown Jr. I caused California's Certificate of Ascertainment and California's Certificate of Vote to be sent to the President of the United States Senate by UPS on December 18, 2012.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 28, 2013

　　　　　　　　　　　　　　　　　　　　　　　　／s／ John Kim
　　　　　　　　　　　　　　　　　　　　　　　　John Kim

SA2012109089 11032474.doc

1

Declaration of John Kim in Support of State Defendants' Motion to Dismiss (12-CV-02997)

# CERTIFICATE OF SERVICE

| Case Name: | **Grinols, et al. v. Electoral College, et al.** | No. | **12-CV-02997** |
|---|---|---|---|

I hereby certify that on <u>January 28, 2013</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

***DECLARATION OF JOHN KIM IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS***

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>January 28, 2013</u>, at Sacramento, California.

| L. Sandoval | */s/ L. Sandoval* |
|---|---|
| Declarant | Signature |

11033804.doc