1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  DOUGLAS J. WOODS, State Bar No. 161531
   Senior Assistant Attorney General
3  GEORGE WATERS, State Bar No. 88295
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 323-8050
6   Fax: (916) 324-8835
    E-mail: George.Waters@doj.ca.gov
7  *Attorneys for Defendants Edmund G. Brown Jr.,*
   *Governor of California, and Debra Bowen,*
8  *Secretary of State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES GRINOLS, et al.,**<br><br>                               Plaintiff,<br><br>v.<br><br>**ELECTORAL COLLEGE, et al.,**<br><br>                              Defendant. | 12-CV-02997<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS**<br><br>Date:         March 7, 2013<br>Time:         2:00 p.m.<br>Courtroom: 7, 14th Floor<br>Judge:        The Honorable Morrison C. England, Jr.<br>Trial Date:<br>Action Filed: December 13, 2012 |

Pursuant to Federal Rule of Evidence 201, Defendant Debra Bowen, California Secretary of State, respectfully requests that the Court take judicial notice of the following documents attached to the accompanying Declaration of George Waters:

Exhibit A: Executive Department, State of California, *Certificate of Ascertainment for Electors of President and Vice President of the United States of America 2012*, December 15, 2012. This document is posted on the Archivist of the United States' website at http://www.archives.gov/federal-register/electoral-college/2012/certificates-of-ascertainment.html.

1

<u>Exhibit B</u>: Executive Department, State of California, *Certificate of Vote for President and Vice President of the United States of America 2012*, December 17, 2012.  This document is posted on the Archivist of the United States' website at http://www.archives.gov/federal-register/electoral-college/2012/certificates-of-vote.html.

<u>Exhibit C</u>: 159 Congressional Record H49-H50 (January 4, 2013).  This document is available online at 2013 WL 53291.

<u>Exhibit D</u>: California Secretary of State Debra Bowen, *Statement of Vote, November 6, 2012, General Election* (excerpts).  This document is posted on the Secretary of State's website at http://www.sos.ca.gov/elections/sov/2012-general/sov-complete.pdf.

Federal Rule of Evidence 201 provides that "[a] judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).  "A court shall take judicial notice if requested by a party and supplied with the necessary information."  Fed. R. Evid. 201(d).  *See also Gilbrook v. City of Westminster*, 177 F.3d 839, 858 (9th Cir. 1999) ("A trial court may presume that public records are authentic and trustworthy"); *Crawford v. Marion County Election Bd.*, 553 U.S. 181, 199 n.18 (2008) (taking judicial notice of information on government website).

The exhibits described above are authentic public documents.  Accordingly, defendant respectfully requests that the Court take judicial notice of these documents.

Dated:  January 28, 2013                    Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DOUGLAS J. WOODS
Senior Assistant Attorney General

*/s/ George Waters*
GEORGE WATERS
Deputy Attorney General
*Attorneys for Defendants Edmund G. Brown Jr., Governor of California, and Debra Bowen, Secretary of State of California*

SA2012109089 11032782.doc

2

**DECLARATION OF GEORGE WATERS**

I, George Waters, declare:

1. I am one of the attorneys for defendants Governor of California and Secretary of State of California in this action.

2. Attached to this declaration as Exhibit A is a true and correct copy of Executive Department, State of California, *Certificate of Ascertainment for Electors of President and Vice President of the United States of America 2012*, December 15, 2012.  This document is posted on the Archivist of the United States' website at http://www.archives.gov/federal-register/electoral-college/2012/certificates-of-ascertainment.html.

3. Attached to this declaration as Exhibit B is a true and correct copy of Executive Department, State of California, *Certificate of Vote for President and Vice President of the United States of America 2012*, December 17, 2012.  This document is posted on the Archivist of the United States' website at http://www.archives.gov/federal-register/electoral-college/2012/certificates-of-vote.html.

4. Attached to this declaration as Exhibit C is a true and correct copy of 159 Congressional Record H49-H50 (January 4, 2013).  This document is available online at 2013 WL 53291.

5. Attached to this document as Exhibit D is a true and correct copy of California Secretary of State Debra Bowen, *Statement of Vote, November 6, 2012, General Election* (excerpts).  This document is posted on the Secretary of State's website at http://www.sos.ca.gov/elections/sov/2012-general/sov-complete.pdf.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 28, 2013                     _/s/ George Waters_
                                                                     George Waters