AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 12-cv-02997

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Barack Hussein Obama
was received by me on *(date)* 01-26-2013

☐ I served the subpoena by delivering a copy to the named person as follows: by certified mail US. Attorney 501 I street suite 10-100 Sacramento, CA 95814 on *(date)* 01-26-2013; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ 0 for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 01-26-2013

*Server's signature*

LILIYA DUBERT
*Printed name and title*

29839 Santa Margarita
Rancho Santa Margarita
CA 92688
*Server's address*

Additional information regarding attempted service, etc:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 12-cv-02997

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Barack Hussein Obama
was received by me on *(date)* 01.26 2013

☒ I served the subpoena by delivering a copy to the named person as follows: US Attorney
by certified mail 555 4th Street NW
Washington, DC 2053  on *(date)* 01.26.2013 or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ 0 for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/26. 2013

Server's signature

LILIA DUBERT
Printed name and title

29839. S. Margarita Pwy
Rancho Santa Margarita
CA 92688

Server's address

Additional information regarding attempted service, etc:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   12-cv-02997

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

This subpoena for *(name of individual and title, if any)* Barack Hussein Obama
was received by me on *(date)* 01.26 2013

☒ I served the subpoena by delivering a copy to the named person as follows: 1600 Pennsylvania Ave
by certified mail   NW Washington DC 20500
on *(date)* 01.26.2013 or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ 0 for travel and $ ____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 01/26. 2013

_____
Server's signature

LILA DUBERT
Printed name and title

29839 Rd. South Margaret
Server's address
P-by. Rancho Santa
Margarita, Ca 92688

Additional information regarding attempted service, etc: