Dr. Orly Taitz ESQ

29839 Santa Margarita, ste 100

Rancho Santa Margarita, Ca 92688

949-683-5411 fax 949-766-7603

Orly.taitz@gmail.com

### IN THE US DISTRICT COURT  FOR THE EASTERN DISTRICT OF CALIFORNIA

Grinols  et al                          ) Case # 12-cv-2997

V                                       ) Honorable Morrison C. England

Electoral College et al          ) Chief Judge Presiding

NOTICE OF DEFAULT OF DEFENDANT BARACK HUSSEIN OBAMA, AKA BARACK

**(BARRY) SOETORO, AKA BARACK (BARRY) OBAMA SOEBARKAH**

**REQUEST  FOR AN EXPEDITED DEFAULT JUDGMENT AND A PROPOSED DEFAULT**

**JUDGMENT**

Case at hand was file on 12.12.2012. Defendant BARACK HUSSEIN OBAMA, AKA

BARACK (BARRY) SOETORO, AKA BARACK (BARRY) OBAMA SOEBARKAH was sued

in his capacity as a candidate for the U.S. President. Defendant was served by

Same Day professional service processer on 01. 04.2013. Defendant was under an

obligation to file an answer or a responsive pleading within 21 days on

01.25.2013. Defendant  failed to file an answer or a responsive pleading and is

currently in DEFAULT.

Plaintiffs are hereby respectfully requesting a default judgment against the

defendant, post judgment discovery, costs and attorney fees. Additionally,

Plaintiffs are seeking an EXPEDITED DEFAULT JUDGMENT for the following reason:

Commissioner of Social Security, Bush appointee is Michael Astrue. He announced

that he is leaving office in February, within days.  According to evidence provided

to this court, Obama made his tax returns public, which show him using a CT SSN

xxx-xx-4425, which was never assigned to him according to E-Verify and SSNVS.

Affidavits of investigators Sankey and Daniels already submitted to this court with

the complaint, show aforementioned SSN to be linked in a number of databases

to a date of birth 1890.

Recently investigator Albert Hendershot found in the database of http://www.acxiom.com/identity-solutions/acxiom-identity-batch-solutions/ the name of the individual whose Social Security Obama is using. Acxciom-batch-solutions showed (Exhibit 1) that Harry J Bounel with the same Social Security number xxx-xx-4425 at 5046 S Greenwood Ave in Chicago, home address of Barack Obama, Database shows Bounel with the same address and Social Security number as Barack Obama himself. According to the databases last changes to the information on Harrison(Harry) J Bounel were made in and around November 2009 by Michelle Obama, who is listed as Bounel's relative. Database changes can involve entering the information or deletion of information. It appears that changes made by relative Michelle Obama included deletion of information, which was done at a time when Taitz brought to Federal court in the Central District of California before Judge David O. Carter a case of election challenge by her client, former U.S. ambassador Dr. Alan Keyes and 40 state Representatives and high ranked members of the U.S. military.

Recently obtained results of the 1940 census, Exhibit 2, provided the last missing link, link between Harry J. Bounel and the date of birth of 1890. Exhibit 2 shows the printout of the U.S. census, showing Harry J Bounel, immigrant from Russia, residing at 915 Daly Ave, Bronx, NY, age 50 during the 1940 census, meaning he was born in 1890, as shown in the affidavit of Investigators Daniels and Sankey.

There is a pattern of Obstruction of Justice and tampering with the official records and falsification/forgery of the official records related to Obama. This happens in particular when Bush employees leave their positions and are replaced by Obama appointees.

In March of 2009 one of the clients of Taitz, Major General Carol Childers arranged for her to meet with the Director of the Selective Service William Chatfield. After Taitz provided Chatfield with evidence of forgery of Obama's alleged Selective Service certificate, Childers resigned and was replaced by Obama appointee Lawrence Romo. Later, when Sheriff of Maricopa county, AZ Joseph Arpaio demanded from Romo the original paper registration by Obama, Romo responded that it was destroyed.

Similarly, when the former intelligence officer Pamela Barnett sought passport records of Stanley Ann Dunham, Obama's mother, she was given only some of the records and was told that the 1965 passport for Dunham was destroyed.

When investigator Sandler provided Taitz and reporter Corsi with a batch number for the immigration/travel records for Obama for August 1-7 1961, those records disappeared from the National Archives, even though the records  for the other 51 weeks for 1961 could be found with no problem. After an article was written about missing records, there was a falsification of records and another investigator,

Montgomery Blair Sidley found a record, where original date of August 7, 1961 was visibly erased and August 1, 1961 was written over it (Exhibit 3).

Based on the pattern of the original vital records, which are essential in removing Obama from office and criminally prosecuting him, rapidly disappearing, there is a high probability that the SSA application SS-5 for the Social Security number for Harry J. Bounel will be either destroyed or falsified the moment Bush appointee Commissioner of Social Security Astrue leaves in February and is replaced by the Obama appointee. Due to high probability of essential evidence being destroyed or altered Plaintiffs are asking this court to issue and expedited Default Judgment against the Defendant Obama, aka Soetoro, aka Soebarkah and order expedited post judgment discovery, which should include the production of the original SS-5 for the Connecticut SSN xxx-xx-4425.

Respectfully submitted

/s/ Dr. Orly Taitz ESQ

Attorney for Plaintiffs

CC.

**UN Nations committee for civil rights defenders**

**OHCHR in New York**
**UN Headquarters**

New York, NY 10017
USA


Inter-American Commission for Human rights
1889 F St., NW,
Washington, D.C., USA 20006


Darrel Issa
Chairman of the House oversight committee
2157 RAYBURN HOUSE OFFICE BUILDING,
WASHINGTON, DC 20515


Congressman Bob Goodlatt ,
Chairman of the Judiciary Committee
 House of Representative
2409 2157 RAYBURN HOUSE OFFICE BUILDING,
WASHINGTON, DC 20515

**PROPOSED ORDER**

Case at hand was file on 12.12.2012. Defendant BARACK HUSSEIN OBAMA, AKA BARACK (BARRY) SOETORO, AKA BARACK (BARRY) OBAMA SOEBARKAH was sued in his capacity as a candidate for the U.S. President. Defendant was served by SameDay professional service processer on 01. 04.2013. Defendant was under an obligation to file an answer or a responsive pleading within 21 days on 01.25.2013. Defendant  failed to file an answer or a responsive pleading and is currently in DEFAULT.

Complaint  and 100 exhibits provided by the Plaintiffs provided the following evidence, which was not refuted by the Defendant:

1.  Defendant Obama never lawfully registered with the Selective Service and the selective service registration represents a computer generated forgery and as such defendant is not eligible to work in any position in the executive branch of the U.S. Government, which of course includes the Chief Executive- The U.S. President and the Commander in Chief of the U.S. military. (Sworn  Affidavit of Jeffrey Stephan Coffman, the Chief Investigator of the Special investigations Unit of the U.S. Coast Guard (ret)

and former special agent of the U.S. Department of the Homeland Security). As such Obama fraudulently submitted his candidacy for the U.S. President, while knowing all along that he is not eligible for any position in the Executive Branch.

2. Defendant fraudulently ran for the position of the U.S. President while using the last name Obama, while in his mother's passport records he is listed under the legal name Soebarkah. As such Barack Obama was unlawfully elected, confirmed by the U.S. Senate and sworn in by the Chief Justice John Roberts, as legal entity "Barack Obama" does not exist. Defendant failed to provide any proof of legal change of name from Soebarkah to Obama.

3. Plaintiffs provided this court with the copy of the School registration of the Defendant from the Assissi School in Jakarta, Indonesia, where his citizenship is listed as Indonesian. Defendant failed to provide any evidence of Change of Citizenship from Indonesian to American. Even if he were to legally relinquish his Indonesian citizenship to American upon his arrival from Indonesia in 1971, he would be a Naturalized Citizen and not Natural born as required by the Article 2, Section 1, Clause 5 of the U.S. Constitution.

4. OCON, official certification of Candidate signed by the Chairman of the Democratic Party of Hawaii Brian Schatz(recently appointed to the U.S. Senator from HI) and the secretary of the Democratic Party of Hawaii Lynn Matusow was a flagrantly falsified document, as required wording "eligible according to provisions of the U.S. Constitution" was removed from the Certification, whereby there was never a valid certification of the candidate, which showed an intent to defraud and fraud on the part of the Defendant and aforementioned executives of the Democratic Party of Hawaii.

5. Defendant   himself posted his tax returns on the public web site WhiteHouse.gov, one of the most travelled web sites in the world and did not flattened the PDF file, therefore full, unredacted Connecticut Social Security xxx-xx-4425, which he used in conjunction to his 2009 Tax Returns became available to millions of the U.S. citizens and citizens around the world. This Social Secuirty failed both E-Verify and SSNVS (Social Security Number Verification Systems), two systems of verification of the Social Security number, showing that the number that the Defendant is using in his tax returns was never issued to him. This represents Social Security Fraud, Identity fraud and Elections Fraud as defendant ran for the highest

office in the U.S. government without possessing  a valid Social security number, one of the two basic Identification papers used  in the United States of America

6. Plaintiffs provided sworn affidavits of Sheriff Joseph Arpaio, Investigator Mike Zullo, Typesetting expert Paul Irey, Adobe-Illustrator/Computer Graphics expert Felicito Papa, scanning machines expert Douglas Vogt and others, which show that the alleged copy of Barack Obama's alleged long form birth certificate represents a computer generated forgery, while Department of Health of Hawaii refused to comply with any and all federal and state subpoenas and never provided to any judge or jury or expert an original birth certificate that they claim to possess. At this point there is no reason to believe that the original 1961 type written birth certificate ever existed, as there would not have been a reason to  create a flagrant forgery, if an original birth certificate ever existed.

7. Based on all of the above Default Judgment is GRANTED. This court is forwarding its findings to the Chairman of the Judiciary Commission of the U.S. Congress for determination whether the Articles of impeachment against Defendant BARACK HUSSEIN OBAMA, AKA BARACK (BARRY) SOETORO, AKA BARACK (BARRY) OBAMA SOEBARKAH are justified.

8. Based on the unrefuted evidence by the Plaintiffs this court makes a finding and Declaratory ruling that Defendant BARACK HUSSEIN OBAMA, AKA BARACK (BARRY) SOETORO, AKA BARACK (BARRY) OBAMA SOEBARKAH was not eligible to the position of the U.S. President and Commander in Chief as he is a citizen of Indonesia, who ran for the U.S. Presidency based on fraud and misrepresentation and using either forged or fraudulently obtained identification papers.

9. Plaintiff are entitled to their costs, attorneys fees and post judgment discovery.

So       **ORDERED**       and       **ADJUDGED**       on       this

_____ of _____

Chief Judge U.S District Court of California Morrison C. England

I, Lila Dubert, am not a party to this case, I am over 18 years old, I attest that the attached Notice of Default, Request for Default Judgment and proposed ordered were served on all parties in this case on 01.30.2013 by ECF and/or First class mail

/s/ Lila Dubert

Distribution List for Proof of Service

**Defendant**

**Governor of California**                    represented by **George Michael Waters**
                                                               Department Of Justice, Office Of The
                                                               Attorney General
                                                               1300 I Street
                                                               Sacramento, CA 95814
                                                               916-323-8050
                                                               Fax: 916-324-8835
                                                               Email: george.waters@doj.ca.gov
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Secretary of State of California**          represented by **George Michael Waters**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. Congress**                             represented by **Edward A Olsen , GOVT**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Barack Hussein Obama**                      represented by **Edward A Olsen , GOVT**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

# EXHIBIT 1

USCA Case #11-5304      Document #1417882       Filed: 01/29/2013      Page 30 of 118

**People Search Results (2)**                                    Searched  SSN: 042-68-XXXX

Records  1 to 2 of 2

Personal Information

**BOUNEL HARRISONJ**                    5046 S GREENWOOD AVE            11/2009
Aliases: HARRISONJ                      CHICAGO, IL 60615
BOUNEL
Gender: U
SSN: 042-68-XXXX
⊕ CSCORE
✕✕ RELATIVES

**BARBACK H OBAMA**                     227 6TH ST NE                   02/2006 -
Aliases: BARACH H                       WASHINGTON, DC 20002            12/2006
OBAMA, BARACK H
OBAMA, BARACK                           5046 S GREENWOOD AVE            11/2006
OBAMA, BARBACK                          CHICAGO, IL 60615
OBAMA, OBAMA BARACK
DOB: 08/1961                            300 MASSACHUSETTS AVE NW        09/2006
Gender: M                               WASHINGTON, DC 20001
SSN: 042-68-XXXX
⊕ CSCORE                                5450 S EAST VIEW PARK           09/2006
✕✕ RELATIVES                            Apt. 1
                                        CHICAGO, IL 60615

Cell Phone(s) Available $               7436 S EUCLID AVE               10/1997
                                        CHICAGO, IL 60649

                                        365 BROADWAY                    Not Available
                                        Apt  B1
                                        SOMERVILLE, MA 02145

# EXHIBIT 2

USCA Case #11-5304    Document #1417882    Filed: 01/29/2013    Page 47 of 118

DEPARTMENT OF COMMERCE—BUREAU OF THE CENSUS

SIXTEENTH CENSUS OF THE UNITED STATES: 1940

POPULATION SCHEDULE

State New York
County The Bronx

Incorporated place New York City   Ward of city 7AD

Enumerated by me on April 16, 1940.

SUPPLEMENTARY QUESTIONS

# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MONTGOMERY BLAIR SIBLEY,

                PLAINTIFF,

VS.

YVETTE ALEXANDER, DON R. DINAN AND
WILLIAM LIGHTFOOT,

            DEFENDANTS.

_____/

CASE NO.:12-CV-1984

PLAINTIFF'S EMERGENCY SECOND
MOTION FOR ORDER TO RELEASE
PRIVACY ACT-PROTECTED RECORDS AND
EXPEDITED CONSIDERATION BASED UPON
*PRIMA FACIE* EVIDENCE OF DESTRUCTION
OF EVIDENCE RELATED TO OBAMA'S
BIRTH

Plaintiff, Montgomery Blair Sibley ("Sibley"), pursuant to 5 U.S.C. §552a(b)(11), moves this

Court for an Expedited Order directing the National Archives Record Administration ("NARA") to

produce and release the original I–9 arrival records described herein which relate to the nationality

of Barack Hussein Obama, II, and which NARA has claimed are documents protected by the Privacy

Act of 1974 codified at 5 U.S.C. §552a, and (ii) for expedited consideration of this Motion and for

grounds in support thereof states:

I.    BACKGROUND

    Sibley has served subpoenas duces tecum which seeks Mr. Obama's: (i) Social Security

number application, (ii) Selective Service number application, (iii) Passport application, (iv) Harvard

Law School and Columbia University admission applications and (v) the originals of the two (2)

Certificates of Live Births that he has publicly released. Attorneys have thrown up a number of

procedural objections to allowing those records to be released which issues are pending resolution

before this Court.

    However, one set of records subpoenaed that Mr. Obama's attorneys failed to block were

1

those kept by the National Archives Records Administration.  The records released pursuant to that

subpoena is troubling and raises legitimate concerns about Mr. Obama's past and thus his eligibility

to be President under Article II of the Constitution.

Pursuant to a subpoena duces tecum, NARA made available to Sibley the "Arrival Records"

for August 1 through August 10, 1961, of all passengers arriving in Honolulu, Hawaii.  Sibley sought

these records given the date of Obama's birth on his publicly-released Certificate of Live Birth of

August 4, 1961 in Hawaii to see if he and/or his Mother arrived during that time-frame.  If they did,

it would prove that Mr. Obama was not born in the United States and as such is not a U.S. Citizen.

The significance of this "arrival form" evidenced can be seen from the arrival record of a

three year old in Honolulu on August 8, 1961, a copy of which is attached hereto as Exhibit "A".

That arrival record indicates the citizenship of the child.

What NARA produced on December 13, 2012, were two microfilm spools of the arrival

records for July 28 through August 1, 1961 and August 8 through August 12, 1961.  Attached hereto

as Exhibit "B", is a photograph of the boxes those two microfilm spools are stored in which show

the dates the spools cover.   Even more significant, the date of "August 1" has been altered.  It

appears that "white-out" was applied and a new date was written over the original date of "August

7, 1961".  Proof of that alteration comes from a photograph of the same box taken six months before

on or about March 22, 2012 which reveals the date was originally "August 7, 1961".  Thus,

indisputably the box  has been tampered with – a criminal offense.

Moreover, the microfilm of the July 28 spool ends on August 1, 1961 without the notice of

"end of roll" that other microfilm spools evidence.  Simply stated, someone appears to have tampered

with the documents material to the question of the location of Obama's birth and altered NARA

2

records to conceal that alteration.  The records for August 2 through August 7, 1961 are <u>missing</u>.

Title 5 U.S.C. §552a(b) "Conditions of Disclosure" states: "No agency shall disclose any record which is contained in a system of records by any means of communication to any person, or to another agency, except pursuant to a written request by, or with the prior written consent of, the individual to whom the record pertains, unless disclosure of the record would be . . . (11) pursuant to the order of a court of competent jurisdiction."

Here, the "relevance" under Rule 26(b)(1) of the I-9 arrival records related to the birth of Barack Hussein Obama, II, are manifest as such records will reveal the "evidence of the U.S. nationality" of Barack Hussein Obama, II.  That "evidence" will address the seminal question of whether Barack Hussein Obama, II, is indeed a "natural born Citizen" eligible – under Article II, §1, clause 5 of the United States Constitution – to be President.   Upon such determination of ineligibility, the Defendants will be legally barred from casting their Twelfth Amendment votes for Barack Hussein Obama, II.

WHEREFORE, Plaintiff respectfully requests an order from this Court pursuant to 5 U.S.C. §552a(b)(11) directing the National Archives Record Administration to produce and release the original I–9 arrival records described herein.  Given the evidence of tampering, Plaintiff respectfully requests expedited resolution of this Motion.

### RULE 12.I(A) STATEMENT

The undersigned has consulted with Defendants' counsel who has indicated that he **does/does not** oppose the relief requested herein.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served by U.S. Postal Service first class mail this December 19, 2012, on Andrew J. Saindon, Assistant Attorney General, Equity Section, 441 Fourth Street, N.W., 6th Floor South, Washington, D.C. 20001, Telephone: (202) 724-6643, Facsimile: (202) 730-1470, E-mail: andy.saindon@dc.gov.

I declare under penalty of perjury that the foregoing is true and correct.

> **MONTGOMERY BLAIR SIBLEY**
> Plaintiff
> 4000 Massachusetts Ave., N.W., #1518
> Washington, D.C. 20016
> (202) 478-0371
>
> By: _____
>       Montgomery Blair Sibley

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MONTGOMERY BLAIR SIBLEY,

PLAINTIFF,

VS.

YVETTE ALEXANDER, DON R. DINAN AND
WILLIAM LIGHTFOOT,

DEFENDANTS.

_____/

CASE NO.:12-CV-1984

ORDER ON PLAINTIFF'S EMERGENCY
SECOND MOTION FOR ORDER TO RELEASE
PRIVACY ACT-PROTECTED RECORDS AND
EXPEDITED CONSIDERATION BASED UPON
PRIMA FACIE EVIDENCE OF DESTRUCTION
OF EVIDENCE RELATED TO OBAMA'S BIRTH

THIS MATTER came on to be heard on Order on Plaintiff's Emergency Second Motion for

Order to Release Privacy Act-Protected Records and Expedited Consideration Based Upon Prima

Facie Evidence of Destruction of Evidence Related to Obama's Birth and the Court being advised

in the premises, it is hereby:

ORDERED AND ADJUDGED that the motion is granted.  By the authority vested in this

Court by 5 U.S.C. §552a(b)(11), the National Archives Record Administration shall forthwith

produce and release the original I–9 arrival records to Montgomery Blair Sibley all records in its

possession relating to the arrival records in Honolulu, Hawaii for August 1 through August 10, 1961.

DONE AND ORDERED in Chambers this _____ day of _____, 2012.

By: _____
United States District Judge

Copies to:.

Montgomery Blair Sibley
Andrew J. Saindon



Exhibit "A"



RG 85, INS Honolulu, H.T.
August 8, 1961 – August 13, 1961
ARRIVALS
A 3573
185

RG 85, INS Honolulu H.T.
July 28, 1961 – August 1, 1961
ARRIVALS
A 3573
184

Exhibit "9"