Dr. Orly Taitz ESQ

29839 Santa Margarita, ste 100

Rancho Santa Margarita, Ca 92688

949-683-5411 fax 949-766-7603

Orly.taitz@gmail.com

### IN THE US DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Grinols et al | ) Case # 12-cv-2997 |
| V | ) Honorable Morrison C. England |
| Electoral College et al | ) Chief Judge Presiding |

**NOTICE OF CLARIFICATION REGARDING THE FACT THAT DEFENDANT BARACK OBAMA WAS SUED AS AN INDIVIDUAL, AS A CANDIDATE FOR OFFICE WHO COMMITTED FRAUD AND USED FORGED IDS AND A STOLEN SSN AS A PROOF OF IDENTITY AND PROOF OF LEGITIMACY FOR OFFICE**

This is to confirm that on 02.01.2013 at 3:20 pm Counsel for defendants Assistant U.S. Attorney Olsen called the Counsel for Plaintiffs Orly Taitz, whereby Mr. Olsen

_____
Lila Dubert
_____
Dated  02-01-2013