KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DOUGLAS J. WOODS, State Bar No. 161531
Senior Assistant Attorney General
GEORGE WATERS, State Bar No. 88295
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-8050
 Fax: (916) 324-8835
 E-mail: George.Waters@doj.ca.gov
*Attorneys for Defendants Edmund G. Brown Jr., Governor of California, and Debra Bowen, Secretary of State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES GRINOLS, et al.,** | 12-CV-02997 |
| Plaintiffs, | **STATE DEFENDANTS' OPPOSITION TO MOTION FOR RECONSIDERATION** |
| v. | Date: February 21, 2013 |
| **ELECTORAL COLLEGE, et al.,** | Time: 2 p.m. |
| | Courtroom: 7, 14th Floor |
| Defendants. | Judge: The Honorable Morrison C. England, Jr. |
| | Action Filed: December 13, 2012 |

**THERE IS NO BASIS TO RECONSIDER THE COURT'S ORDER DENYING PLAINTIFFS' TRO MOTION**

This opposition is filed on behalf of California Governor Edmund G. Brown Jr. and California Secretary of State Debra Bowen (the "state defendants").

Plaintiffs seek reconsideration of the Court's order denying their previous motion for a temporary restraining order. *See* Dkt. 52 (order), Dkt. 12 (TRO motion). In their TRO motion, plaintiffs sought to enjoin the state defendants from executing and transmitting to the appropriate federal officials California's Certificate of Ascertainment (a formal list of the Electoral College members chosen at the November 2012 general election) and California's Certificate of Vote (a

1

formal record of how the Electors cast their votes). The Court's order concluded that plaintiffs' claims are moot as to the state defendants:

> California officials completed the Certificate of Ascertainment for California's electors of President and Vice President chosen in the 2012 general election on December 15, 2012 and the Certificate of Vote for the same offices on December 17, 2012. (ECF No. 26.) These Certificates were sent to Congress in December 2012. Id. Plaintiffs, therefore, request that the Court stop an action that has already taken place. The Court cannot prevent California from doing what it has already done. Thus, Plaintiffs' request for relief with respect to California is moot.

Dkt. 52, p. 1 n.1.

Plaintiffs' reconsideration motion does not dispute the fact that this case is moot as to the state defendants. Plaintiffs' motion does not even mention the issue. Therefore, whatever the ostensible grounds may be for reconsideration as to other defendants, the motion must be denied as to the state defendants. *See* Local Rule 230(j)(3) (motion for reconsideration must show "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion").

The Court should note that the state defendants have noticed a motion to dismiss the complaint on the grounds that plaintiffs' claims are moot, as recognized by the Court in its ruling on the TRO motion, and also present a nonjusticiable political question. Dkt. 58 (to be heard March 7, 2013).

Dated: February 7, 2013                    Respectfully submitted,

                                               KAMALA D. HARRIS
                                               Attorney General of California
                                               DOUGLAS J. WOODS
                                               Senior Assistant Attorney General

                                               ***/s/ George Waters***

                                               GEORGE WATERS
                                               Deputy Attorney General
                                               *Attorneys for Defendants Edmund G. Brown Jr., Governor of California, and Debra Bowen, Secretary of State of California*

SA2012109089
11039420.doc

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Grinols, et al. v. Electoral College, et al.** | No. | **12-CV-02997** |

I hereby certify that on <u>February 7, 2013</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATE DEFENDANTS' OPPOSITION TO MOTION FOR RECONSIDERATION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>February 7, 2013</u>, at Sacramento, California.

| L. Sandoval | */s/  L. Sandoval* |
|---|---|
| Declarant | Signature |

11040284.doc