Orly Taitz ESQ

29839 Santa Margarita ste 100

Rancho Santa Margarita, CA 92688

Phone 949-683-5411 fax 949-766-7603

Orly.taitz@gmail.com

Counselor for the Plaintiffs

## US District Court

## For the Eastern District of California

 James Grinols, Robert Odden,  in their capacity  )Case #   12-cv-02997

as Presidential Electors                                          )Jury Trial Demanded

Edward C. Noonan, Thomas Gregory MacLeran, )

Keith Judd in their  capacity as                           )

candidates  for the U.S. President                      )

Orly Taitz in her capacity as candidate for office)

in the state of CA; Edward Noonan and Orly Taitz

in their capacity as registered voters in CA       )

and candidates for office in CA

v

 Governor of California, Secretary of State        )

of California, U.S. Congress ;  Electoral College;  )

 Barack (Barry) Soetoro,                                     )

| | |
|---|---|
| aka Barack Hussein Soebarkah, | ) |
| aka alias Barack Hussein Obama, | ) |
| aka alias Barack A. Obama, | ) |
| aka alias Harrison (Harry) J. Bounel | ) |
| aka alias S. A. Dunham | ) |
| in his capacity | ) |
| as an individual and candidate for | ) |
| the U.S. President | ) |
| and John Does and Jane Does 1-300 | |

## FIRST AMENDED COMPLAINT

Petitioners are seeking certification as class representatives and class action certification

## PARTIES

Edward Noonan, Hereinafter "Noonan", winner of the California American Independent Party Primary for the U.S. President. Edward Noonan's Certificate of nomination as the American Independent party candidate for the U.S. President is attached as exhibit 1 to the complaintComplaint. Noonan resides at 1213 11th Ave, Olivehurst, CA 95961.

Keith Judd, Hereinafter "Judd" -Democratic Party candidate for the U.S. President, a runner up in the Democratic party primary in West Virginia,

received 40% of the vote, more than any other Democratic party challenger to Obama, would be a Democratic party nominee, if it is found that Obama was not eligible due to elections fraud and use of forged IDs.

Thomas Gregory Macleran, {Hereinafter "Macleran") Candidate for the US President, registered with the FEC, would be affected if it is found by the court that Obama as not a legitimate candidate for the U.S. President due to elections fraud committed by him and due to his use of forged IDs.

James Grinols is a Republican party elector who was deprived of his right to participate in the electoral college 2012, due to the fact that Democratic party electors representing candidate Obama were seated based on fraud and use of forged IDs by Obama. Grinols is seeking a certification as a representative of a class of Republican party Electors and electors in general agreived by being deprived from participating in the Electoral college 2012 due to electoral votes obtained by fraud and forgery

Robert Odden is a Libertarian party elector, who was deprived of his right to participate in the electoral college 2012, due to the fact that Democratic party electors representing candidate Obama were seated based on fraud

and use of forged IDs by Obama. Grinols is seeking a certification as a representative of a class of Libertarian party Electors and electors in general.

Taitz is a registered California voter and a candidate for office in 2010 and 2012 elections. Taitz received 537,000 votes in California Republican primary for secretary of State and in 2010 and over 120,000 votes in CA Republican primary for the U.S. Senate in 2012. Taitz was aggrieved by over one and a half million invalid voter registrations in the state of California. Taitz business address is 29839 Santa Margarita PKWY, ste 100, Rancho Santa margarita, CA 92688.

Electoral College 2012- 2012 Electoral College is sued as a governmental agency that was elected as a result of 2012 general election and which convenes only once, on December 17, 2012. Member of the electoral college are sued based on actions arising from a common nucleus of operative fact and under Exxon Mobil v Alapatah services 545 U.S. 546 and under 28 USC 1367.

U.S. Congress is sued as a governmental agency in it's capacity and ministerial duty to vote and confirm the results of the electoral college election of the U.S. President.

Governor of California and Secretary of State of California are sued in their official ministerial duty as state officials certifying results of 2012

elections and presenting the certificate of ascertainment to the electoral college. Plaintiffs are seeking declaratory relief adjudicating that the certificate of Vote and Certificate of Ascertainment certifying the electoral votes for Candidate Obama were signed and prepared based on fraud committed by Candidate Obama and invalid.

Barack Hussein Obama- sued as a candidate for the U.S. President, who submitted his declaration of a Candidate for the U.S. President based on false/ fraudulent information and forged IDs.

## VENUE AND JURISDICTION

This court has Jurisdiction as the U.S. Federal agencies are defendants, and controversy involves federal question 28 U.S.C. §1331 (federal question)

Venue is proper as defendants Governor of California and Secretary of State of California are located in the Eastern District of California

**DECLARATORY RELIEF**

**Plaintiffs reiterated that Defendant Obama was sued in the original complaint in his capacity as a candidate for the U.S. President. As a candidate he was**

**sued as an individual and not as a federal employee and was obligated to respond within 21 days. Candidate Obama did not file an answer or any other responsive pleading to the complaint. On 01.30.2013 Plaintiffs filed**

| 01/30/2013 | 64 | NOTICE *Notice of DEFAULT of DEFENDANT Obama, request for an expedited DEFAULT Judgment and post judgment discovery* by All Plaintiffs. (Taitz, Orly) (Entered: 01/30/2013) |
|---|---|---|

**Default judgment was not issued yet.**

**Plaintiffs are reserving their right to Default Judgment against Defendant Obama in this case. If for any reason the court does not issue the Default Judgment against Defendant Obama, Plaintiffs are listing Defendant Obama as one of the Defendants in the First Amended complaint.**

**In the interest of Judicial economy and in order not to burden this court by filing the same voluminous exhibits Plaintiffs are incorporating by reference all of the exhibits filed with the original Complaint, as well as with subsequent pleadings and will refer to those exhibits in this complaint.**

I. Plaintiffs are seeking relief in declaring that an Individual and candidate for office Barack (Barry) Soetoro, aka Barack Hussein Soebarkah, aka alias Barack Hussein Obama, aka alias Barack A. Obama, aka alias Harrison (Harry) J. Bounel aka alias S. A. Dunham  violated of article 2, section 1, clause 5 of the U.S. Constitution by submitting a Declaration of the candidate to run in both 2008 and

2012 elections, claiming to be a candidate eligible according to the U.S. constitution, while in fact not being eligible and running under an alias, which is not his legal name and using as basis of his eligibility and natural born status forged/fraudulently obtained/ stolen IDs, including but not limited to a stolen Connecticut Social Security number xxx-xx-4425 issued to Harry (Harrison) J. Bounel, forged Selective Service Certificate, Forged Birth Certificate, by acting in concert with John Does and Jane Does and destroying evidence of his identity and providing election officials all over the nation with fraudulent and forged IDs.

1. According to the U.s. constitution article 2, Section1, clause 5 U.S. President has to be a Natural born U.S Citizen.

2. Candidates submit to the elections officials Declarations of a candidate declaring that they are natural born citizens.

3. Parties submit to the elections officials Certificates of Nomination declaring the Candidate to be eligible according to the provisions of the U.S. Constitution.

4. Candidate for the U.S. President Barack (Barry) Soetoro, aka Barack Hussein Soebarkah, aka alias Barack Hussein Obama, aka alias Barack A. Obama, aka alias Harrison (Harry) J. Bounel aka alias S. A. Dunham (Hereinafter "Obama") submitted his declaration of the Candidate based on information that was false/fraudulent, as he was never a natural born U.S. Citizen, there is no evidence

of him ever being a legal U.S. citizen as all of his primary identification papers represent crude computer generated forgeries.

5.Obama ran under a name, which is not his legal name and there is no evidence of a legal entity Barack Hussein Obama ever existing. As such, Plaintiffs are seeking a declaratory relief that Barack Hussein Obama cannot serve as a U.S. President as legal entity Barack Hussein Obama does not exist.

6. The only available verifiable Identification record of Obama is the passport record of Stanley Ann Dunham Soetoro, deceased mother of Obama. This records was provided under the Freedom of Information act to a U.S. army Intelligence Officer Pamela Barnett (ret), citizen of California and Christopher Strunck, resident of New York. (Exhibit14 to the complaint). This passport record shows Obama's last name to be Soebarkah.

7. Based on the evidence in the U.S. Passport of Stanley Ann Dunham Soetoro on August 13, 1968 Obama was removed/stricken out of his mother's passport due to him obtaining foreign citizenship. this was done under the penalty of perjury by Obama's mother Stanley Ann Dunham Soetoro and witnessed by the U.S. Consul in Jakarta Indonesia Alfonse La Porta.

Notation in the passport states: "I have not (and no other person included in the passport or document has), since acquiring United States citizenship, been

naturalized as a citizen of a foreign state, taken an oath and made an affirmation or other formal affirmation of allegiance to a foreign state, entered or served in the armed forces of a foreign state, accepted or performed the duties of office post or employment under the government of a foreign state or a political subdivision thereof, voted in a political election in a foreign state; or participate in an election or plebiscite to determine sovereignty of a foreign territory; made a formal renunciation of nationality either in the United States or diplomatic or consular officer of the United States in a foreign state ; ever sought or claimed the benefits of a foreign nationality of any foreign state; or been convicted by any court or court martial of competent jurisdiction by committing any act of treason against, or attempting by force to overthrow, or bearing arms against the United States, or conspiring to overthrow, put down or to destroy by force the government of the United States.

(If any of the above mentioned acts or conditions have been performed by or apply to the applicant or to any other person included in the passport or documentation, the portion which applies should be struck out and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application)

As witnessed by the U.S. Consul Alfonse La Porta, Stanley Ann was subscribed and sworn, where she kept her U.S. Passport, but has stricken her son Barack

Hussein Soebarkah as he no longer was eligible for the U.S. passport due to his newly acquired Indonesian citizenship. Affirmation by Stanley Ann Dunham Soetoro was witnessed by the U.S. Consul Alfonse La Porta and the seal was affixed.

This is confirmed by Obama's school registration #203 , from Franciscan Assisi school in Jakarta, Indonesia where he is listed as an Indonesian citizen. (Exhibit 13 to the complaint.)

There is no evidence of Obama ever renunciating his Indonesian citizenship and gaining the U.S. citizenship. Even if he were to renunciate his Indonesian citizenship and regain the U.S. citizenship, he would be a naturalized citizen and not natural born citizen, as required under the Article 2§1, clause 5 of the U.S. Constitution. Obama committed fraud by submitting his declaration of a candidate in the state of California and 49 other states claiming to be a an eligible candidate, while he never was an eligible candidate.

Obama was aided and abetted by a number of individuals including former Chairman of the Democratic Party of Hawaii Brian Schatz and secretary of the Democratic Party of Hawaii Lynn Matusow, who signed falsified OCON (Official Certification Of a Candidate) where the wording "eligible according to provisions of the U.S. Constitution.  Exhibit 3  shows OCON for Candidates for President

John Kerry, Al gore and Barack Obama. OCON for Kerry and Gore contain wording "Eligible according to provisions of the U.S. Constitution". OCON for Obama was falsified and the aforementioned wording was removed. In a typical Chicago machine "pay to play" modus operandi, Brian Schats, who signed a falsified OCON was rewarded with the appointment to become the U.S. Senator from Hawaii. This appointment was made by another Obama family friend Neil Abercrombie.

10. Obama was never eligible to work in the executive branch of the U.S. government. Based on those affidavits Obama's alleged application for the selective service is a forgery. According to 5 USC § 3328.every man born after 1959 has to register with the Selective Service and cannot work in the executive branch if he did not register with the selective service.

(a)An individual—

(1)who was born after December 31, 1959, and is or was required to register under section 3 of the Military Selective Service Act (50 App. U.S.C. 453); and

(2)who is not so registered or knowingly and willfully did not so register before the requirement terminated or became inapplicable to the individual,

shall be ineligible for appointment to a position in an Executive agency. Plaintiffs present herein sworn affidavits of the Chief Investigator for the Special

Investigations Unit of the U.S. Coast Guard and former Special Agent for the Department of Homeland Security  Jeffrey Stephan Coffman (ret) Exhibit 1, Sheriff of Maricopa County Arizona, former FBI Chief in Mexico City Joseph Arpaio Exhibit 18 to the original complaint, and lead investigator with Maricopa County Sheriff's Department in charge of investigation of Obama's forged IDs Mike Zullo Exhibit 2 to the original complaint, all of which attest that Obama's Selective Service Certification is a forgery. Most egregious and at the same time most laughable part of this forgery is a forged U.S. Postal stamp, which contains a two digit year "80" instead of a four digit year "1980", which is always used in the U.S. stamp. Aforementioned affidavits state that a forger used a 2008 stamp, cut it in half, inversed it and came up with "80" which was affixed on alleged Obama's Selective Service Certificate.

Forgery does not represent a valid registration. Without a valid registration for selective service Obama is not legitimate, not eligible to be working in the Executive branch, he is not eligible to be a President in the White House or a Janitor in the White House. This is an additional reason for this court to issue declaratory relief deeming Obama not eligible for the position of the U.S. President.

11. Obama is using a computer generated forgery created recently, claiming it to be a genuine birth certificate from 1961. State of Hawaii refused to provide the original document for examination.

Alleged copy of the alleged original 1961 birth certificate represents a computer generated forgery based on affidavits of Investigator Zullo (Exhibit 2 Complaint), Sheriff Arpaio (Exhibit 18 Complaint), Experts Douglas Vogt (Exhibit 3 Complaint), Paul Irey (Exhibit 4 complaint), Felicito Papa (Exhibit 5 Complaint), Ron Polland (Exhibit 8). Affidavit of assistant Clerk of the Honolulu Registrar Timothy Adams (Exhibit 4 Complaint) attest to the fact that there is no birth certificate in any hospital in Hawaii.

Exhibit 16of the Complaint, transcript of the Assembly of Kenya session March 25, 2010 provides a quotation by the minister of Lands of Kenya, James Orengo, attesting to Obama's birth in Kenya. Obama's biography submitted by Obama himself to his literary publisher, Acton –Dystel, exhibit 17 of the complaint states that Obama was born in Kenya and raised in Indonesia. This biography was featured by Acton-Dystel on their official web site and brochures until 2007, when Obama decided to run for the U.S. Presidency and decided to become a natural born U.S. citizen. At this time the bio was removed from the official web site.

12. Obama is using a fraudulently obtained Connecticut Social Security number, xxx-xx-4425, which was issued to Harrison (Harry) J. Bounel, born in 1890.

Obama personally released his 2009 tax returns and did not flatten the PDF file, so the full Social security number used by him became available to the public at large. Exhibit 6 complaint, affidavit of Felicito Papa. When the number used by Obama was checked against two official Social security verification agencies E-Verify and SSNVS, it failed and showed that the Social security number used by Obama was never assigned to him. Exhibit 7, 9, 10, 15 of the complaint. National databases checked by Licensed Investigators Sankey and Daniels (Exhibit 15) showed that this number was assigned to an individual born in 1890 and around 1986 assumed by Obama. Exhibit 2 herein is an sworn affidavit of the investigator and debt collector Albert Hendershot who found in http//wwwacxiom identity-solutions database Harrison J. Bounel and Barack H. Obama listed as using the same Connecticut Social Security number and residing at the same address at 5046 S Greenwood Ave, Chicago. Later 1940 census provided the missing link, Harrison J. Bounel was found residing from 1935-1940 at 915 Daly Ave, Bronx, NY, being 50 years old during the 1940 census, which reveals his date of birth as 1890, which is a match to the date of birth found in affidavits of Daniels, Sankey and Hendershot.

**VOTERS AND CANDIDATES IN THE STATE OF CA WERE DENIED THEIR 5TH AND 14TH AMENDMENT EQUAL PROTECTION RIGHTS TO VOTE IN LAWFUL LEGITIMATE ELECTIONS. CANDIDATES AND PRESIDENTIAL ELECTORS WERE DENIED THEIR 5TH AND 14TH AMENDMENT EQUAL PROTECTION RIGHTS TO PARTICIPATE IN LAWFUL ELECTIONS.**

Aside from aforementioned evidence showing Candidate Obama to be committing fraud and using forged IDs, Plaintiffs submitted with the Complaint as exhibits the following evidence, showing over one and a half million invalid voter registrations:

A sworn Affidavit of computer engineer and DeVry University graduate David Yun, (Exhibits 11, 12 Complaint) who attested that he personally analyzed the DVD of voter registrations prepared by the Secretary of State and forwarded by the Secretary of State of California to candidate for the U.S. Senate Orly Taitz. David Yun found:

a. 756,213 invalid voter registrations which were lacking the place of birth of a voter in clear violation of California elections code 2150

b. 685,739 invalid voter registrations in violation of California code 2150, where the state of birth was not listed and instead U.S. or USA was entered

c. 141,861 suspected duplicate records

d. 130.019 records of registered voters over 100 years old

e. With Exhibit 19 to the Complaint Plaintiffs provided Aug 30, 2012 4:50 PM e-mail sent by the office of the Los Angeles Registrar, where the office of the Los Angeles registrar admitted to routinely falsifying voter registrations by entering U.S. or U.S.A. in registrations which were invalid per CA code 2150 and were lacking the required information of the state of birth for voters born in the U.S. Additionally Plaintiffs provided in Exhibit 19 August 9, 2012 e-mail from Kay Cotton, employee of the Orange County registrar, stating that voter registrations which were missing birth date, a requirement per CA code 2150, the birth date was "assigned by the system", which is a flagrant falsification of the voter registration record.

f. Currently thousands of California voters are registering on line. They enter whatever information they please, they do not appear in the office of the registrar and nobody checks their IDs.

g. Recently California legislature voted to allow illegal aliens to acquire California drivers' licenses. There is a real danger of such illegal aliens with California drivers licenses registering to vote on line and voting

h. In 2010 when Taitz ran for Secretary of State she found out that her primary opponent in Republican Primary, candidate Damon Dunn failed to enter in his

voter registration his prior voter registration in not one but two other states, where he was registered as a Democrat. Moreover, later Dunn attempted to cover up this fact by contacting the registrar in the Duvall county Florida and seeking to delete from the database his voter registration. This information was forwarded to the Secretary of State Bowen and 2010 Attorney General Jerry Brown, who currently serves as the California Governor. Both Bowen and Brown failed to take any action and at the very minimum seek that Dunn fill out a correct voter registration with truthful information. If elections officials in the state of California did not care to seek valid voter registration for one running for the office of the Secretary of State, there is no reason to believe that there is any supervision of any other registrations. As such individuals can be registered in to vote 50 times in 50 different states and there is no recourse for law abiding citizens to assure the legality of elections.

i. Recent opinion in <u>Judicial Watch et al v Bradley King et al</u> 12-cv-800 Southern District of Indiana gave ordinary citizens standing in challenging invalid voter registrations as such bogus voter registrations dilute the vote of the legitimate registered voters.

j. Legitimate California voters and candidates like Plaintiffs Taitz and Noonan were denied their suffrage rights to vote in lawful elections, as their votes and votes of their supporters were outweighed by bogus votes. Additionally they

were denied their 5th and 14th amendment Equal protection rights and Honest Serrvices of Elections officials who would assure lawful elections.

k. Unless there is a declaratory and injunctive relief seeking to clean up California voter roles and having a special election, the same invalid and/or fraudulent voter registrations will be used in further elections. This is a constitutional violation/deprivation that will repeat itself and evades adjudication, as such Declaratory and Injunctive relief is warranted.

## DECLARATORY RELIEF IS NOT MOOT

**Declaratory relief in this case is not moot.**

In the motion to dismiss the original complaint state defendants claimed that the issue is moot as Obama will not run for office again. At issue is not whether he will run for office again, but the usurpation of the U.S. Presidency by a foreign national with all forged IDs and a stolen Social Security number. This represents the most egregious breach and the most egregious crime in the history of the United States, which will last for four more years. This makes the case at hand the most relevant and most urgent case to be heard by this or any other court.

Moreover, when the original complaint in the case at hand was filed, Department of Justice under the leadership of Obama friend and appointee Eric Holder made an

appearance claiming to represent both members of Congress and Members of the Electoral College.  U.S. Attorney Benjamin Wagner and Deputy U.S. Attorney Edward Olsen claimed that Obama is eligible for the U.S. Presidency and opposed the motion by the Plaintiffs to stay the certification of the votes for Obama, presenting this to be the will of the members of the Electoral college and members of Congress.

At the same time attorney herein filed a petition with the U.S. Congress to investigate Obama's forged IDs. Within days  over 27,000 U.S. citizens signed the petition and started getting responses. Additionally,     Taitz received a letter from a member of the Electoral College, Presidential Elector Don Ascoli, which was filed with this court. Answers from Mr. Ascoli and multiple senator and congressmen showed that the department of justice never advised them of the evidence in this case and of the opposition filed on their behalf. Members of Congress and electoral college have no clue that they are being represented by the department of Justice in this case. Moreover, per member of the electoral college Ascoli not only U.S. Attorneys Wagner and Olsen did not apprise him of the fact that they are representing him and he never agreed to such representation, but U.S. Attorneys file with Honorable Judge England an opposition to stay, which was absolutely the opposite of what elector wanted to do. Per Mr. Ascoli, who is a Presidential elector in the state of Arizona, multiple Presidential Electors wished to

do what Plaintiffs were seeking, namely stay of certification of votes for Obama until the court adjudicates the issue of Obama's use of forged IDs and a stolen CT. SSN.

As such Department of Justice defrauded this court and the U.S. Congress, did not advice members of the Congress and Electoral College of all the evidence and they voted based on fraudulent information, believing Obama to be eligible.

This court denied the TRO seeking stay of certification based on fraudulent information provided to this court by the employees of the Department of Justice.

Obama was sued as a candidate, as an individual. In the reply to the opposition to the TRO and in court Plaintiffs argued that as a candidate Obama is not eligible to be represented by the Department of Justice, that he needs to be represented by a private attorney, any representation of a candidate by the department of Justice represents a waste and embezzlement of the tax payer funds.

Additionally Plaintiffs argued that there is a flagrant conflict of interest between the defendants. Electoral College and Congress were entrusted to vet the qualifications of a candidate and safeguard the institution of the U.S. Presidency from what happened in the case at hand, namely usurpation by fraud and forgery.

On the other hand Defendant Obama was seeking to usurp the position of the U.S. President by virtue of fraud and forgery.