# CERTIFICATE OF SERVICE

I, Lila Dubert , attest that I served the defendants with attached

First amended Complaint by ECF on 02.11.2013

---

Signed Lila Dubert

**Edward A Olsen , GOVT**

United States Attorney's Office

501 I Street

Suite 10-100

Sacramento, CA 95814

916-554-2700

Fax: 916-554-2900

Email: edward.olsen@usdoj.gov

**George Michael Waters**

Department Of Justice, Office Of The Attorney General

1300 I Street

Sacramento, CA 95814

916-323-8050

Fax: 916-324-8835

Email: george.waters@doj.ca.gov

cc U.S. and International media

cc Congressman Gregg Harper (R-MS)

Chairman

United State House Administration Subcommittee on Election

307 House Office Building

Washington DC 20515

ph 202-225-5031

fax 202-225-5797

ccGregg Harper, Mississippi, Chairman

Aaron Shock, Illinois

Rich Nugent, Florida

Todd Rokita, Indiana

Bob Brady, Pennsylvania, Ranking Member

Charlie Gonzalez, Texas

cc Congressman Darrell Issa

Chairman

House Oversight Committee

2347 Rayburn House Building

Washington DC, 20515

cc Congressman Mike Rogers

Chairman

House Intelligence Committee

133 Cannon House Office building

Washington DC 20515

cc Congressman Sam Johnson

Chairman

House Subcommittee on Social Security

House Ways and Means Committee

2929 N Central Expy, 240

Richardson, TX 75080

cc Congressman Dana Rohrbacher

Chairman

House Subcommittee on Oversight and Investigations'

House Committee on Foreign Affairs

2300 Rayburn House Building

Washington DC 20515

US Commission

on Civil Rights

624 Ninth Street, NW

Washington, DC 20425 C

Public Integrity Section

Department of Justice

950 Pennsylvania Ave, NW

Washington DC 20530-0001

Inter -American Commission on Human Rights

1889 F Street, N.W.. Washington, D.C., 20006 U.S.A..

Tel.: 202-458-6002, 202-458-6002. Fax: 202-458-3992.

Office of the United Nations High Commissioner for Human Rights

(OHCHR)

Special Rapporteur on the Situation of Human Rights Defenders

The Honorable Mrs. Margaret Sekaggya

Palais des Nations

CH-1211 Geneva 10, Switzerland

International Criminal bar Hague

BPI-ICB-CAPI

Head Office

Neuhuyskade 94

2596 XM The Hague

The Netherlands

Tel : 0031 (70) 3268070 0031 (70) 3268070

Fax : 0031 (70) 3353531

Email: info@bpi-icb.org

Website: www.bpi-icb.org

Regional Office – Americas / Bureau régional – Amériques /

Oficina regional – Américas

137, rue St-Pierre

Montréal, Québec, Canada, H2Y 3T5

Tel : 001 (514) 289-8757 001 (514) 289-8757

Fax : 001 (514) 289-8590

Email: admin@bpi-icb.org

Website: www.bpi-icb.org

Laura Vericat Figarola

BPI-ICB-CAPI

Secretaria Barcelona

laura_bpi@icab.es

Address: Avenida Diagonal 529 1º2ª

08029 Barcelona, España

tel/fax 0034 93 405 14 24

United Nations Commission for

Civil Rights Defenders

Orsolya Toth (Ms)

Human Rights Officer

Civil and Political Rights Section

Special Procedures Division

Office of the High Commissioner for Human Rights

tel: + 41 22 917 91 51

email: ototh@ohchr.org