State of Texas              )
                            ) ss.
County of Montgomery )

## AFFIDAVIT

Jeffery Stephen Coffman, being duly sworn, on oath deposes and says:

1. I am a resident of Texas. The information contained in this affidavit is based on my personal knowledge.
2. I am a licensed Private Investigator (licensed A620963) in the State of Texas.
3. I am a retired Resident Agent in Charge/Special Agent from the Department of Homeland Security having retired after 20 years during June 2007.
4. I am a retired Chief Investigator with the United States Coast Guard Investigative Service (Reserve) having retired after 22 years during March 2010.
5. I was formerly an Investigator with the Office of the Attorney General with the State of Texas serving from August 2008 until I quit during September 2009.
6. On my own and not as an Investigator or Special Agent with any state or federal agency I looked into circumstances surrounding then U.S. Senator Barack Obama's Selective Service registration.
7. I have utilized the Selective Service's "Check A Registration" online function (www.sss.gov) numerous times to verify whether a required registration was properly completed.
8. On or about February 13, 2008, I sent an email to information@sss.gov asking why Senator Obama's registration didn't show up when queried on the Selective Service website (www.sss.gov).
9. On the same day (February 13, 2008) I received an email from information@sss.gov stating "Sir: There may be an error in his file or many other reasons why his registration cannot be confirmed on-line. However, I did confirm with our Data Management Center that he is, indeed, registered with the Selective Service System, in compliance with Federal law. Sincerely, Janice L. Hughes/SSS".
10. On September 7, 2008 I viewed a televised interview in which then Senator Obama stated that he registered for the Selective Service when he graduated from high school. I recalled that Senator Obama graduated from high school in 1979 and the Selective Service registration requirements were not reinstituted until 1980.
11. I submitted a Freedom Of Information Act (FOIA) to the Selective Service System for Senator Obama's Selective Service registration. I received a copy of a Selective Service registration in the name of Barack Hussein Obama and a copy of a computer screen print out with a date of 09/09/08.
12. Reviewing these copies I noted several areas of concern. For example, I noted that on the registration copy the signature of the registrant was dated July 30, 1980, but the United States Postal cancellation stamp indicating date received was dated the previous day of July 29, 80. I also noted that the "No ID" block was checked indicating that the registrant did not present an ID when the registration



was said to have been presented to the postal clerk. The most outstanding aspect of the registration card was that the aforementioned U.S. Postal Cancellation Stamp had only a two digit year instead of the usual four digit year.

13. During my active military service with the US Army from 1973 to 1977, I served as a collateral duty as one of my unit's mail clerk. During that service I was familiar with US Postal regulations and procedures. It was my understanding that the US Postal Cancellation stamp was a four digit year and not a two digit year. I also knew that the day, month, and year of that model postal cancellation stamp are removable inserts that the postal clerk changes as appropriate. I have never seen a two digit insert for that model postal cancellation stamp.

14. Over several weeks, I researched the issue on the internet attempting to find any other incident where that model cancellation stamp had a two digit year instead of the usual four digit year. I was unable to find any other instance where that model postal cancellation stamp had a two digit year instead of the usual four digit year.

15. Using my training and experiences, I analyzed the image of the postal cancellation stamp on the copy of the registration. It is my conclusion that a four digit year insert ending in "08" was modified by cutting off the first two digits and reinserting the "08" upside down into the postal cancellation stamp to indicate a year of "80". The only four digit year ending in "08" I felt that would be reasonably available would be a "2008" year insert.

16. On the copy of the computer screen printout received under the FOIA I noticed that there was a line marked DLN and the number of "8089 708 0632". I also noted that on the copy of the Selective Service registration card there was a similar number in the upper right hand corner. This number was "0897080632". The number on the registration card appeared to be a "Bates" type print that automatically changes with each impression.

17. The differences between the DLN number on the computer screen printout and the registration card printout appears to be the addition of the digit "8". I know of no reason for the addition of the "8" in the DLN.

18. Based on my observations, research, experience and training, it is my belief that the Selective Service registration card I received under the Freedom Of Information Act request under the name of Barack Obama has been altered.

*[signature]*
Jeffery Stephen Coffman

Sworn to me and subscribed before me this

_2ⁿᵈ_ day of January 2013.

*[signature]*
TYLER G. WELLS
NOTARY PUBLIC

*[Notary seal: Tyler G. Wells, Notary Public, State of Texas, Expires 02-07-2015]*

## REGISTRANT INQUIRY SCREEN

```
                                                              PAGE 001 OF 002
SSS NO:              61 1125539 1       TRANS-CODE/TYPE:  110 /    DATE: 09/09/08
LAST NAME:           OBAMA
FIRST NAME:          BARACK HUSSEIN
CURRENT ADDRESS:     1617 S BERETANIA APT 1008
CITY/STATE/ZIP:      HONOLULU                            HI    96826
PERMANENT ADDRESS:   1617 S BERETANIA APT 1008
CITY/STATE/ZIP:      HONOLULU                                  96826
DATE OF BIRTH:       08/04/61
SSAN:                ■■■■■■■■■■
TELEPHONE:           808 000 0000
DLN:                 8089 708 0632     REASON:
TRANSACTION DATE:    09/04/80
                                       ID INDICATOR:     2
LAST ACTION DATE:    09/04/80
RELATED SSN:         00 0000000 0
```

PRESS: CLEAR ==> END    PF7 ==> PAGE BACKWARD    PF8 ==> PAGE FORWARD

**SELECTIVE SERVICE SYSTEM**
**Registration Form**
READ PRIVACY ACT STATEMENT ON REVERSE
PLEASE PRINT CLEARLY

08970s0632

1. DATE OF BIRTH: 08/04/61 — August 4 61
2. SEX: ☒ MALE ☐ FEMALE
4. PRINT FULL NAME:
   Last: OBAMA
   First: BARACK
   Middle: HUSSEIN
5. CURRENT MAILING ADDRESS:
   Number and Street: 1617 S. BERETANIA APT. 1008
   City: HONOLULU
   State or Foreign Country: HAWAII
   Zip Code: 96826
6. PERMANENT RESIDENCE: SAME AS ABOVE
7. CURRENT PHONE NUMBER: 808 - 949-2317
8. ☐ Check here if we may give your name, address and telephone number to Armed Forces recruiters.
9. I AFFIRM THE FOREGOING STATEMENTS ARE TRUE
   Today's Date: JULY 30, 1980
   Signature of Registrant: Barack H. Obama

Postal Date Stamp & Clerk Initials:
☐ ID
☒ NO ID
☐ OTHER

[Postal stamp: 29 JUL 80]

SSS Form 1 (Feb 80)   (Previous Editions Will Not Be Used)
OMB Approval 19-R0002