BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2821
Facsimile: (916) 554-2900
Email: edward.olsen@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GRINOLS, ROBERT ODDEN, in their capacity as Presidential Electors; EDWARD C. NOONAN, THOMAS GREGORY MACLERAN, KEITH JUDD, in their capacity as candidates for the U.S. President; ORLY TAITZ in her capacity as candidate for office in the state of California; EDWARD NOONAN and ORLY TAITZ in their capacity as registered voters in CA and candidates for office in CA,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNOR OF CALIFORNIA, SECRETARY OF STATE OF CALIFORNIA, U.S. CONGRESS; ELECTORAL COLLEGE; BARACK (BARRY) SOETORO, AKA BARACK HUSSEIN SOEBARKAH, AKA ALIAS BARACK HUSSEIN OBAMA, AKA ALIAS BARACK A. OBAMA, AKA ALIAS HARRISON (HARRY) J. BOUNEL, AKA ALIAS S.A. DUNHAM, in his capacity as an individual and candidate for the U.S. President, and JOHN DOES AND JANE DOES 1-300,<br><br>Defendants. | CASE NO. 2:12-CV-02997-MCE-DAD<br><br>**FEDERAL DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:   March 21, 2013<br>Time:   2:00 p.m.<br>Place:  Courtroom 7, 14th Floor<br>Judge:  Morrison C. England, Jr.<br><br>[Fed. R. Civ. P. 12(b)(1) and 12(b)(6)] |

**TO ALL PARTIES AND THIS HONORABLE COURT:**

**PLEASE TAKE NOTICE THAT** on March 21, 2013, at 2:00 p.m. in Courtroom 7, 14th Floor, before the Honorable Morrison C. England, Jr., United States District Judge for the Eastern District of California, Sacramento Division, federal defendants will and hereby doe move to dismiss plaintiffs' First Amended Complaint with prejudice for lack of subject matter jurisdiction and for failure to state a claim pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Federal Defendants' motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all records in this action and matters of which the Court may take judicial notice, and any argument to be heard by the Court.[1]

Respectfully submitted,

DATED:   February 15, 2013            BENJAMIN B. WAGNER
                                      United States Attorney

By:      /s/ Edward A. Olsen
         EDWARD A. OLSEN
         Assistant United States Attorney

---

[1] The undersigned represents the United States, Congress, and any federal employees and officials named in their official capacity. In addition, the undersigned appears here to "attend to the interests of the United States." 28 U.S.C. §§ 517, 547. Plaintiffs do not appear to have properly served President Obama in any capacity under Fed. R. Civ. P. 4(i). According to Plaintiffs' "Notice of Default . . . Request for an Expedited Default Judgment and a Proposed Default Judgment," the President was served on January 4, 2013. Docket No. 64. However, plaintiffs' proofs of service indicate that plaintiffs served only the Department of Justice at 950 Pennsylvania Avenue, N.W., Washington, D.C., and the United States Attorney's Office in Sacramento. Docket Nos. 49, 50.