KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DOUGLAS J. WOODS, State Bar No. 161531
Senior Assistant Attorney General
GEORGE WATERS, State Bar No. 88295
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-8050
 Fax: (916) 324-8835
 E-mail: George.Waters@doj.ca.gov
*Attorneys for Defendants Edmund G. Brown Jr., Governor of California, and Debra Bowen, Secretary of State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES GRINOLS, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**ELECTORAL COLLEGE, et al.,**<br><br>Defendant. | 12-CV-02997<br><br>**STATE DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO DISMISS**<br><br>Date:  March 7, 2013<br>Time:  2:00 p.m.<br>Courtroom:  7, 14th Floor<br>Judge:  The Honorable Morrison C. England, Jr.<br>Action Filed:  December 13, 2012 |

PLEASE TAKE NOTICE that the state defendants hereby withdraw their motion to dismiss calendared for March 7, 2013, at 2:00 p.m., in Courtroom 7, the Honorable Morrison C. England, Jr. presiding. After the motion to dismiss was filed, plaintiffs filed an amended pleading. Dkt. #69-1.

| | | |
|---|---|---|
| 1 | Dated:  February 21, 2013 | Respectfully submitted, |
| 2 | | KAMALA D. HARRIS<br>Attorney General of California |
| 3 | | DOUGLAS J. WOODS<br>Senior Assistant Attorney General |
| 4 | | |
| 5 | | */s/ George Waters* |
| 6 | | GEORGE WATERS<br>Deputy Attorney General |
| 7 | | *Attorneys for Defendants Edmund G. Brown Jr., Governor of California, and* |
| 8 | | *Debra Bowen, Secretary of State of California* |
| 9 | | |
| 10 | SA2012109089<br>11046526.doc | |

2

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Grinols, et al. v. Electoral College, et al.** | No. | **12-CV-02997** |

I hereby certify that on <u>February 21, 2013</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### *STATE DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO DISMISS*

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>February 21, 2013</u>, at Sacramento, California.

| | |
|---|---|
| L. Sandoval | */s/ L. Sandoval* |
| Declarant | Signature |

11046827.doc