Dr. Orly Taitz. ESQ

29839 Santa Margarita ste 100

Rancho Santa Margarita CA 92688

ph. 949-683-5411

Attn Clerk of the court



**FILED**

MAR 0 4 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

Dear sir/mdm,

I tried to file attached pleadings through ECF on Friday evening. I tried until midnight, however ECF was down. Therefore I am submitting attached pleadings via Federal Express and asking the clerk's office to docket them.

Respectfully,

Dr. Orly Taitz, ESQ

Counsel for Plaintiffs

Grinols v Electoral College 12-cv-02997

