From: KEITH JUDD, Democratic Candidate For President of USA
 P.O. Box 7000, #11593-051
 Texarkana, Texas, 75505

To: UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

Re: No. 12-CV-02997, Keith Judd, et al., v. Electoral College, et al.



FILED
FEB 25 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

### BARACK OBAMA WAS BORN A CITIZEN OF KENYA, EAST AFRICA
### THE NEXT CIVIL WAR

Barack Obama's own released Long Form Birth Certificate shows his father was a Blood-Born Citizen of Kenya, East Africa. Under the Law of Kenya, East Africa (and British Law), Barack Obama was born a Citizen of Kenya, East Africa, governed by **jus sanguinis**, because his father was a Citizen of Kenya, East Africa, by birth. See, Stipa v. Dulles, 233 F.2d 551 (3rd Cir. 1956); Kenji Kamada v. Dulles, 145 F.Supp. 457 (N.D.Cal. 1965). According to the Kenya Citizenship and Immigration Act of 2011, Section 7:-"A person **born outside Kenya shall be a citizen by birth** if on the date of birth **that person's father was or is a citizen by birth.**"

There is no doubt that Barack Obama was born a Citizen of Kenya, East Africa, under **jus sanguinis**, where Citizenship is determined by the fact that his father was a Citizen of Kenya, East Africa, by birth, regardless of where Barack Obama was born.

At birth Barack Obama acquired his alien father's domicile of origin. Yarborough v. Yarborough, 290 U.S. 202, 54 S.Ct. 181, 78 L.Ed. 269 (1933); Dunlap by Wells v. Buchanan, 741 F.2d 165 (8th Cir. 1984). Barack Obama's father, who was not a citizen of the United States, cannot be a citizen of a State. Scott v. Sandford, 60 U.S. 393, 15 L.Ed. 691 (1856). And an alien father cannot have a domicile in any particular State of the United States. Fahrner v. Gentzsch, 355 F.Supp. 349 (E.D.Pa. 1972). Therefore, at birth, Barack Obama's domicile of origin was Kenya, East Africa. See, Aguirre v. Nagel, 270 F.Supp. 535 (E.D.Mich. 1967).

The first sentence of the Fourteenth Amendment concerns acquisition of citizenship regulated by Congress in exercise of its power to establish a uniform rule of naturalization. Rogers v. Bellei, 401 U.S. 815, 28 L.Ed.2d 499, 91 S.Ct. 1061 (1971). The phrase, **"subject to its jurisdiction"** excludes from its operation children of ministers, counsuls, and citizens and subjects of foreign states born within the United States. Slaughter-House Cases, 83 U.S. 36, 21 L.Ed. 394 (1873). Persons not subject to the jurisdiction of the United States at the time of birth cannot afterwards become so except by being naturalized individually, or collectively by force of treaty. Elk v. Wilkins, 112 U.S. 94, 5 S.Ct. 41, 28 L.Ed. 643 (1894).

Therefore, Barack Obama born a Citizen of Kenya, East Africa by **jus sanguinis** (blood), **cannot be a Natural Born Citizen of the United States**, as required qualification under Article II, Section 1, Clause 5, of the United States Constitution. See, Minor v. Happersett, 88 U.S. 162, 167, 22 L.Ed. 627 (1875)(confirming those born to "citizens" "within the United States" were never in doubt of being "Natural Born Citizens."). Barack Obama, a Citizen of Kenya, East Africa **by birth**, is not qualified for President of the United States. Barack Obama was not qualified to be on the State Primary or General Election Ballot for President or to receive Delegates to the Democratic National Convention or the Democratic Party Nomination.

Barack Obama must be removed and replaced with Keith Judd, Democratic Candidate for President of the United States.

FIRST AMENDMENT PETITION FOR REDRESS,

*Keith Judd* (signature)

Date: February 5, 2013
(432)686-4110, (432)686-4020
(432)686-4060, (210)384-7090
FEC#C00302919,at,1-800-424-9530
www.fec.gov      1-800-872-9855

KEITH JUDD FOR PRESIDENT.US
P.O. Box 3779
Beverly Hills, California, 90212
(818)550-1800, (949)683-5411

| STATE OF HAWAII | CERTIFICATE OF LIVE BIRTH | DEPARTMENT OF HEALTH |
|---|---|---|
| | FILE NUMBER 151 | 61 10641 |

| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|
| BARACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, Was Child Born | 5a. Birth Month | Day | Year | 5b. Hour |
|---|---|---|---|---|---|---|
| Male | Single ☒ Twin ☐ Triplet ☐ | 1st ☐ 2nd ☐ 3rd ☐ | August | 4, | 1961 | 7:24 P.M. |

| 6a. Place of Birth: City, Town or Rural Location | 6b. Island |
|---|---|
| Honolulu | Oahu |

| 6c. Name of Hospital or Institution (If not in hospital or institution, give street address) | 6d. Is Place of Birth Inside City or Town Limits? Yes ☒ No ☐ |
|---|---|
| Kapiolani Maternity & Gynecological Hospital | |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 7d. Street Address | 7e. Is Residence Inside City or Town Limits? Yes ☒ No ☐ |
|---|---|
| 6085 Kalanianaole Highway | |

| 7f. Mother's Mailing Address | 7g. Is Residence on a Farm or Plantation? Yes ☐ No ☒ |
|---|---|

| 8. Full Name of Father | 9. Race of Father |
|---|---|
| BARACK   HUSSEIN   OBAMA | African |

| 10. Age of Father | 11. Birthplace | 12a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| 13. Full Maiden Name of Mother | 14. Race of Mother |
|---|---|
| STANLEY   ANN   DUNHAM | Caucasian |

| 15. Age of Mother | 16. Birthplace | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

| I certify that the above stated information is true and correct to the best of my knowledge. | 18a. Signature of Parent or Other Informant | Parent ☒ Other ☐ | 18b. Date of Signature |
|---|---|---|---|
| | (Ann Dunham Obama) | | 8-7-61 |

| I hereby certify that this child was born alive on the date and hour stated above. | 19a. Signature of Attendant | M.D. ☒ D.O. ☐ Midwife ☐ Other ☐ | 19b. Date of Signature |
|---|---|---|---|
| | (David A. Sinclair) | | 8-8-61 |

| 20. Date Accepted by Local Reg. | 21. Signature of Local Registrar | 22. Date Accepted by Reg. General |
|---|---|---|
| AUG -8 1961 | UKLee | AUG -8 1961 |

23. Evidence for Delayed Filing or Alteration

APR 25 2011

I CERTIFY THIS IS A TRUE COPY OR ABSTRACT OF THE RECORD ON FILE IN THE HAWAII STATE DEPARTMENT OF HEALTH

Alvin T. Onaka, Ph.D.
STATE REGISTRAR

| | | | | | |
|---|---|---|---|---|---|
| STATE FILE NUMBER | NON-RESIDENT | **CERTIFICATE OF LIVE BIRTH** STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC HEALTH | | DISTRICT AND CERTIFICATE NUMBER | 7069   18C1 |

**THIS CHILD**
- 1A. NAME OF CHILD—FIRST NAME: Keith
- 1B. MIDDLE NAME: Russell
- 1C. LAST NAME: Judd
- 2. SEX: Male
- 3A. THIS BIRTH, SINGLE, TWIN OR TRIPLET: Single
- 4A. DATE OF BIRTH—MONTH, DAY, YEAR: May 23, 1958
- 4B. HOUR: 9:15 A

**PLACE OF BIRTH**
- 5A. PLACE OF BIRTH—NAME OF HOSPITAL: St Luke Hospital
- 5B. STREET ADDRESS: 2632 E. Washington Street
- 5C. CITY OR TOWN: Pasadena
- 5D. COUNTY: Los Angeles

**MOTHER OF CHILD**
- 6A. MAIDEN NAME OF MOTHER—FIRST NAME: Lillian
- 6B. MIDDLE NAME: Mildred
- 6C. LAST NAME: Russell
- 7. COLOR OR RACE OF MOTHER: White
- 8. AGE OF MOTHER (AT TIME OF THIS BIRTH): 35 YEARS
- 9. BIRTHPLACE (STATE OR FOREIGN COUNTRY): Arkansas
- 10. MAILING ADDRESS OF MOTHER: Same (Pasadena)

**USUAL RESIDENCE OF MOTHER**
- 11A. USUAL RESIDENCE OF MOTHER—STREET ADDRESS: 1605 North Altadena Drive
- 11B. IF INSIDE CITY CORPORATE LIMITS: ☐ CHECK HERE
- IF OUTSIDE CITY CORPORATE LIMITS: ☒ NOT ON A FARM
- 11D. CITY OR TOWN: Altadena
- 11E. COUNTY: Los Angeles
- 11F. STATE: California

**FATHER OF CHILD**
- 12A. NAME OF FATHER—FIRST NAME: Homer
- 12B. MIDDLE NAME: Tipton
- 12C. LAST NAME: Judd
- 13. COLOR OR RACE OF FATHER: White
- 14. AGE OF FATHER (AT TIME OF THIS BIRTH): 44 YEARS
- 15. BIRTHPLACE (STATE OR FOREIGN COUNTRY): Illinois
- 16A. PRESENT OR LAST OCCUPATION: Resident Inspector
- 16B. KIND OF INDUSTRY OR BUSINESS: Federal Government

**INFORMANT'S CERTIFICATION**: I HAVE REVIEWED THE ABOVE STATED INFORMATION AND HEREBY CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.
- 17A. PARENT OR OTHER INFORMANT: [signature]
- 17B. DATE SIGNED BY INFORMANT: May 26, 1958

**ATTENDANT'S CERTIFICATION**: I HEREBY CERTIFY THAT I ATTENDED THIS BIRTH AND THAT THE CHILD WAS BORN ALIVE AT THE HOUR, DATE AND PLACE STATED ABOVE.

**REGISTRAR'S CERTIFICATION**:
- 19. DATE ON WHICH NAME ADDED BY SUPPLEMENTAL NAME REPORT
- 20. LOCAL REGISTRAR
- 21. DATE RECEIVED BY LOCAL REGISTRAR: JUN 2 1958

---

CERTIFICATION STATEMENT

This is to certify that the above is a true and correct copy of the birth certificate of the above named child as registered in this office.

[signature]
HEALTH OFFICER

[signature] Jane B. Fisher
Deputy Registrar of Vital Statistics

Furnished for fee of $2.00

Date:   MAY 4 1973

Seal of City of Pasadena



**Department of Energy
National Nuclear Security Administration
Service Center
P. O. Box 5400
Albuquerque, NM 87185**



January 21, 2011

CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Mr. Keith Russell Judd
Federal Correctional Institute
Reg. # 11593-051, Unit K-2
P.O. Box 7000
Texarkana, TX 75505

Dear Mr. Judd:

This letter is the final response to your January 20, 2009 Freedom of Information Act (FOIA) request for a copy of all records related to Mr. Homer Tipton Judd.

I also contacted the Personnel Security Department (PSD) about Mr. Judd's Personnel Security File (PSF). PSD searched and could not locate a PSF for Mr. Judd, nor is he in any of their systems indicating that he had a U.S. Department of Energy access authorization.

I contacted the Los Alamos Site Office (LASO) that has oversight responsibility for the Los Alamos National Laboratory (LANL) about your request. The Site Office asked LANL to search for responsive records. LANL searched and determined that Mr. Homer Tipton Judd was not a LANL employee. LANL confirmed that Mr. Homer Tipton Judd was an Atomic Energy Commission (AEC) employee. The LANL located the enclosed medical records, radiation exposure records and H-2 Master Patient Index Card for Mr. Judd. They are provided in their entirety.

Because LANL stated Mr. Judd was an AEC employee, I contacted the Office of Human Capital Management Services about an Official Personnel File (OPF). All OPFs are sent to the National Archives within 120 days of an employee's departure. If Mr. Judd was a federal employee, you can obtain access to the OPF by sending a letter to the National Archives. The letter must include his full name, social security number, date of birth, name of the federal employing agency and the approximate dates of federal employment/separation. The National Archives address is: Rocky Mountain Region, P.O. Box 25307, Denver, CO 80225. The National Archives can be contacted at (303) 407-5740.

There are no fees chargeable to you for processing this request.

If you have any questions, please contact Ms. Elizabeth Donnelly by telephone at (505) 845-4519, by email at edonnelly@doeal.gov or the address listed above. Please reference Control Number FOIA 10-00054-P.

Sincerely,

Carolyn A. Becknell
Freedom of Information Act Officer
Office of Public Affairs

SSN: 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

Enclosures

KEITH JUDD
Keith Judd For President
Keith Judd For President.US
c/o P.O. Box 1779
Beverly Hills, CA 90212

PLAINTIFF IN PRO PER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| Keith Judd, an individual, | Case No: 2:12-cv-9514 - DDP (PLA) |
| PLAINTIFF | Complaint for Damages: |
| vs. | 1. Violation of Civil Rights<br>2. Violation of State Civil Rights<br>3. Intentional Infliction of Emotional Distress<br>4. Violation of Federal and State Election Law |
| Barack Hussein Obama, an Individual, Democratic National Committee, Debbie Wasserman-Schultz, Earl Ray Tomblin, Democratic Party of West Virginia, Elizabeth Warren, Sherrod Brown, Tim Kaine, Debbie Stabenow, Tammy Baldwin, Bob Casey, Jr., Jon Tester, Joe Donnelly, | DEMAND FOR JURY TRIAL |
| and DOES 1-2000 inclusive, | |
| Defendants | |

- 1 -

COMPLAINT FOR DAMAGES