Dr. Orly Taitz ESQ

29839 Santa Margarita ste 100

Rancho Santa Margarita, CA 92688

Phone 949-683-5411 fax 949-766-7603

Orly.taitz@gmail.com

Counselor for the Plaintiffs

## US District Court

## For the Eastern District of California

James Grinols, Robert Odden, in their capacity )Case #   12-cv-02997

as Presidential Electors                                          )

Edward C. Noonan, Thomas Gregory MacLeran, )

Keith Judd in their capacity as                             )

candidates for the U.S. President                       )

Orly Taitz in her capacity as candidate for office)

in the state of CA; Edward Noonan and Orly Taitz

in their capacity as registered voters in CA       )

v Electoral College, President of the Senate,    )

Governor of California, Secretary of State        )

of California, U.S. Congress ,                              )

aka Barack (Barry) Soetoro,                                )

aka Barack Hussein Soebarkah,                         )

| | |
|---|---|
| aka alias Barack Hussein Obama, | ) |
| aka alias Barack A. Obama, | ) |
| aka alias Harrison (Harry) J. Bounel | ) |
| aka alias S. A. Dunham | ) |
| in his capacity | ) |
| as an individual and candidate for | ) |
| the U.S. President | ) |

and John Does and Jane Does 1-300

### NOTICE OF ERRATA IN THE ECF FILING OF THE FIRST AMENDED COMPLAINT

### EX PARTE APPLICATION TO CORRECT THE FILING AND FILE CORRECTED FIRST AMENDED COMPLAINT

Due to the page limitation in uploading into ECF, First Amended Complaint could not be uploaded as one document and had to be divided into part 1 and part 2. Inadvertently part 1 was uploaded twice and Defendants received part 1 twice and never received part 2 of the First Amended Complaint and could not properly respond. Plaintiffs move the court to accept this corrected First Amended Complaint (part 1 and part 2) in order to allow the Defendants to respond properly. Since the motion hearing is scheduled for April 18th, over a month from today, filing of the Corrected First Amended Complaint containing part 1 and part 2 will allow the Defense to file proper responsive pleadings.

Respectfully submitted

/s/ Orly Taitz

Taitz
03.13.2013

Counsel for Plaintiffs

I, Lila Dubert, am not a party to this case, I am over 18 years old, I attest that on 03.13.2013 I served all the parties in this case with the attached " **NOTICE OF ERRATA IN THE ECF FILING OF THE FIRST AMENDED COMPLAINT. EX PARTE APPLICATION TO CORRECT THE FILING AND FILE CORRECTED FIRST AMENDED COMPLAINT"**

_Lila Dubert_

## DISTRIBUTION LIST

**Defendant**
**Governor of California**

represented by **George Michael Waters**
Department Of Justice, Office Of The Attorney General
1300 I Street
Sacramento, CA 95814
916-323-8050
Fax: 916-324-8835
Email: george.waters@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Secretary of State of California**

represented by **George Michael Waters**

George Michael Waters
Department Of Justice, Office Of The Attorney General
1300 I Street
Sacramento, CA 9581
916-323-8050
Fax: 916-324-8835
Email: george.waters@doj.ca.gov

**Defendant**

U.S. **Congress, Electoral College, Barack Obama**
Assistant Attorney US
Attorney Edward Olsen
**501 I str**
**Sacramento CA 95814**