Dr. Orly Taitz ESQ

29839 Santa Margarita ste 100

Rancho Santa Margarita, CA 92688

Phone 949-683-5411 fax 949-766-7603

Orly.taitz@gmail.com

Counselor for the Plaintiffs

## US District Court

## For the Eastern District of California

| | |
|---|---|
| James Grinols, Robert Odden, in their capacity ) | Case #   12-cv-02997 |
| as Presidential Electors                                ) | |
| Edward C. Noonan, Thomas Gregory MacLeran, ) | |
| Keith Judd in their  capacity as                  ) | |
| candidates  for the U.S. President              ) | |
| Orly Taitz in her capacity as candidate for office) | |
| in the state of CA; Edward Noonan and Orly Taitz | |
| in their capacity as registered voters in CA    ) | |
| v Electoral College, President of the Senate,   ) | |
| Governor of California, Secretary of State     ) | |
| of California, U.S. Congress ,                        ) | |
| aka Barack (Barry) Soetoro,                         ) | |
| aka Barack Hussein Soebarkah,                   ) | |

aka alias Barack Hussein Obama, )

aka alias Barack A. Obama, )

aka alias Harrison (Harry) J. Bounel )

aka alias S. A. Dunham )

in his capacity )

as an individual and candidate for )

the U.S. President )

and John Does and Jane Does 1-300

**60(B) EX PARTE MOTION FOR RECONSIDERATION OF THE DENIAL OF MOTION TO CORRECT THE FIRST AMENDED COMPLAINT DUE TO FLAGRANT ERROR OF FACT**

RULE 60. RELIEF FROM A JUDGMENT OR ORDER

(b) GROUNDS FOR RELIEF FROM A FINAL JUDGMENT, ORDER, OR PROCEEDING. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

(1) mistake, inadvertence, surprise, or excusable neglect;

(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

(4) the judgment is void;

(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6) any other reason that justifies relief.

## 60 B MOTION FILED DUE TO NEW INFORMATION AND ERROR OF FACT

1. This court denied the motion by the plaintiffs to correct the First Amended Complaint for two reasons. The first reason was due to the fact that allegedly in ECF 6 this court issued an order limiting all pleadings to 20 pages. 03.15.2013 order (ECF 96) stated that ECF 6 contained the order for Joint Status Report, which limits all briefs to 20 pages.

| 03/15/2013 | 96 | MINUTE ORDER (Text Only) issued by courtroom deputy for Chief District Judge, Morrison C. England, Jr.: The Court reviewed Plaintiffs' Amended Complaint. (ECF No. 69.) The Amended Complaint is 20 pages. There are no repeat pages as Plaintiffs allege in their ex parte application to amend their Complaint. (ECF No. 94.) When Plaintiffs initially filed their case, they received an Order Requesting Joint Status Report. (ECF No. 6.) Paragraph 6 of the Order Requesting Joint Status Report limits any briefs or papers to 20 pages. Any party wishing to file lengthier document must first seek relief from said page limitation requirement from the Court. In this case, Plaintiffs filed a 20 page Amended Complaint. As Plaintiffs have already reached the page limitation, the Court does not give leave to amend. Plaintiffs' ex parte request (ECF No. 94) is denied.(Deutsch, S) (Entered: 03/15/2013) |
|---|---|---|

This is a flagrant error of fact. No such order was ever issued. Plaintiffs attached herein the docket of the complaint with ECF 6 below.

| 12/13/2012 | 6 | CIVIL NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Form, # 2 VDRP Form) (Meuleman, A) (Entered: 12/13/2012) |

There is no such order limiting the page numbers, neither in ECF 6, nor anywhere else in the docket.

2. This court stated that there was no duplication in the First Amended Complaint. This is an error as well. As plaintiffs advised this court, the complaint could not be uploaded in ECF as one document. The complaint was divided into 2 parts. First part was filed as the main document and the second part was filed as an attachment, which says part 2, however erroneously part 1 was attached in the area designated for part 2.

3. The defendants never got the second part of the complaint and could not respond appropriately. This is the most important in case in this nation today dealing with the usurpation of the US Presidency by a foreign citizen Barry Soebarkah, aka Soetoro, aka Obama using forged IDs and a stolen Social Security number. Due to the clear error by the court, which claimed to order the parties to limit the pleadings to 20 pages, but did not any give such order, and due to the extreme importance of the case for the U.S. National Security and Public interest, the court should grant the order to correct the complaint.

4. The ex parte handling of this motion is warranted in the interest of the U.S. National Security, due to the usurpation of the U.S. Presidency, as there is heightened public interest and the time is of the essence. Defendants should get 2 weeks to respond.

Respectfully submitted

/s/ Dr. Orly Taitz ESQ

Counsel for the plaintiffs

03.18.2013

I, Lila Dubert, am not a party to this case, I am over 18 years old, I attest that on 03.18.2013 I served all the parties in this case with the attached "**60(B) EX PARTE MOTION FOR RECONSIDERATION OF THE DENIAL OF MOTION TO CORRECT THE FIRST AMENDED COMPLAINT DUE TO FLAGRANT ERROR OF FACT**

Lila Dubert

## DISTRIBUTION LIST

**Defendant**
**Governor of California**          represented by **George Michael Waters**
Department Of Justice, Office Of The
Attorney General
1300 I Street
Sacramento, CA 95814
916-323-8050
Fax: 916-324-8835
Email: george.waters@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Secretary of State of California**          represented by **George Michael Waters**

George Michael Waters
Department Of Justice, Office Of The
Attorney General
1300 I Street
Sacramento, CA 9581
916-323-8050
Fax: 916-324-8835
Email: george.waters@doj.ca.gov

**Defendant**

U.S. **Congress, Electoral College, Barack Obama**
Assistant Attorney US
Attorney Edward Olsen
**501 I str**
Sacramento CA 95814

CIVIL

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
### CIVIL DOCKET FOR CASE #: 2:12-cv-02997-MCE-DAD

Grinols et al v. Electoral College et al
Assigned to: Chief Judge Morrison C. England, Jr
Referred to: Magistrate Judge Dale A. Drozd
Cause: 28:1331 Fed. Question

Date Filed: 12/12/2012
Jury Demand: Plaintiff
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

**Plaintiff**

**James Grinols**　　　represented by **Orly Taitz**
　　　　　　　　　　　　　　　　　Law Offices of Dr. Orly Taitz
　　　　　　　　　　　　　　　　　29839 Santa Margarita Parkway
　　　　　　　　　　　　　　　　　Suite 100
　　　　　　　　　　　　　　　　　Rancho Santa Margarita, CA 92688
　　　　　　　　　　　　　　　　　949-683-5411
　　　　　　　　　　　　　　　　　Fax: 949-766-7603
　　　　　　　　　　　　　　　　　Email: orly.taitz@gmail.com
　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Odden**　　　represented by **Orly Taitz**
　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Noonan**　　　represented by **Orly Taitz**
　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keith Judd**　　　represented by **Orly Taitz**
　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Gregory MacLeran**　　　represented by **Orly Taitz**
　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**Electoral College**     represented by    **Edward A Olsen , GOVT**
United States Attorney's Office
501 I Street
Suite 10-100
Sacramento, CA 95814
916-554-2700
Fax: 916-554-2900
Email: edward.olsen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**President of the Senate**     represented by    **Edward A Olsen , GOVT**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Governor of California**     represented by    **George Michael Waters**
Department Of Justice, Office Of The Attorney General
1300 I Street
Sacramento, CA 95814
916-323-8050
Fax: 916-324-8835
Email: george.waters@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Secretary of State of California**     represented by    **George Michael Waters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**U.S. Congress**     represented by    **Edward A Olsen , GOVT**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Barack Hussein Obama**     represented by    **Edward A Olsen , GOVT**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2012 | 1 | CIVIL COVER SHEET by James Grinols, Keith Judd, Thomas Gregory MacLeran, Edward Noonan, Robert Odden (Taitz, Orly) (Entered: 12/12/2012) |
| 12/13/2012 | 2 | COMPLAINT and MOTION FOR STAY against Electoral College, Governor of California, Barack Hussein Obama, President of the Senate, Secretary of State of California, U.S. Congress by Edward Noonan, Robert Odden, James Grinols, Keith Judd, Thomas Gregory MacLeran. (Attachments: # 1 Redacted exhibits pp1-25, # 2 Redacted exhibits pp26-50, # 3 Redacted exhibits pp51-75, # 4 Redacted exhibits pp76-100, # 5 Redacted exhibits pp101-107)(Taitz, Orly) Modified on 12/13/2012 (Meuleman, A). Modified on 12/14/2012 (Donati, J). (Entered: 12/13/2012) |
| 12/13/2012 | 3 | RECEIPT number #CAE200049184 $350.00 fbo James Grinols, et al by Orly Taitz on 12/13/2012. (Meuleman, A) (Entered: 12/13/2012) |
| 12/13/2012 | 6 | CIVIL NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Form, # 2 VDRP Form) (Meuleman, A) (Entered: 12/13/2012) |
| 12/13/2012 | 7 | SUMMONS ISSUED as to *Electoral College, Governor of California, Barack Hussein Obama, President of the Senate, Secretary of State of California, U.S. Congress* with answer to complaint due within *60* days. Attorney *Orly Taitz, Esq.* *29839 Santa Margarita Ste. 100* *Rancho Santa Margarita, CA 92688*. (Meuleman, A) (Entered: 12/13/2012) |
| 12/14/2012 | 8 | ORDER signed by Judge Kimberly J. Mueller on 12/14/12 DENYING Plaintiffs' 2 Request. If the parties wish to proceed with their request for a temporary restraining order, they are hereby ordered to file the documents listed in this order by 12/21/12. (Manzer, C) (Entered: 12/14/2012) |
| 12/18/2012 | 9 | SUMMONS RETURNED EXECUTED: Electoral College, Governor of California, and Secretary of State of California served on 12/18/2012, answer due 1/8/2013. (Taitz, Orly) Modified on 12/19/2012 (Kastilahn, A). (Entered: 12/18/2012) |
| 12/18/2012 | 10 | SUMMONS RETURNED EXECUTED: Barack Hussein Obama served on 12/18/2012, answer due 1/8/2013. (Taitz, Orly) (Entered: 12/18/2012) |
| 12/18/2012 | 11 | SUMMONS RETURNED EXECUTED: President of the Senate, and U.S. Congress served on 12/18/2012, answer due 2/18/2013. (Taitz, Orly) Modified on 12/19/2012 (Kastilahn, A). (Entered: 12/18/2012) |
| 12/20/2012 | 12 | MOTION for TEMPORARY RESTRAINING ORDER by Defendants. Motion Hearing set for 12/20/2012 at 02:00 PM in Courtroom 7 (MCE) before Chief Judge Morrison C. England Jr.. (Attachments: # 1 Proposed Order, # 2 Affidavit of Notice, affidavit of Irreparable harm, # 3 Supplement Checklist, # 4 Supplement Proposed stipulation, # 5 Proof of Service Certificate of service) (Taitz, Orly) Modified on 12/21/2012 (Kastilahn, A). (Entered: 12/20/2012) |
| 12/20/2012 | 13 | AMENDED MINUTE ORDER (Text Only) issued by courtroom deputy for Chief District Judge, Morrison C. England, Jr.: On the Court's own motion, |

| | | |
|---|---|---|
| | | Plaintiffs' Motion for Temporary Restraining Order 12 is set for hearing on January 3, 2013 at 2:00 p.m. in Courtroom 7. Oppositions are to be filed not later than December 26, 2012 and a reply, if any, by December 28, 2012. Plaintiffs' counsel is ordered to give notice of this minute order to Defendants by 4:00 p.m., December 20, 2012. (Deutsch, S) Modified on 12/20/2012 (Deutsch, S). (Entered: 12/20/2012) |
| 12/21/2012 | 14 | CERTIFICATE of SERVICE by James Grinols, Keith Judd, Thomas Gregory MacLeran, Edward Noonan, Robert Odden re 13 Minute Order,,, Set/Reset Deadlines and Hearings,,. (Taitz, Orly) (Entered: 12/21/2012) |
| 12/23/2012 | 15 | NOTICE of subpoena, summons, TRO motion, complaint and exhibits served on Barack Obama through the U.S. Attorney for the District of Hawaii by All Plaintiffs re 13 Minute Order. (Taitz, Orly) Modified on 12/27/2012 (Becknal, R). (Entered: 12/23/2012) |
| 12/24/2012 | 16 | NOTICE of subpoena to produce documents served on commissioner of Social Security Michael Astrue by All Plaintiffs re 13 Minute Order. (Taitz, Orly) Modified on 12/27/2012 (Becknal, R). (Entered: 12/24/2012) |
| 12/24/2012 | 17 | NOTICE of Subpoena on Darrell Issa, Chair of House Oversight Committee to produce documents by All Plaintiffs re 13 Minute Order. (Taitz, Orly) Modified on 12/27/2012 (Becknal, R). (Entered: 12/24/2012) |
| 12/24/2012 | 18 | NOTICE Redacted subpoena on Michael Astrue, Commissioner of Social Security by All Plaintiffs re 13 Minute Order. (Taitz, Orly) Modified on 12/27/2012 (Becknal, R). (Entered: 12/24/2012) |
| 12/25/2012 | 19 | NOTICE of subpoena to appear at 01/03/2013 hearing served on Lawrence Romo, director of Selective Service by All Plaintiffs re 13 Minute Order. (Taitz, Orly) Modified on 12/27/2012 (Becknal, R). (Entered: 12/25/2012) |
| 12/26/2012 | 20 | NOTICE of subpoena on Michael Astrue, commissioner of Social Security to appear on 01/03/2013 and produce documents by All Plaintiffs. (Taitz, Orly) Modified on 12/27/2012 (Becknal, R). (Entered: 12/26/2012) |
| 12/26/2012 | 21 | NOTICE corrected subpoena on Lawrence Romo, director of Selective Service by All Plaintiffs re 13 Minute Order. (Taitz, Orly) Modified on 12/27/2012 (Becknal, R). (Entered: 12/26/2012) |
| 12/26/2012 | 22 | NOTICE subpoena served on Postmaster General to appear on 01/03/2013 and testify in regards to forged U.S. mail stamp affixed to Obama's alleged selective service certificate by All Plaintiffs re 13 Minute Order. (Taitz, Orly) Modified on 12/27/2012 (Becknal, R). (Entered: 12/26/2012) |
| 12/26/2012 | 23 | NOTICE subpoena served on Barack Obama through the US Attorney in HI and copy through the US Attorney in Washington DC by All Plaintiffs re 13 Minute Order. (Taitz, Orly) Modified on 12/27/2012 (Becknal, R). (Entered: 12/26/2012) |
| 12/26/2012 | 24 | NOTICE subpoena on Alvin Onaka to produce original birth certificate and original microfilm of birth certificate of Barack Hussein Obama by All Plaintiffs re 13 Minute Order. (Taitz, Orly) Modified on 12/27/2012 (Becknal, R). (Entered: 12/26/2012) |

| | | |
|---|---|---|
| 12/26/2012 | 25 | OPPOSITION by Electoral College, Barack Hussein Obama, President of the Senate, U.S. Congress to 12 MOTION for TEMPORARY RESTRAINING ORDER. Attorney Olsen, Edward A added. (Olsen, Edward) (Entered: 12/26/2012) |
| 12/26/2012 | 26 | OPPOSITION by Governor of California to 12 MOTION for TEMPORARY RESTRAINING ORDER. Attorney Waters, George Michael added. (Attachments: # 1 Exhibit)(Waters, George) (Entered: 12/26/2012) |
| 12/26/2012 | 27 | EX PARTE APPLICATION by Electoral College, Barack Hussein Obama, President of the Senate, U.S. Congress for Extension of Time to Respond to Plaintiffs' Subpoenas. (Attachments: # 1 Declaration Edward A. Olsen)(Olsen, Edward) (Entered: 12/26/2012) |
| 12/28/2012 | 28 | NOTICE *of second and third service on Alvin Onaka, registrar of the Health Department in Hawaii, which was done by process server at the Health Department in Hawaii and at the office of Attorney General of Hawaii* by All Plaintiffs re 13 Minute Order. (Taitz, Orly) Modified on 1/3/2013 (Reader, L). (Entered: 12/28/2012) |
| 12/28/2012 | 29 | MINUTE ORDER (Text Only) issued by courtroom deputy for Chief District Judge, Morrison C. England, Jr.: The Court is in receipt of the Ex Parte Application for Extension of Time to Respond to Plaintiffs' Subpoenas (ECF No. 27). All counsel in this case are ordered to personally appear for the January 3, 2013 Motion for Temporary Restraining Order Hearing at 2:00 p.m. in Courtroom 7. The Court will not entertain requests for telephonic appearances. The parties are further ordered to be prepared to discuss the Motion for Temporary Restraining Order, as well as, any and all issue pertaining to the subpoenas. The parties are also reminded of the official court closure for the new year holiday (December 31, 2012 and January 1, 2013). (Deutsch, S) (Entered: 12/28/2012) |
| 12/28/2012 | 30 | REPLY by James Grinols, Keith Judd, Thomas Gregory MacLeran, Edward Noonan, Robert Odden to RESPONSE to 12 MOTION for TEMPORARY RESTRAINING ORDER. (Attachments: # 1 Appendix Reply to governor (part2), # 2 Exhibit Letter from senator Sessions, # 3 Exhibit letter from senator McCain, # 4 Exhibit letter from the CA Bar stating that the issue of Obama's birth certificate is a matter of National security)(Taitz, Orly) (Entered: 12/28/2012) |
| 12/28/2012 | 31 | MOTION to STRIKE *part of the opposition to TRO improperly filed by the U.S. attorney on behalf of a private party-Candidate for office Barack Obama* by James Grinols, Keith Judd, Thomas Gregory MacLeran, Edward Noonan, Robert Odden. Motion Hearing set for 1/3/2013 at 02:00 PM before Chief Judge Morrison C. England Jr.. (Taitz, Orly) (Entered: 12/28/2012) |
| 12/30/2012 | 32 | NOTICE *Fifth service of summons on Senators Patty Murray and Maria Cantwell* by All Plaintiffs. (Taitz, Orly) (Entered: 12/30/2012) |
| 12/30/2012 | 33 | NOTICE *Fifth proof of service on the U.S. Congress through the Secretary of the Senate* by All Plaintiffs. (Taitz, Orly) (Entered: 12/30/2012) |
| 12/30/2012 | 34 | NOTICE *Fifth service of summons, complaint, TRO order and motion and* |

| | | |
|---|---|---|
| | | *notice of subpoenas on the U.S. Congress through the clerk of the House* by All Plaintiffs. (Taitz, Orly) (Entered: 12/30/2012) |
| 12/30/2012 | 35 | NOTICE *of the Sifth service on the US Congress through the Senate Minority leader Mitch McConnell* by All Plaintiffs. (Taitz, Orly) (Entered: 12/30/2012) |
| 12/30/2012 | 36 | NOTICE *Sixth service on the U.S. congress through the Speaker of the House John Boehner* by All Plaintiffs. (Taitz, Orly) (Entered: 12/30/2012) |
| 12/30/2012 | 37 | NOTICE *sixth service on Congressman Mike Rogers* by All Plaintiffs. (Taitz, Orly) (Entered: 12/30/2012) |
| 12/30/2012 | 38 | NOTICE *of service on chair of house Committee on Homeland Security Peter King* by All Plaintiffs. (Taitz, Orly) (Entered: 12/30/2012) |
| 12/30/2012 | 39 | NOTICE *of service on member of the Judiciary Committee and subcommittee on constitution Congressman Steve King* by All Plaintiffs. (Taitz, Orly) (Entered: 12/30/2012) |
| 12/30/2012 | 40 | NOTICE *Sixth Service on Senator McCain* by All Plaintiffs. (Taitz, Orly) (Entered: 12/30/2012) |
| 12/30/2012 | 41 | NOTICE *of service on Senator Joe Lieberman* by All Plaintiffs. (Taitz, Orly) (Entered: 12/30/2012) |
| 12/30/2012 | 42 | NOTICE *of service on chair of the House Subcommittee on social Security Congressman Sam Johnson* by All Plaintiffs. (Taitz, Orly) (Entered: 12/30/2012) |
| 12/30/2012 | 43 | NOTICE *of service on member of the Permanent Select Committee on Intelligence and Subcommittee on investigations Michelle Bachmann* by All Plaintiffs. (Taitz, Orly) (Entered: 12/30/2012) |
| 01/01/2013 | 44 | NOTICE OF FILING DOCUMENT IN PAPER by All Plaintiffs: Video DVD Exhibit to Reply to Opposition to TRO. (Taitz, Orly) [Rec'd 1/2/2013; routed one copy to MCE Chambers, routed one copy to file room] Modified on 1/2/2013 (Michel, G). (Entered: 01/01/2013) |
| 01/01/2013 | 45 | NOTICE *Amended subpoenas and notice to the U.S. Attorney* by All Plaintiffs. (Taitz, Orly) (Entered: 01/01/2013) |
| 01/02/2013 | 46 | REPLY to OPPOSITION to Temporary Restraining Order re 13 Minute Order. (Taitz, Orly) Modified on 1/7/2013 (Mena-Sanchez, L). (Entered: 01/02/2013) |
| 01/02/2013 | 47 | ORDER regarding oral arguments at the January 3, 2013 Motion Hearing. Signed by Chief Judge Morrison C. England, Jr. on 1/2/2013. (Deutsch, S) (Entered: 01/02/2013) |
| 01/03/2013 | 48 | MINUTES (Text Only) for proceedings held before Chief Judge Morrison C. England, Jr.: After hearing argument from counsel the Court denied Plaintiffs' Motion for Temporary Restraining Order 12 . A formal, written order will be issued shortly and will be the controlling ruling on Plaintiffs' Motion. Plaintiffs' Counsel present: Orly Taitz. Defendants' Counsel present: Edward Olsen and George Waters. Court Reporter: Kelly O'Halloran. Interpreter none present. (Deutsch, S) (Entered: 01/03/2013) |

| | | |
|---|---|---|
| 01/04/2013 | 49 | NOTICE *of Additional proof of service* by All Plaintiffs re 13 Minute Order. (Taitz, Orly) Modified on 1/9/2013 (Zignago, K.). (Entered: 01/04/2013) |
| 01/10/2013 | 50 | NOTICE *of additional proof of service by personal service of defendants* by All Plaintiffs. (Taitz, Orly) (Entered: 01/10/2013) |
| 01/16/2013 | 51 | MOTION for RECONSIDERATION of 52 Order denying Motion for Temporary Restraining Order by James Grinols, Keith Judd, Thomas Gregory MacLeran, Edward Noonan, Robert Odden. Motion Hearing SET for 1/17/2013 at 02:00 PM before Chief Judge Morrison C. England, Jr. (Attachments: # 1 Exhibits 1-4) (Taitz, Orly) Modified on 1/17/2013 (Michel, G). (Entered: 01/16/2013) |
| 01/16/2013 | 52 | ORDER denying Plaintiffs' Motion for Temporary Restraining Order 12 . Signed by Chief Judge Morrison C. England, Jr. on 1/16/2013. (Deutsch, S) (Entered: 01/16/2013) |
| 01/16/2013 | 53 | MINUTE ORDER (Text Only) issued by courtroom deputy for Chief District Judge, Morrison C. England, Jr.: Plaintiffs attempted to file a Motion for Reconsideration (ECF No. 51) on January 16, 2013 and set a hearing on their Motion for January 17, 2013. However, Plaintiffs failed to properly file their Motion in accordance with Local Rule 230(b) and Local Rule 230 (j). As such, Plaintiffs' Motion is defective and will not be set for a hearing. For future motions, Plaintiffs must comply with Local Rule 230.(Deutsch, S) (Entered: 01/16/2013) |
| 01/17/2013 | 54 | TRANSCRIPT of Motion for Temporary Restraining Order held on 1/3/13, before Chief Judge Morrison C. England, Jr, filed by Court Reporter Kelly OHalloran, Phone number 916-448-2712 E-mail kohalloran@comcast.net. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it also may be obtained through PACER. Any Notice of Intent to Request Redaction must be filed within 5 court days. Redaction Request due 2/7/2013. Redacted Transcript Deadline set for 2/19/2013. Release of Transcript Restriction set for 4/18/2013. (O'Halloran, K) (Entered: 01/17/2013) |
| 01/18/2013 | 55 | ORDER signed by Chief Judge Morrison C. England, Jr. on 1/17/2013 ORDERING that Defendant's 27 Ex Parte Motion to Extend the Time for Responding to Plaintiffs' Subpoenas is GRANTED. Plaintiffs are ORDERED to modify their subpoenas in compliance with Fed. R. Civ. P. 45, allowing Defendants a reasonable amount of time to comply. (Zignago, K.) (Entered: 01/18/2013) |
| 01/19/2013 | 56 | MOTION for RECONSIDERATION by plaintiffs of 52 Order denying TRO. Motion Hearing set for 2/21/2013 at 02:00 PM before Chief Judge Morrison C. England Jr.. (Attachments: # 1 Exhibit)(Taitz, Orly) Modified on 1/22/2013 (Donati, J). (Entered: 01/19/2013) |
| 01/27/2013 | 57 | NOTICE *of a new subpoena with an additional time to comply issued and being served on defendant Barack Obama per 01.17.2013 order of Honorable Judge England* by All Plaintiffs re 55 Order,. (Taitz, Orly) (Entered: 01/27/2013) |

| | | |
|---|---|---|
| 01/28/2013 | 58 | MOTION to DISMISS by Governor of California, Secretary of State of California. Attorney Waters, George Michael added. Motion Hearing set for 3/7/2013 at 02:00 PM in Courtroom 7 (MCE) before Chief Judge Morrison C. England Jr.. (Waters, George) (Entered: 01/28/2013) |
| 01/28/2013 | 59 | DECLARATION of John Kim in SUPPORT OF 58 MOTION to DISMISS. (Waters, George) (Entered: 01/28/2013) |
| 01/28/2013 | 60 | REQUEST for JUDICIAL NOTICE by Governor of California, Secretary of State of California in re 58 Motion to Dismiss. (Attachments: # 1 Exhibit A, # 2 Exhibit B thru D)(Waters, George) (Entered: 01/28/2013) |
| 01/29/2013 | 61 | NOTICE *of subpoena to produce documents and records on a defendant, member of Congress Senator Barbara Mikulski* by All Plaintiffs. (Taitz, Orly) (Entered: 01/29/2013) |
| 01/29/2013 | 62 | NOTICE *of Proof of service of a renewed subpoena on Defendant Barack Obama* by All Plaintiffs. (Taitz, Orly) (Entered: 01/29/2013) |
| 01/29/2013 | 63 | NOTICE *Proof of service on Senator Mikulski through the U.S. Attorney's office* by All Plaintiffs. (Taitz, Orly) (Entered: 01/29/2013) |
| 01/30/2013 | 64 | NOTICE *Notice of DEFAULT of DEFENDANT Obama, request for an expedited DEFAULT Judgment and post judgment discovery* by All Plaintiffs. (Taitz, Orly) [CONSTRUED as a MOTION for DEFAULT JUDGMENT ] Modified on 2/28/2013 (Donati, J). (Entered: 01/30/2013) |
| 02/01/2013 | 65 | NOTICE *of clarification given to the Counsel for Defendants, U.S. Attorney Olsen that Defendant Obama is indeed sued as an individual, as a candidate for office, who committed fraud as a candidate, not as a Federal employee* by All Plaintiffs. (Taitz, Orly) Modified on 2/4/2013 (Kastilahn, A). (Entered: 02/01/2013) |
| 02/01/2013 | 66 | NOTICE *of Amended Subpoena on Defendant member of Congress Senator Barbara Mikulski* by All Plaintiffs. (Taitz, Orly) (Entered: 02/01/2013) |
| 02/07/2013 | 67 | OPPOSITION by Electoral College, Barack Hussein Obama, President of the Senate, U.S. Congress to 56 MOTION for RECONSIDERATION re 52 Order. (Olsen, Edward) (Entered: 02/07/2013) |
| 02/07/2013 | 68 | OPPOSITION by Governor of California, Secretary of State of California to 56 MOTION for RECONSIDERATION re 52 Order. (Waters, George) (Entered: 02/07/2013) |
| 02/11/2013 | 69 | AMENDED COMPLAINT by James Grinols, Keith Judd, Thomas Gregory MacLeran, Edward Noonan, Robert Odden. (Attachments: # 1 Part 2 to the Amended Complaint, # 2 Certificate of Service, # 3 Exhibit 1 Affidavit of Jeffrey Stephan Coffman, # 4 Exhibit Affidavit of Albert Hendershot)(Taitz, Orly) Modified on 2/12/2013 (Meuleman, A). Modified on 2/12/2013 (Donati, J). (Entered: 02/11/2013) |
| 02/12/2013 | 70 | MINUTE ORDER (Text Only) issued by courtroom deputy for Chief District Judge, Morrison C. England, Jr.: On the Court's own motion and pursuant to Local Rule 230(g), the Plaintiffs' Motion for Reconsideration (ECF No. 56), |

| | | |
|---|---|---|
| | | scheduled for hearing on 2/21/2013, is submitted without oral argument. The hearing date of 2/21/2013 is vacated. If the Court determines that oral argument is needed, it will be scheduled at a later date.(Deutsch, S) (Entered: 02/12/2013) |
| 02/15/2013 | 71 | MOTION to DISMISS by Electoral College, Barack Hussein Obama, President of the Senate, U.S. Congress. Motion Hearing set for 3/21/2013 at 02:00 PM in Courtroom 7 (MCE) before Chief Judge Morrison C. England Jr.. (Attachments: # 1 Points and Authorities)(Olsen, Edward) (Entered: 02/15/2013) |
| 02/21/2013 | 72 | NOTICE *of Withdrawal* by Governor of California, Secretary of State of California re 58 MOTION to DISMISS. (Waters, George) (Entered: 02/21/2013) |
| 02/26/2013 | 83 | NOTICE to Court re: First Amendment Petition for redress from Keith Judd. (Mena-Sanchez, L) (Entered: 03/07/2013) |
| 02/28/2013 | 73 | MOTION to DISMISS by Governor of California, Secretary of State of California. Motion Hearing SET for 3/21/2013 at 02:00 PM in Courtroom 7 (MCE) before Chief Judge Morrison C. England, Jr. (Waters, George) Modified on 3/1/2013 (Michel, G). (Entered: 02/28/2013) |
| 02/28/2013 | 74 | DECLARATION of John Kim in support of 73 Motion to Dismiss. (Waters, George) Modified on 3/1/2013 (Michel, G). (Entered: 02/28/2013) |
| 02/28/2013 | 75 | REQUEST for JUDICIAL NOTICE re 73 Motion to Dismissb y Governor of California, Secretary of State of California. (Attachments: # 1 Exhibit A, # 2 Exhibit B to E, # 3 Declaration of Service) (Waters, George) Modified on 3/1/2013 (Michel, G). (Entered: 02/28/2013) |
| 02/28/2013 | 76 | MOTION to STAY all proceedings by James Grinols, Keith Judd, Thomas Gregory MacLeran, Edward Noonan, Robert Odden. Motion Hearing SET for 3/21/2013 at 02:00 PM before Chief Judge Morrison C. England, Jr. (Taitz, Orly) Modified on 3/1/2013 (Michel, G). (Entered: 02/28/2013) |
| 02/28/2013 | 77 | NOTICE to RESCHEDULE MOTION HEARING as to 73 Motion to Dismiss. Motion Hearing RESET for 4/18/2013 at 02:00 PM in Courtroom 7 (MCE) before Chief Judge Morrison C. England, Jr. (Attachments: # 1 Declaration of Service) (Waters, George) Modified on 3/1/2013 (Michel, G). (Entered: 02/28/2013) |
| 03/01/2013 | 78 | AMENDED Notice to Reschedule Motion to Dismiss 77 by Governor of California, Secretary of State of California. (Waters, George) Modified on 3/5/2013 (Mena-Sanchez, L). (Entered: 03/01/2013) |
| 03/01/2013 | 79 | ORDER denying Plaintiffs' Motion for Reconsideration (ECF No. 56). Signed by Chief Judge Morrison C. England, Jr. on 3/1/2013. (Deutsch, S). Modified on 3/1/2013 - Order attached. (Deutsch, S). (Entered: 03/01/2013) |
| 03/04/2013 | 81 | NOTICE of CM/ECF Technical Failure on 3/1/2013 by Dr. Orly Taitz, Esq.. [RECEIVED in paper on 3/4/2013] (Donati, J) (Entered: 03/04/2013) |
| 03/04/2013 | 82 | OPPOSITION by plaintiffs to 73 MOTION to DISMISS. [RECEIVED in |

| | | |
|---|---|---|
| | | paper on 3/4/2013 pursuant to 81 Notice of CM/ECF Technical Failure] (Donati, J) (Entered: 03/04/2013) |
| 03/08/2013 | 84 | MINUTE ORDER (Text Only) issued by courtroom deputy A. Shaddox-Waldrop for Chief District Judge, Morrison C. England, Jr. on 03/08/2013: On the Court's own motion, 76 Plaintiff's Motion to Stay and 71 Defendant's Motion to Dismiss currently set for hearing on 03/21/2013 are RESET for 4/18/2013 at 02:00 PM in Courtroom 7 (MCE) before Chief Judge Morrison C. England, Jr. The Motions 71 and 76 will now be heard on 04/18/2013 with 73 Defendant's Motion to Dismiss. (Shaddox-Waldrop, A) (Entered: 03/08/2013) |
| 03/08/2013 | 85 | NOTICE *of Subpoena on Chair of the Judiciary Committee Congressman Bob Goodlatte and immediate past Chair Congressman Lamar Smith and proof of service* by All Plaintiffs. (Taitz, Orly) (Entered: 03/08/2013) |
| 03/09/2013 | 86 | NOTICE *of Subpoenas and proof of service on member of the Judiciary Committee and Chair of the Oversight Committee Darrell Issa and Member of the Judiciary Committee Jim Jordan* by All Plaintiffs. (Taitz, Orly) (Entered: 03/09/2013) |
| 03/09/2013 | 87 | NOTICE *of subpoenas and proof of service on members of the Judiciary Committee Ron DeSantis, Keith Rothfus* by All Plaintiffs. (Taitz, Orly) (Entered: 03/09/2013) |
| 03/09/2013 | 88 | NOTICE *of subpoenas and proof of service on members of the Judiciary Committee George Holding and Doug Collins* by All Plaintiffs. (Taitz, Orly) (Entered: 03/09/2013) |
| 03/09/2013 | 89 | NOTICE *of subpoenas and proof of service on members of the Judiciary Committee Raul Labrador and Judge Ted Poe* by All Plaintiffs. (Taitz, Orly) (Entered: 03/09/2013) |
| 03/09/2013 | 90 | NOTICE *of subpoenas and proof of service on Trey Gowdy and Michelle Bachmann* by All Plaintiffs. (Taitz, Orly) (Entered: 03/09/2013) |
| 03/10/2013 | 91 | NOTICE *of subpoena and proof of service on Congressmen John Campbell and Joe Heck* by All Plaintiffs. (Taitz, Orly) (Entered: 03/10/2013) |
| 03/11/2013 | 92 | ORDER signed by Chief Judge Morrison C. England, Jr on 3/11/13 DENYING 64 Motion for Default Judgment and 76 Motion to Stay. (Manzer, C) (Entered: 03/11/2013) |
| 03/12/2013 | 93 | MOTION for RECONSIDERATION re 92 Order on Motion for Default Judgment, Order on Motion to Stay by James Grinols, Keith Judd, Thomas Gregory MacLeran, Edward Noonan, Robert Odden. Motion Hearing set for 3/21/2013 at 02:00 PM before Chief Judge Morrison C. England Jr.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit 4 p 1-20, # 5 Exhibit 4 p 21-40, # 6 Exhibit 4 p 41-60, # 7 Proof of Service)(Taitz, Orly) Modified on 3/13/2013 (Donati, J). (Entered: 03/12/2013) |
| 03/13/2013 | 94 | MOTION (ex parte application) to correct Amended complaint by James Grinols, Keith Judd, Thomas Gregory MacLeran, Edward Noonan, Robert Odden. Motion Hearing set for 3/21/2013 at 02:00 PM before Chief Judge Morrison C. England Jr.. (Attachments: # 1 Proposed order)(Taitz, Orly) |

| | | |
|---|---|---|
| | | Modified on 3/14/2013 (Donati, J). (Entered: 03/13/2013) |
| 03/14/2013 | 95 | REPLY by Electoral College, Barack Hussein Obama, President of the Senate, U.S. Congress re 82 Opposition to Motion. (Attachments: # 1 Exhibit A) (Olsen, Edward) (Entered: 03/14/2013) |
| 03/15/2013 | 96 | MINUTE ORDER (Text Only) issued by courtroom deputy for Chief District Judge, Morrison C. England, Jr.: The Court reviewed Plaintiffs' Amended Complaint. (ECF No. 69.) The Amended Complaint is 20 pages. There are no repeat pages as Plaintiffs allege in their ex parte application to amend their Complaint. (ECF No. 94.) When Plaintiffs initially filed their case, they received an Order Requesting Joint Status Report. (ECF No. 6.) Paragraph 6 of the Order Requesting Joint Status Report limits any briefs or papers to 20 pages. Any party wishing to file lengthier document must first seek relief from said page limitation requirement from the Court. In this case, Plaintiffs filed a 20 page Amended Complaint. As Plaintiffs have already reached the page limitation, the Court does not give leave to amend. Plaintiffs' ex parte request (ECF No. 94) is denied.(Deutsch, S) (Entered: 03/15/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/17/2013 19:40:05 | | | |
| PACER Login: | ot0363 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:12-cv-02997-MCE-DAD |
| Billable Pages: | 8 | Cost: | 0.80 |