UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GRINOLS, et. al., | No. 12-cv-02997-MCE-DAD |
| Plaintiff, | |
| v. | **ORDER** |
| ELECTORAL COLLEGE, et. al., | |
| Defendants. | |

Plaintiffs' counsel has called and e-mailed chambers staff several times seeking legal advice or to ask questions about how to proceed with their suit. This communication is inappropriate. The Court directs Plaintiffs' counsel to both the Federal Rules of Civil Procedure and the Eastern District of California's Local Rules. Both sets of rules explain how parties should interact with the Court and how to litigate their lawsuit. Both sets of rules are available online. In the future, Plaintiffs' counsel should consult both the Federal Rules of Civil Procedure and the Eastern District's Local Rules before proceeding. Local Rules 200 – 305 apply to civil cases, like the one at hand. Local Rule 230 specifically deals with civil motions. In the future, Plaintiffs must comply with this rule.

///

///

If Plaintiffs' counsel wants to request something from the Court, she must file a noticed motion, which means she must file "a notice of motion, motion, accompanying briefs, affidavits, if appropriate, and copies of all documentary evidence that the moving party intends to submit in support of the motion." E.D. Cal. Local R. 230(b). Properly noticed motions are set for hearings at least 28 days after they are filed. Id. Plaintiffs' counsel should not e-mail, call, or file an ex parte request if she wants the Court to act. The only way that Plaintiffs' Counsel should interact with the Court is through formally filed motions that comply with Local Rule 230. As explained above, motions are set for hearings at least 28 days after they are filed. Thus, Plaintiffs' counsel should not expect the Court to act any faster than 28 days, as the local rules require that time to pass before a motion can be heard. Chambers staff will disregard all communication that does not comply with both sets of rules.

    IT IS SO ORDERED.

DATED: March 14, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE