Dr. Orly Taitz ESQ

29839 Santa Margarita, ste 100

Rancho Santa Margarita,  CA 92688

Counsel for Plaintiffs

# IN THE US DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Grinols et. al., | ) |
| Plaintiffs | ) Case # 12-02997 |
| V | ) Hon Morrison C. England Presiding |
| Electoral College et. al., | ) |
| Defendants | ) |

## NOTICE OF APPEAL OF THE MOTION FOR DEFAULT JUDGMENT OF DEFENDANT BARRY SOETORO, AKA BARACK HUSSEIN SOEBARKAH, AKA HARRISON J. BOUNEL, AKA BARACK HUSSEIN OBAMA  AND AN EXPARTE REQUEST TO STAY FURTHER PROCEEDINGS IN THIS CASE IN RELATION TO ALL PARTIES PENDING ADJUDICATION OF THE APPEAL WITH THE 9TH CIRCUIT

This court is hereby notified that plaintiffs filed an appeal with the Ninth Circuit Court of Appeals of an order by this court to deny the motion for Default Judgment against Defendant Barack (Barry) Soetoro, aka Barack Obama Soebarkah, aka Harrison (Harry) J. Bounel, aka Barack Hussein Obama (Hereinafter Obama) as well as a Motion for Reconsideration of the Denial of the Motion for Default Judgment against Defendant Obama. The District Court denied

the Motion for the Default Judgment, claiming that Defendant Obama had to be served at his residence and not through the U.S. Attorneys' office. In the Motion for Reconsideration Plaintiffs provided new evidence: two sworn affidavits of process servers, attesting to the fact that Obama refuses to be served at his residence and demands to be served through the U.S. Attorneys' office, as well a ruling from a previous related case, where U.S. District Court Judge David O. Carter demanded Obama to be served through the U.S. Attorneys' office and refused to grant a default judgment due to the fact that Obama was not served through the U.S. Attorneys' office. As such, two U.S. District Judges denied a default judgment against Obama for diametrically opposite reasons: one judge DEMANDED that Plaintiffs serve Obama through the U.S. Attorneys' office, while another judge refused to grant the same default judgment, stating that Obama CANNOT BE SERVED THROUGH THE U.S. ATTORNEYS' OFFICE. As such adjudication by the 9th Circuit is essential to resolve diametrically opposite rulings by two District Courts within the same circuit. This is particularly important, as currently such dismissals of cases against Obama with diametrically opposite rulings placed Obama above the law and outside the law, whereby he simply ignores any courts, shows contempt towards the whole nation and continues occupying the position of the President and Commander in Chief while using a stolen Social Secuity number, forged Selective service Certificate, forged Birth Certificate, last name not legally his and a foreign citizenship. Plaintiffs state that the District Court in the case at hand erred and abused its' judicial discretion by refusing to consider the fact that service of process at Obama's residence was impossible, that Obama consented to be served through the U.S. Attorneys' office and the precedent from the U.S. District Court in Barnett, Keyes et al v Obama et al. 09-cv-082. Plaintiffs assert that refusal to grant the Default Judgment and take into consideration paramount public interest and the interest of national security in

relation to provided evidence of Obama using a stolen Social Security number, forged IDs, a name not legally his and a foreign citizenship, makes the Federal Court complicit in the cover up of the usurpation of the U.S. Presidency by an individual using forged and fraudulently obtained IDs. This possibly makes Federal court complicit in treason against the United States of America by allowing the usurpation of the position of the U.S. President and Commander in Chief.

Additionally Plaintiffs seek a stay of all further proceedings in this case pending adjudication of the appeal at hand by the Ninth Circuit Court of Appeals.

## EX-PARTE MOTION  TO STAY FURTHER PROCEEDINGS IN THIS CASE PENDING A RULING ON THE APPEAL OF THE DENIAL OF THE MOTION FOR DEFAULT JUDGMENT

Under local rule 144 and FRCP 6 Plaintiffs are bringing this ex parte expedited motion seeking a stay of all further proceedings in this case pending  adjudication of the appeal.

Ex Parte motion and expedited ruling is warranted for a number of reasons:

1. An oral argument on defendants' motion to dismiss is scheduled for April 18th, only two weeks from now. There is a danger of conflicting rulings by this court and the 9th Circuit Court of Appeals. A regular noticed motion for STAY on a regular 28 day schedule will end up being heard after the Defense motion to dismiss and will end up creating conflicting rulings. As such a motion to STAY FURTHER PROCEEDINGS should be reviewed by this court   on an expedited ex-parte basis PRIOR TO FURTHER PROCEEDINGS.

2. Defendant Obama is the main defendant in this case. Decision by the 9th Circuit on the appeal regarding Defendant Obama will affect the decisions in regards to other

defendants. If argundo this court rules in favor of the defendants, but the 9th Circuit rules that this court erred in not taking into consideration the sworn affidavits of two process servers and not taking into consideration the impossibility of serving Obama at his residence, as well as Obama's consent to be served through the U.S. attorney' office, and reverses the ruling in regards to the motion for Default Judgment, then the decision by this court in regards to other Defendants will end up being reversed as well.

3. Ex-Parte expedited ruling is warranted due to the enormity of Public interest in stopping the usurpation of the U.S. Presidency by a foreign citizen using a stolen Social Security number, forged Selective Service certificate and a forged birth certificate.  There is an enormous public interest in declaratory relief on the matter, adjudication of the matter and criminal prosecution of all high ranking federal and state officials, who are complicit in forgery, election fraud, Social Security fraud, usurpation of the U.S. Presidency and usurpation of the position of the Commander in Chief and possibly treason. This makes the case at hand akin to U.S. v Nixon 418 U.S. 683 (1974).

## CONCLUSION

Based on all of the above Ex parte expedited motion to STAY all further proceedings pending a ruling by the Ninth Circuit Court of Appeals of the Appeal at hand is warranted and should be granted.

/s/ Orly Taitz

Counsel for Plaintiffs

03.31.2013

Cc Congressman John Goodlatte-

Chair of the Committee on the Judiciary U.S. House of Representatives

2309 Rayburn HOB

Washington, D.C. 20515

Phone: (202) 225-5431

Fax: (202) 225-9681

CC Congressman Darrel Issa-

Chair House Oversight Committee

2347 Rayburn House Office Building

Washington, DC 20515

Proposed order

# IN THE US DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

Grinols et al                    ) Case # 12-cv-02997-MCE-DAD

V                              ) **ORDER**

Electoral College et al          )

 Plaintiffs filed an appeal of the order by this court to deny the Motion for Default Judgment against Defendant Barack (Barry) Soetoro, aka Barack Obama Soebarkah, aka Harrison (Harry) J. Bounel, aka Barack Hussein Obama (Hereinafter Obama) as well as a Motion for Reconsideration of the Denial of the Motion for Default Judgment against Defendant Obama.

Plaintiffs are seeking a stay of all further proceedings  in this case against all defendants pending adjudication of the appeal. Plaintiffs argue that the defendant Obama is the main defendant in this case and the ruling by the 9th Circuit in relation to Obama will affect all other defendants and there is a possibility of conflicting rulings if the stay is not granted. This court agrees.  Motion to STAY all further proceedings is GRANTED.  This court orders all further proceedings in this case STAYED pending adjudication of the Appeal with the Ninth Circuit Court of Appeals.

## MORRISON C. ENGLAND, JR, CHIEF JUDGE

## UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

**I, Lila Dubert, am not a party to this case, attest that attached pleadings were served on the Defendants on 04.01.2013**

**Lila Dubert**

**Distribution list**
**Edward A Olsen , Attorney for Federal Defendants**
United States Attorney's Office
501 I Street
Suite 10-100
Sacramento, CA 95814
916-554-2700
Fax: 916-554-2900
Email: edward.olsen@usdoj.gov

**George Michael Waters**
**Attorney for State Defendants**
Department Of Justice, Office Of The Attorney General
1300 I Street
Sacramento, CA 95814
916-323-8050
Fax: 916-324-8835
Email: george.waters@doj.ca.gov