FILED

APR 01 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: JAMES GRINOLS; et al. | No. 13-70744 |
| JAMES GRINOLS; et al., | D.C. No. 2:12-cv-02997-MCE Eastern District of California, Sacramento |
| Petitioners, | |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO, | ORDER |
| Respondent, | |
| ELECTORAL COLLEGE; et al., | |
| Real Parties in Interest. | |

Before: PREGERSON, GRABER, and BEA, Circuit Judges.

Petitioners have not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

No further filings will be entertained in this closed case.

**DENIED**.

KS/MOATT