BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2821
Facsimile:  (916) 554-2900
Email: edward.olsen@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GRINOLS, ROBERT ODDEN, in their capacity as Presidential Electors; EDWARD C. NOONAN, THOMAS GREGORY MACLERAN, KEITH JUDD, in their capacity as candidates for the U.S. President; ORLY TAITZ in her capacity as candidate for office in the state of California; EDWARD NOONAN and ORLY TAITZ in their capacity as registered voters in CA and candidates for office in CA,<br><br>                 Plaintiffs,<br><br>v.<br><br>GOVERNOR OF CALIFORNIA, SECRETARY OF STATE OF CALIFORNIA, U.S. CONGRESS; ELECTORAL COLLEGE; BARACK (BARRY) SOETORO, AKA BARACK HUSSEIN SOEBARKAH, AKA ALIAS BARACK HUSSEIN OBAMA, AKA ALIAS BARACK A. OBAMA, AKA ALIAS HARRISON (HARRY) J. BOUNEL, AKA ALIAS S.A. DUNHAM, in his capacity as an individual and candidate for the U.S. President, and JOHN DOES AND JANE DOES 1-300,<br><br>                 Defendants. | CASE NO.  2:12-CV-02997-MCE-DAD<br><br>**FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST FOR A STAY PENDING THE NINTH CIRCUIT'S DISPOSITION OF PLAINTIFFS' NOTICE OF APPEAL** |

## I. INTRODUCTION

Federal Defendants respectfully submit this Opposition to the request for a stay of district court proceedings that plaintiffs have made in conjunction with a Notice of Appeal (Docket No. 104) they filed from this Court's denial of plaintiffs' motion for a default judgment.[1]

## II. DISCUSSION

Plaintiffs ask this Court "to stay further proceeding in this case pending a ruling [by the Ninth Circuit] on the appeal of the denial of the motion for default judgment."  Docket No. 104 at 3.  However, an order denying a motion for a default judgment is not a final appealable order. *See Bird v. Reese*, 875 F.2d 256, 256 (9th Cir. 1989) ("Because [the denial of a motion for default judgment] is not a final appealable order, we lack jurisdiction over this appeal.").  Because the Ninth Circuit lacks jurisdiction over plaintiffs' appeal, there is no basis for plaintiffs' request for a stay of district court proceedings pending the Ninth Circuit's disposition of plaintiffs' appeal.[2]

## III. CONCLUSION

For the foregoing reasons, federal defendants respectfully ask the Court to deny plaintiffs' request for a stay of district court proceedings pending the Ninth Circuit's disposition of their appeal from the Court's denial of plaintiffs' motion for a default judgment.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date:  April 3, 2013      */s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney

---

[1] The undersigned represents the United States, Congress, and any federal employees and officials named in their official capacity.  In addition, the United States Attorney's Office appears in this case to "attend to the interests of the United States." 28 U.S.C. §§ 517, 547.

[2] This Court denied plaintiffs' previous request for a stay of district court proceedings pending the Ninth Circuit's disposition of plaintiffs' petition for a writ of mandamus.  Docket Nos. 76, 92.  The Ninth Circuit has since denied plaintiffs' petition for a writ of mandamus.  *See In re: James Grinols*, 9th Cir. Appeal No. 13-70744; Docket No. 105.