KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DOUGLAS J. WOODS, State Bar No. 161531
Senior Assistant Attorney General
GEORGE WATERS, State Bar No. 88295
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-8050
 Fax: (916) 324-8835
 E-mail: George.Waters@doj.ca.gov
*Attorneys for Defendants Edmund G. Brown Jr., Governor of California, and Debra Bowen, Secretary of State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES GRINOLS, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**ELECTORAL COLLEGE, et al.,**<br><br>Defendant. | 12-CV-02997<br><br>**STATE DEFENDANTS' JOINDER IN FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST FOR A STAY**<br><br>Courtroom: 7<br>Judge: The Honorable Morrison C. England, Jr.<br>Action Filed: December 13, 2012 |

State Defendants Edmund G. Brown Jr., Governor of California, and Debra Bowen, Secretary of State of California, join in the Federal Defendants' Opposition to Plaintiffs' Request for a Stay Pending the Ninth Circuit's Disposition of Plaintiffs' Notice of Appeal. Dkt. 112.

| | | |
|---|---|---|
| 1 | Dated: April 3, 2013 | Respectfully submitted, |
| 2 | | KAMALA D. HARRIS<br>Attorney General of California |
| 3 | | DOUGLAS J. WOODS<br>Senior Assistant Attorney General |

*/s/ George Waters*

GEORGE WATERS
Deputy Attorney General
*Attorneys for Defendants Edmund G. Brown Jr., Governor of California, and Debra Bowen, Secretary of State of California*

SA2012109089
11066385.doc