BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2821
Facsimile:  (916) 554-2900
Email: edward.olsen@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GRINOLS, ROBERT ODDEN, in their capacity as Presidential Electors; EDWARD C. NOONAN, THOMAS GREGORY MACLERAN, KEITH JUDD, in their capacity as candidates for the U.S. President; ORLY TAITZ in her capacity as candidate for office in the state of California; EDWARD NOONAN and ORLY TAITZ in their capacity as registered voters in CA and candidates for office in CA,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GOVERNOR OF CALIFORNIA, SECRETARY OF STATE OF CALIFORNIA, U.S. CONGRESS; ELECTORAL COLLEGE; BARACK (BARRY) SOETORO, AKA BARACK HUSSEIN SOEBARKAH, AKA ALIAS BARACK HUSSEIN OBAMA, AKA ALIAS BARACK A. OBAMA, AKA ALIAS HARRISON (HARRY) J. BOUNEL, AKA ALIAS S.A. DUNHAM, in his capacity as an individual and candidate for the U.S. President, and JOHN DOES AND JANE DOES 1-300,<br><br>　　　　　　　　　　Defendants. | CASE NO.  2:12-CV-02997-MCE-DAD<br><br>**FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO RECUSE**<br><br>Date:　　April 18, 2013<br>Time:　　2:00 p.m.<br>Place:　　Courtroom 7, 14th Floor<br>Judge:　　Morrison C. England, Jr.<br><br>[Fed. R. Civ. P. 12(b)(1) and 12(b)(6)] |

## I. INTRODUCTION

Federal Defendants respectfully submit this Opposition to Plaintiffs' Motion to Recuse (Docket No. 102).[1]

## II. DISCUSSION

Without citing any statutory basis for doing so, Plaintiffs ask this Court to "recuse" the United States Attorney's Office from representing Congress, the Electoral College, and Barack Obama. This request is frivolous. The United States Attorney's Office has repeatedly informed plaintiffs' counsel that it represents the United States, Congress, and any federal employees and officials named in their official capacity. In addition, the United States Attorney's Office appears in this case to "attend to the interests of the United States." 28 U.S.C. §§ 517, 547.

With regard to the Electoral College, "[t]he Electoral College itself is not an agency or person subject to suit." *Hollman v. United States Electoral College,* No. 08-5244, 2009 WL 1114146, at *1 (W.D. Ark. Apr. 24, 2009); *see also id.* ("The presidential electors are not officers or agents of the federal government."). Rather, the Electoral College is comprised of individual electors chosen by each state and the District of Columbia who vote in their home states, not in a common assembly. *See* U.S. Const. Art II, § 1, cl. 2; U.S. Const. amend. XII. Plaintiffs have nevertheless named the Electoral College as a whole as a defendant in this lawsuit, rather than naming individual electors. To the extent that a suit against the Electoral College as a whole is cognizable, representation of that entity would equally be of the Electoral College as a whole, by necessity, rather than of individual electors.

With regard to Congress, plaintiffs named Congress, not any individual members of Congress. Accordingly, plaintiffs' vague and unsubstantiated representations that "[m]embers of Congress did not know anything about this representation" are simply irrelevant. Plaintiffs' Motion at 6. Moreover, the fact that the Office of General Counsel for the United States House of Representatives has sent plaintiffs' attorney a letter objecting to invalid subpoenas issued on various Members of the House of

---

[1] The undersigned represents the United States, Congress, and any federal employees and officials named in their official capacity. In addition, the United States Attorney's Office appears in this case to "attend to the interests of the United States." 28 U.S.C. §§ 517, 547.

Representatives in connection with the above-captioned cases does not mean that Congress "chose a different counsel to represent them, namely Office of the General Counsel of the U.S. House of Representatives." Plaintiffs' Motion at 2.

With regard to the President, plaintiffs' counsel has been repeatedly informed that the United States Attorney's Office represents the President only to the extent that any of plaintiffs' allegations can be construed as directed against the President in his official capacity. Moreover, as this Court has already found, plaintiffs have not presented evidence that they have properly served the President in his individual capacity.

### III. CONCLUSION

For the foregoing reasons, federal defendants respectfully ask the Court to deny plaintiffs' motion to recuse.

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Date: April 4, 2013                        */s/ Edward A. Olsen*
                                        EDWARD A. OLSEN
                                        Assistant United States Attorney