UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GRINOLS, et. al., | No. 2:12-cv-02997-MCE-DAD |
| Plaintiffs, | |
| v. | **ORDER** |
| ELECTORAL COLLEGE, et. al.,, | |
| Defendants. | |

Pursuant to Local Rule 230(g), the Court will hear oral argument regarding both California Defendants' and Federal Defendants' Motions to Dismiss on April 22, 2013 at 10:00 am in Courtroom 7. (ECF No. 71 and 73.) The Court will allot each party--Plaintiffs, California Defendants, and Federal Defendants--a maximum of 30 minutes of oral argument. Oral argument will be limited to: (1) mootness, (2) standing, (3) political question doctrine, (4) the Speech and Debate Clause, and/or (5) service of process on defendants. No witnesses and/or exhibits will be permitted or considered at the hearing. Plaintiffs' "Motion to Recuse Counsel for Defendants and Motion to Expedite under Local Rule 144" (ECF No. 102) currently set for April 18, 2013 is VACATED in light of the hearing on the motions to dismiss.

///

///

1   A new hearing date will be set for said motion if necessary.

2       IT IS SO ORDERED.

3   DATED: April 4, 2013

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE