Judge Morrison C. England  17 April 2013
Chief District Judge
U.S. District court
Eastern District of California
Courtroom #7
501 I street
Sacramento, CA 95814-7300

Dear Judge England,

My service to America has spanned 44 years, largely in the Army National Guard. During this span of time I also spent 8 months in Vietnam, 2 months in the Persian Gulf, and 3 months in Operation Desert Storm as a DOD Civilian assigned to combat units. I took an oath to protect and defend the Constitution of the United States of America against all enemies, foreign and domestic and though retired, I remain faithful to that oath.

I have reviewed the pleadings in Grinols et al v Electoral College, U.S. Congress, Barack Obama 12-cv- 02997 before Chief Judge of the U.S. District Court for the Eastern District of California. Also I have reviewed a large number of other documents and affidavits bearing on the issue of Mr. Obama's eligibility to occupy the Oval Office. It appears to me that the Congress and the Judiciary have ignored the evidence presented in this case which is considerable and significant. The question as to whether the Constitution and rule of law have been violated has not been answered. This question has been hanging fire far too long. The American people deserve a definitive answer.

The simple question is, if Mr. Obama has nothing to hide then why will he not unseal those documents which could validate his eligibility for office, as others before him have done?

Judge England, I urge you to allow the case to proceed on the merits and allow the jury to arrive at a verdict on the aforementioned issues.

Sincerely,

*[signature: Carroll D. Childers]*

Carroll D. Childers
Major General (Retired)

## AFFIDAVIT BY MAJOR GENERAL EDWARD M. BROWNE
## UNITED STATES ARMY, RETIRED

I, Major General Edward, M. Browne, U.S. Army retired, attest under the penalty of perjury that I personally discussed the attached letter to Judge Morrison C. England with the following Senior Rank Officers. All of them stated to me that they are signing this letter and forwarding it to Attorney Orly Taitz, to be presented in court.

| | |
|---|---|
| John R. D. Cleland<br>Major General, US Army Retired | William E. Hall<br>Brigadier General, US Army Retired |
| Maurice W. Kendall<br>Major General, US Army Retired | John A. Kjellstrom<br>Lt. General, US Army Retired |
| Homer S. Long<br>Major General, US Army Retired | Gordon P. Masterson<br>Brigadier General, USAF Retired |
| James A. Teal<br>Brigadier General, US Army Retired | George S. Walker<br>Brigadier General, US Army Retired |
| Stanley Cass<br>Colonel, US Army Retired | John L. Deryck<br>Lt. Colonel, US Army Retired |
| David Keating<br>Colonel, US Army Retired | Susan B. Neugebauer<br>Colonel, USAF Retired |
| Charles L Thomas<br>Lt. Colonel, US Army Retired | John J. Top<br>Colonel, US Army Retired |
| Eugene R. Walsh<br>Colonel, US Army Retired | Burl A. Zorn<br>Colonel, US Army Retired |

_Edward M. Browne_    APRIL 8/~~MARCH~~ 18, 2013

State of FL
County of Brevard

On April 18, 2013 Major General Edward M. Browne, personally appeared before me, a notary public for the state and county noted above and executed this statement.

_Wendy Beatson_
Wendy Beatson

WENDY BEATSON
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE120753
Expires 8/10/2015

April 18, 2013

Judge Morrison C. England
Chief District Judge
U.S. District court
Eastern District of California
Courtroom #7
501 I street
Sacramento, CA 95814-7300

Dear Judge England,

We, the undersigned, are Senior Officers of the Armed Forces of United States of America. We have served our country in times of peace and in WWII, the Korean War, the Vietnam War and Afghanistan. We took an oath to defend and protect the Constitution of the United States of America and we remain faithful to that oath.

We have reviewed the pleadings in Grinols et al v Electoral College, U.S. Congress, Barack Obama 12-cv- 02997 before Chief Judge of the U.S. District Court for the Eastern District of California. We have also reviewed a large number of other documents and affidavits bearing on the issue of President Obama's eligibility to hold that high office. It appears to us that the Congress and the Judiciary have ignored the evidence presented in this case which is considerable and significant. The question as to whether the Constitution and rule of law have been violated has not been answered. This question has been hanging fire far too long. The American people deserve a definitive answer whether the candidate, who ran in the 2012 Presidential election committed fraud and used forged and fraudulently obtained ID's.

Judge England, we urge you to hear this case on the merits.

Respectfully,

*Edward M. Browne*
Major General, USARMY Retired

I, Lila Dubert, am over 18 years old, I am not a party to this case, and I served the defendants with the attached pleadings on 04.18.2013 via Electronic Court Filing

Signed --------------------------------------------------------------------------------------
Lila Dubert

**DISTRIBUTION LIST**

Edward A Olsen , Attorney for
Federal Defendants
United States Attorney's Office
501 I Street
Suite 10-100
Sacramento, CA 95814
916-554-2700
Fax: 916-554-2900
Email: edward.olsen@usdoj.gov

George Michael Waters Attorney
for State Defendants Department Of
Justice, Office Of The Attorney
General
1300 I Street
Sacramento, CA 95814
916-323-8050
Fax: 916-324-8835
Email: george.waters@doj.ca.gov