I, Lila Dubert, am not a party to this case, I am over 18 years old, I attest that on 03.19.2013 served all the parties in this case with the attached pleadings.

*Lila Dubert*

## DISTRIBUTION LIST

**Defendant**

**Governor of California**          represented by **George Michael Waters**
Department Of Justice, Office Of The
Attorney General
1300 I Street
Sacramento, CA 95814
916-323-8050
Fax: 916-324-8835
Email: george.waters@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Secretary of State of California**          represented by **George Michael Waters**

George Michael Waters
Department Of Justice, Office Of The
Attorney General
1300 I Street
Sacramento, CA 9581
916-323-8050
Fax 916-324-8835
Email: george.waters@doj.ca.gov

**Defendant**

U.S. Congress, Electoral
College, Barack Obama
Assistant Attorney US
Attorney Edward Olsen
501 I str
Sacramento CA 95814

**Maj. Gen. John R. D. Cleland**
**United States Army, Retired**
**1340 Democracy Avenue**
**Melbourne, FL 32940-6705**
**Tel/Fax. 321-757-9327**
**Email: jrdcabn@aol.com**

Date: 04/18/13

# FAX MESSAGE

Number of pages including this page: 1

TO: Dr. Orly Taitz

FAX #: 949-766-7603

Judge Morrison C. England
Chief District Judge
U.S. District court
Eastern District of California

Dear Judge England,

We, the undersigned, are Senior Officers of the Armed Forces of United States of America. We have served our country in times of peace and in WWII, the Korean War, the Vietnam War and Afghanistan. We took an oath to defend and protect the Constitution of the United States of America and we remain faithful to that oath.

We have reviewed the pleadings in Grinols et al v Electoral College, U.S. Congress, Barack Obama 12-cv- 02997 before Chief Judge of the U.S. District Court for the Eastern District of California. We have also reviewed a large number of other documents and affidavits bearing on the issue of President Obama's eligibility to hold that high office. It appears to us that the Congress and the Judiciary have ignored the evidence presented in this case which is considerable and significant. The question as to whether the Constitution and rule of law have been violated has not been answered. This question has been hanging fire far too long. The American people deserve a definitive answer whether the candidate, who ran in the 2012 Presidential election committed fraud and used forged and fraudulently obtained ID's. Judge England, we urge you to hear this case on the merits.

Respectfully,

*John Cleland*

John R. D. Cleland
MG, US Army, Ret.

1

Thursday, April 18, 2013 AOL: JRDCABN



Gordon P. Masterson
B. Gen. USAF RET.
7560 Half Moon Ct.
Melbourne, FL 32940

Sacramento, CA 95814-7300

Dear Judge England,

We, the undersigned, are Senior Officers of the Armed Forces of United States of America. We have served our country in times of peace and in WWII, the Korean War, the Vietnam War and Afghanistan. We took an oath to defend and protect the Constitution of the United States of America and we remain faithful to that oath.

We have reviewed the pleadings in Grinols et al v Electoral College, U.S. Congress, Barack Obama 12-cv- 02997 before Chief Judge of the U.S. District Court for the Eastern District of California. We have also reviewed a large number of other documents and affidavits bearing on the issue of President Obama's eligibility to hold that high office. It appears to us that the Congress and the Judiciary have ignored the evidence presented in this case which is considerable and significant. The question as to whether the Constitution and rule of law have been violated has not been answered. This question has been hanging fire far too long. The American people deserve a definitive answer whether the candidate, who ran in the 2012 Presidential election committed fraud and used forged and fraudulently obtained ID's.

Judge England, we urge you to hear this case on the merits.

RESPECTFULLY

*Gordon P. Masterson*

4/19/2013

April 18, 2013

Judge Morrison C. England
Chief District Judge
U.S. District court
Eastern District of California
Courtroom #7
501 I street
Sacramento, CA 95814-7300

Dear Judge England,

We, the undersigned, are Senior Officers of the Armed Forces of United States of America. We have served our country in times of peace and in WWII, the Korean War, the Vietnam War and Afghanistan. We took an oath to defend and protect the Constitution of the United States of America and we remain faithful to that oath.

We have reviewed the pleadings in Grinols et al v Electoral College, U.S. Congress, Barack Obama 12-cv- 02997 before Chief Judge of the U.S. District Court for the Eastern District of California. We have also reviewed a large number of other documents and affidavits bearing on the issue of President Obama's eligibility to hold that high office. It appears to us that the Congress and the Judiciary have ignored the evidence presented in this case which is considerable and significant. The question as to whether the Constitution and rule of law have been violated has not been answered. This question has been hanging fire far too long. The American people deserve a definitive answer whether the candidate, who ran in the 2012 Presidential election committed fraud and used forged and fraudulently obtained IDs.

Judge England, we urge you to hear this case on the merits.

Respectfully,


_____
George S. Walker
BG (Ret) U.S army

Lt. Col (Ret) Eugene R. Walsh
1502 Independence Avenue
Melbourne, Florida 32940-6809

April 18, 2013

Judge Morrison C. England
Chief District Judge
U.S. District court
Eastern District of California
Courtroom #7
501 I street
Sacramento, CA 95814-7300

Dear Judge England,

We, the undersigned, are Senior Officers of the Armed Forces of United States of America. We have served our country in times of peace and in WWII, the Korean War, the Vietnam War and Afghanistan. We took an oath to defend and protect the Constitution of the United States of America and we remain faithful to that oath.

We have reviewed the pleadings in Grinols et al v Electoral College, U.S. Congress, Barack Obama 12-cv- 02997 before Chief Judge of the U.S. District Court for the Eastern District of California. We have also reviewed a large number of other documents and affidavits bearing on the issue of President Obama's eligibility to hold that high office. It appears to us that the Congress and the Judiciary have ignored the evidence presented in this case which is considerable and significant. The question as to whether the Constitution and rule of law have been violated has not been answered. This question has been hanging fire far too long. The American people deserve a definitive answer whether the candidate, who ran in the 2012 Presidential election committed fraud and used forged and fraudulently obtained ID's.

Judge England, we urge you to hear this case on the merits.

Respectfully,

*Eugene R. Walsh*
EUGENE R. WALSH

John L. "Dusty" Deryck, 3791 Luneman Road, Placerville, CA 95667
(530) 621-1222

April 18, 2013

Judge Morrison C. England
Chief District Judge
U.S. District court
Eastern District of California
Courtroom #7
501 I street
Sacramento, CA 95814-7300

Dear Judge England,

We, the undersigned, are Senior Officers of the Armed Forces of United States of America. We have served our country in times of peace and in WWII, the Korean War, the Vietnam War and Afghanistan. We took an oath to defend and protect the Constitution of the United States of America and we remain faithful to that oath.

We have reviewed the pleadings in Grinols et al v Electoral College, U.S. Congress, Barack Obama 12-cv- 02997 before Chief Judge of the U.S. District Court for the Eastern District of California. We have also reviewed a large number of other documents and affidavits bearing on the issue of President Obama's eligibility to hold that high office. It appears to us that the Congress and the Judiciary have ignored the evidence presented in this case which is considerable and significant. The question as to whether the Constitution and rule of law have been violated has not been answered. This question has been hanging fire far too long. The American people deserve a definitive answer whether the candidate, who ran in the 2012 Presidential election committed fraud and used forged and fraudulently obtained ID's.

Judge England, we urge you to hear this case on the merits.

Respectfully,

*John L. Deryck* (signature)
John L. "Dusty" Deryck
LTC, US Army, Ret.

April 18, 2013

Judge Morrison C. England
Chief District Judge
U.S. District court
Eastern District of California
Courtroom #7
501 I street
Sacramento, CA 95814-7300

Dear Judge England,

We, the undersigned, are Senior Officers of the Armed Forces of United States of America. We have served our country in times of peace and in WWII, the Korean War, the Vietnam War and Afghanistan. We took an oath to defend and protect the Constitution of the United States of America and we remain faithful to that oath.

We have reviewed the pleadings in Grinols et al v Electoral College, U.S. Congress, Barack Obama 12-cv- 02997 before Chief Judge of the U.S. District Court for the Eastern District of California. We have also reviewed a large number of other documents and affidavits bearing on the issue of President Obama's eligibility to hold that high office. It appears to us that the Congress and the Judiciary have ignored the evidence presented in this case which is considerable and significant. The question as to whether the Constitution and rule of law have been violated has not been answered. This question has been hanging fire far too long. The American people deserve a definitive answer whether the candidate, who ran in the 2012 Presidential election committed fraud and used forged and fraudulently obtained ID's.

Judge England, we urge you to hear this case on the merits.

Respectfully,

// *David Keating*