UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BEFORE THE HONORABLE MORRISON C. ENGLAND, JR.

JAMES GRINOLS, ET AL.,     No. 2:12-cv-02997-MCE-DAD

    Plaintiffs,

  v.     MINUTES

ELECTORAL COLLEGE, ET AL.,

    Defendants.
_____/

Attorney for Plaintiffs: Orly Taitz
Attorney for Defendants: Edward Olsen and George Waters
Hearing Type: Defendants' Motions to Dismiss (ECF Nos. 71 and 73)

| Time | Event |
|---|---|
| 9:58 a.m. | All counsel present and ready to proceed. The court instructed counsel each would have thirty minutes each to give their arguments. |
| 10:02 a.m. | Counsel for the federal defendants, Edward Olsen, gave his argument in support of the Government's Motion to Dismiss (ECF No. 71). |
| 10:12 a.m. | Counsel for the state defendants, George Waters, gave his argument in support of the Government's Motion to Dismiss (ECF No. 73). |
| 10:25 a.m. | Plaintiffs' counsel, Orly Taitz, gave her rebuttal argument. |
| 10:55 a.m. | Counsel, Edward Olsen, gave his response. |
| 11:00 a.m. | Counsel, George Waters, gave his response. |
| 11:01 a.m. | The court granted the Defendants' Motions to Dismiss (ECF Nos. 71 and 73) without leave to amend. A written, formal order is forthcoming. The clerk's office was directed to close this case forthwith. |
| 11:16 a.m. | Court adjourned. |

Total time: 18 minutes