## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JAMES GRINOLS, ET AL.,**

CASE NO: **2:12–CV–02997–MCE–DAD**

v.

**ELECTORAL COLLEGE, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/23/2013**

**Marianne Matherly**
Clerk of Court

ENTERED: **May 23, 2013**

by: /s/ J. Donati
Deputy Clerk