Dr. Orly Taitz ESQ

29839 Santa Margarita ste 100

Rancho Santa Margarita, CA 92688

Phone 949-683-5411 fax 949-766-7603

Orly.taitz@gmail.com

Counselor for the Plaintiffs

## US District Court

## For the Eastern District of California

James Grinols, Robert Odden, in their capacity  )Case #   12-cv-02997

as Presidential Electors                                          )

Edward C. Noonan, Thomas Gregory MacLeran, )

Keith Judd in their  capacity as                             )

candidates  for the U.S. President                        )

Orly Taitz in her capacity as candidate for office)

in the state of CA; Edward Noonan and Orly Taitz

in their capacity as registered voters in CA       )

 v Electoral College, President of the Senate,     )

 Governor of California, Secretary of State        )

of California, U.S. Congress ,                              )

 aka Barack (Barry) Soetoro,                              )

 aka Barack Hussein Soebarkah,                        )

| | |
|---|---|
| aka alias Barack Hussein Obama, | ) |
| aka alias Barack A. Obama, | ) |
| aka alias Harrison (Harry) J. Bounel | ) |
| aka alias S. A. Dunham | ) |
| in his capacity | ) |
| as an individual and candidate for | ) |
| the U.S. President | ) |

and John Does and Jane Does 1-300

### NOTICE OF APPEAL OF DISMISSAL OF THE CASE

Plaintiffs are notifying this court that they are filing with the 9th Circuit Court of Appeals an appeal of the dismissal of the case.

/s/ Orly Taitz

Counsel for the Plaintiffs

06.22.2013

### PROOF OF SERVICE

Defendants are notified of the appeal via ECF

/s/ Orly Taitz

Counsel for the Plaintiffs

06.22.2013