UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 15 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES GRINOLS; et al.,<br><br>       Plaintiffs - Appellants,<br><br>  v.<br><br>ELECTORAL COLLEGE; et al.,<br><br>       Defendants - Appellees. | No. 13-15627<br><br>D.C. No. 2:12-cv-02997-MCE-DAD<br>U.S. District Court for Eastern California, Sacramento<br><br>**MANDATE** |

The judgment of this Court, entered June 20, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rebecca Lopez
Deputy Clerk

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 20 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES GRINOLS; et al.,<br><br>　　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>ELECTORAL COLLEGE; et al.,<br><br>　　　　　Defendants - Appellees. | No. 13-15627<br><br>D.C. No. 2:12-cv-02997-MCE-DAD<br>Eastern District of California, Sacramento<br><br>ORDER |

Before: HAWKINS, GOULD, and WATFORD, Circuit Judges.

A review of the record and appellants' response to the May 15, 2013 order to show cause demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; *Bird v. Reese*, 875 F.2d 256 (9th Cir. 1989) (order) (order denying a motion for default judgment is not a final appealable order); *FirsTier Mortgage Co. v. Investors Mortgage Ins. Co*, 498 U.S. 269, 276 (1991) (premature appeal not cured by subsequent entry of judgment where appellant could not reasonably believe order was final or appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

SLJ/MOATT